UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEZ Holding AG,<br>SEZ AG,<br>Kurt Langen, and<br>Philipp Engesser,<br><br>      Plaintiffs,<br><br>v.<br><br>Applied Materials, Inc.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. _____ |

**RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Fed. R. Civ. P Rule 7.1, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for the plaintiff, SEZ Holding AG and SEZ AG certify that, based upon information and belief, SEZ AG is wholly-owned by SEZ Holding AG, a publicly held Swiss corporation, traded on the Swiss Exchange.

//

//

//

//

RULE 7.1 DISCLOSURE STATEMENT - Page 1 of 2

Respectfully submitted,

By: _____
Douglas V. Rigler, Esq. (DC Bar #61838)
drigler@young-thompson.com
Andrew J. Patch (VA Bar #29683)
ajpatch@young-thompson.com
Michael Piziali, Esq. (DC Bar #455149)
mpiziali@young-thompson.com
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, Virginia 22202
Telephone: 703.521.2297
Facsimile: 703.521.8231

Attorneys for Plaintiffs, SEZ AG,
Kurt Langen, and Philipp Engesser

Dated: Wilmington, Delaware
August 1, 2005

By: J. Shaw by R. Morse (NO 531)
John W. Shaw (No. 3362)
jshaw@ycst.com
Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253

Local Counsel

TO:
Applied Materials, Inc.
c/o Registered Agent for Service of Process
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

RULE 7.1 DISCLOSURE STATEMENT - Page 2 of 2