IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEZ HOLDING AG, <br> SEZ AG, <br> KURT LANGEN, and <br> PHILIPP ENGESSER, <br> <br>           Plaintiffs, <br><br>           v. <br><br> APPLIED MATERIALS, INC., <br><br>           Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.05-552-SLR |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Andrew J. Patch, Douglas V. Rigler, and Michael Piziali to represent Plaintiffs, SEZ Holding AG, SEZ AG, Kurt Langen, and Philipp Engesser, in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                        /s/ John W. Shaw
                                        John W. Shaw (No. 3362)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        Wilmington, Delaware 19899-0391
                                        (302) 571-6600
                                        jshaw@ycst.com

                                        Attorneys for SEZ Holding AG, SEZ AG,
                                        Kurt Langen, and Philipp Engesser

Dated: August 26, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of Andrew J. Patch, Douglas V. Rigler, and Michael Piziali is granted.

Date:  August ___, 2005

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 85.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: August 16, 2005          Signed: _____
                                       Andrew J. Patch (VA Bar #29683)
                                       mpiziali@young-thompson.com
                                       YOUNG & THOMPSON
                                       745 South 23rd Street, Suite 200
                                       Arlington, VA  22202
                                       Tel: (703) 521-2297
                                       Fax: (703) 685-0573

TO:

Applied Materials, Inc.
c/o Registered Agent for Service of Process
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 85.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: August 16, 2005         Signed: _____
                              Douglas V. Rigler (DC Bar #61838)
                              drigler@young-thompson.com
                              YOUNG & THOMPSON
                              745 South 23rd Street, Suite 200
                              Arlington, VA  22202
                              Tel: (703) 521-2297
                              Fax: (703) 685-0573

TO:

Applied Materials, Inc.
c/o Registered Agent for Service of Process
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

MOTION AND ORDER FOR ADMISSION PRO HAC VICE - Page 3 of 3

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 85.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date:   August 16, 2005          Signed:   _____
                                            Michael Piziali (DC Bar #455149)
                                            mpiziali@young-thompson.com
                                            YOUNG & THOMPSON
                                            745 South 23rd Street, Suite 200
                                            Arlington, VA  22202
                                            Tel: (703) 521-2297
                                            Fax: (703) 685-0573

TO:

Applied Materials, Inc.
c/o Registered Agent for Service of Process
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

## CERTIFICATE OF SERVICE

I, John W. Shaw hereby certify that on August 26, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Thomas Lee Halkowski, Esquire
>   Fish & Richardson, P.C.
>   919 N. Market Street, Suite 1100
>   P.O. Box 1114
>   Wilmington, DE  19801

I further certify that on August 26, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

>   YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>   /s/ John W. Shaw
>   _____
>   John W. Shaw (No. 3362)
>   The Brandywine Building
>   1000 West Street, 17th Floor
>   Wilmington, Delaware  19801
>   (302) 571-6600
>   jshaw@ycst.com
>
>   Attorneys for SEZ Holding AG, SEZ AG,
>   Kurt Langen, and Philipp Engesser