IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGDEN and PHILLIPP ENGESSER,<br><br>Plaintiffs,<br><br>v.<br><br>APPLIED MATERIALS, INC.,<br><br>Defendant. | C.A. No. 05-552-SLR |

## STIPULATION AND ORDER TO EXTEND TIME

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the respective parties, that, subject to the Court's approval, the time for defendant Applied Materials, Inc. to answer, move or otherwise plead in response to the Complaint in this action shall be extended by 90 days to December 20, 2005, in order to allow the parties a further opportunity to explore the potential for resolving this matter.

Dated: September 21, 2005

| | |
|---|---|
| YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br><br>_/s/ Josy Ingersoll_<br>Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Tel: (302) 571-6600<br><br>*Attorneys for Plaintiffs*<br>*SEZ Holding AG, SEZ AG, Kurt Langden*<br>*and Philipp Engesser* | FISH & RICHARDSON P.C.<br><br>_/s/ Thomas L. Halkowski_<br>Thomas L. Halkowski (#4099)<br>919 N. Market Street, #1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Tel: (302) 652-5070<br><br>*Attorneys for Defendant*<br>*Applied Materials, Inc.* |

SO ORDERED, this _____ day of _____, 2005.

_____
United States District Court Judge