IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGDEN AND PHILIPP ENGESSER,<br><br>   Plaintiffs,<br><br> v.<br><br>APPLIED MATERIALS, INC.,<br><br>   Defendant. | C.A. No. 05-552-SLR |

**DEFENDANT APPLIED MATERIALS, INC.'S**
**RULE 7.1 DISCLOSURE STATEMENT**

  Defendant Applied Materials, Inc., by and through their counsel, makes the following disclosure in compliance with Rule 7.1 of the Federal Rules of Civil Procedure:

  1. Applied Materials, Inc. is not a subsidiary, division, or affiliate of a publicly held corporation; and

  2. No publicly-held corporation owns 10% or more of Applied Materials, Inc.'s stock.

Dated: December 2, 2005   FISH & RICHARDSON P.C.

           By: /s/ *Thomas L. Halkowski*
              Thomas L. Halkowski (#4099)
              919 N. Market Street, #1100
              P.O. Box 1114
              Wilmington, DE 19899-1114
              Tel: (302) 652-5070
              Fax: (302) 652-0607

              *Attorneys for Defendant*
              *Applied Materials, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December 2005, I electronically filed **DEFENDANT APPLIED MATERIAL INC.'S RULE 7.1 DISCLOSURE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Josy W. Ingersoll | *Attorneys for Plaintiffs* |
| John W. Shaw | *SEZ AG, Kurt Langen and Phillipp* |
| Young Conaway Stargatt & Taylor, LLP | *Engesser* |
| The Brandywine Building, 17th Floor | |
| 1000 West Street | |
| P.O. Box 391 | |
| Wilmington, DE  19899-0391 | |

I hereby certify that on the 2nd day of December 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Douglas V. Rigler | *Attorneys for Plaintiffs* |
| Andrew J. Patch | *SEZ AG, Kurt Langen and Phillipp* |
| Michael Piziali | *Engesser* |
| Young & Thompson | |
| 745 South 23rd Street | |
| Arlington, VA 22202 | |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80028595.doc