# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA

AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

January 23, 2006

Chief Judge Sue L. Robinson
United States District Court
 District of Delaware
844 King Street
Wilmington, DE 19801

Re: *SEZ Holdings AG, et al. vs. Applied Materials, Inc.*
USDC-D. Del. - C.A. No. 05-552-SLR

Dear Judge Robinson:

As the Court is aware, a telephone scheduling conference has been set for Wednesday, January 25, 2006 at 8:30 a.m. Eastern in the above-referenced matter. In preparation for the conference, enclosed please find the parties' joint proposed Rule 16 Scheduling Order.

Respectfully,

*Thomas L. Halkowski*

Thomas L. Halkowski

TLH/wsd

Enclosure

80029681.doc