IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDINGS AG,<br>SEZ AG,<br>KURT LANGEN, and<br>PHILIPP ENGESSER<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLIED MATERIALS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-552 SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Plaintiffs caused copies of Plaintiff SEZ Holdings AG et al.'s First Set of Document Requests to Defendant Applied Materials, Inc. to be served on January 27, 2006, on the following counsel of record in the manner indicated:

### BY HAND DELIVERY

Thomas Lee Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801

### BY FIRST CLASS MAIL

Frank E. Scherkenbach, Esquire
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110-2804

Katherine Kelly Lutton, Esquire
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on January 30, 2006 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Thomas Lee Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

Frank E. Scherkenbach, Esquire
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110-2804

Katherine Kelly Lutton, Esquire
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Plaintiffs*

Dated: January 30, 2006