# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**VIA CM/ECF AND HAND DELIVERY**

February 3, 2006

Chief Judge Sue L. Robinson
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE  1980

Re:   *SEZ Holdings AG, et al. vs. Applied Materials, Inc.*
        USDC-D. Del. - C.A. No. 05-552-SLR

Dear Judge Robinson,

Per the January 25, 2006, scheduling conference conducted regarding this matter, enclosed is the parties' joint proposed Rule 16 Scheduling Order with the modifications ordered by the Court.

Respectfully,

*/s/ Thomas L. Halkowski*

Thomas L. Halkowski

TLH/wsd

Enclosure

Clerk of Court (via hand delivery)
Josy W. Ingersoll, Esquire (via e-file and first class mail)
Douglas V. Rigler, Esquire (via first class mail)

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

80030041.doc