IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ Holding AG, SEZ AG, Kurt Langden and Philipp Engesser,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Applied Materials, Inc.,<br><br>　　　　　Defendant. | C.A. No. 05-552-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 6, 2006, a copy of Applied Materials, Inc.'s Initial Disclosures Under Rule 26(a)(1) was caused to be served on the attorneys of record as follows:

**VIA HAND DELIVERY**
John W. Shaw
Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

**VIA FIRST CLASS MAIL**
Douglas V. Rigler
Andrew J. Patch
Michael Piziali
Young & Thompson
745 South 23rd Street
Arlington, VA 22202

Dated:  February 6, 2006

FISH & RICHARDSON P.C.

By:  */s/ Thomas L. Halkowski*
　　　Thomas L. Halkowski (#4099)
　　　*halkowski@fr.com*
　　　919 N. Market Street, #1100
　　　P.O. Box 1114
　　　Wilmington, DE 19899-1114
　　　Tel:  (302) 652-5070
　　　Fax:  (302) 652-0607

*Attorneys for Defendant*
*Applied Materials, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2006, I electronically filed with the Clerk of Court a Notice of Service using CM/ECF which will send electronic notification of such filing to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Josy W. Ingersoll<br>John W. Shaw<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | Attorneys for Plaintiffs<br>SEZ AG, Kurt Langen and Phillipp Engesser |

I hereby certify that on February 6, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

| | |
|---|---|
| Douglas V. Rigler<br>Andrew J. Patch<br>Michael Piziali<br>Young & Thompson<br>745 South 23rd Street<br>Arlington, VA 22202 | Attorneys for Plaintiffs<br>SEZ AG, Kurt Langen and Phillipp Engesser |

                                                         /s/ Thomas L. Halkowski
                                                        Thomas L. Halkowski (#4099)

80029568.doc