IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEZ HOLDINGS AG,<br>SEZ AG,<br>KURT LANGEN, and<br>PHILIPP ENGESSER<br><br>    Plaintiffs,<br><br>v.<br><br>APPLIED MATERIALS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-552 SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Plaintiffs, provided copies of Plaintiffs' Initial Disclosures on February 6, 2006, on the following counsel of record in the manner indicated:

### BY U.S. FIRST CLASS MAIL

Thomas Lee Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801

Frank E. Scherkenbach, Esquire
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110-2804

Katherine Kelly Lutton, Esquire
Limin Zheng, Esquire
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on February 13, 2006 upon the following counsel of record in the manner indicated:

**BY CM/ECF**

Thomas Lee Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

Frank E. Scherkenbach, Esquire
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110-2804

Katherine Kelly Lutton, Esquire
Limin Zheng, Esquire
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Andrew A. Lundgren (No. 4429)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
alundgren@ycst.com

*Attorneys for Plaintiffs*

Dated: February 13, 2006