IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ Holding AG, SEZ AG, Kurt Langden and Philipp Engesser,<br><br>   Plaintiffs,<br><br>  v.<br><br>Applied Materials, Inc.,<br><br>   Defendant. | C.A. No. 05-552-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 22, 2006, copies of **DEFENDANT APPLIED MATERIALS' RESPONSE TO PLAINTIFFS SEZ HOLDINGS AG ET AL.'S FIRST SET OF INTERROGATORIES** and **DEFENDANT APPLIED MATERIALS' RESPONSE TO PLAINTIFFS SEZ'S FIRST SET OF DOCUMENT REQUESTS** were caused to be served on the attorneys of record as follows:

| **VIA HAND DELIVERY** | **VIA FEDERAL EXPRESS** |
|---|---|
| John W. Shaw | Douglas V. Rigler |
| Josy W. Ingersoll | Andrew J. Patch |
| Young Conaway Stargatt & Taylor, LLP | Michael Piziali |
| The Brandywine Building, 17th Floor | Young & Thompson |
| 1000 West Street | 745 South 23rd Street |
| P.O. Box 391 | Arlington, VA 22202 |
| Wilmington, DE 19899-0391 | |

Dated: March 22, 2006   FISH & RICHARDSON P.C.

          By: */s/ Thomas L. Halkowski*
            Thomas L. Halkowski (#4099)
            *halkowski@fr.com*
            919 N. Market Street, #1100
            P.O. Box 1114
            Wilmington, DE 19899-1114
            Tel: (302) 652-5070
            Fax: (302) 652-0607

            *Attorneys for Defendant*
            *Applied Materials, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2006, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Josy W. Ingersoll<br>John W. Shaw<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | *Attorneys for Plaintiffs*<br>*SEZ AG, Kurt Langen and Phillipp*<br>*Engesser* |

I hereby certify that on March 22, 2006, I have mailed via Federal Express, the document to the following non-registered participants:

| | |
|---|---|
| Douglas V. Rigler<br>Andrew J. Patch<br>Michael Piziali<br>Young & Thompson<br>745 South 23rd Street<br>Arlington, VA 22202 | *Attorneys for Plaintiffs*<br>*SEZ AG, Kurt Langen and Phillipp*<br>*Engesser* |

   /s/ Thomas L. Halkowski
Thomas L. Halkowski (#4099)

80031557.doc