# Fish & Richardson p.c.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
p.o. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

May 2, 2006

The Honorable Sue L. Robinson
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:    SEZ Holdings AG, et al. vs. Applied Materials, Inc.
       USDC-D. Del. - C.A. No. 05-552-SLR

Dear Chief Judge Robinson:

Enclosed for your review is a proposed Protective Order upon which the parties to this suit have agreed.

Respectfully,

*/s/ Thomas L. Halkowski*

Thomas L. Halkowski

TLH/kxk

80032786.doc

cc:  Josy W. Ingersoll, Esq. (w/enc.)