IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEZ HOLDING AG, <br> SEZ AG, <br> KURT LANGEN, and <br> PHILIPP ENGESSER, <br><br> Plaintiffs, <br><br> v. <br><br> APPLIED MATERIALS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 05-552-SLR |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, Michael Piziali, Esquire, withdraws from his representation of Plaintiffs in this action. Plaintiffs continue to be represented in this action by Josy W. Ingersoll and Andrew A. Lundgren of Young Conaway Stargatt & Taylor, LLP, as well as by the law firm of Young & Thompson.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*

Josy W. Ingersoll (No. 1088)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
302-571-6600
alundgren@ycst.com

*Attorneys for Plaintiff*

Dated: May 15, 2006