IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ Holding AG, SEZ AG, Kurt Langden and Philipp Engesser,<br><br>    Plaintiffs,<br><br>    v.<br><br>Applied Materials, Inc.,<br><br>    Defendant. | C.A. No. 05-552-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 6, 2006, copies of **DEFENDANT APPLIED MATERIALS, INC.'S FIRST AMENDED INITIAL DISCLOSURES UNDER RULE 26(a)(1)** were caused to be served on the attorneys of record as follows:

**VIA HAND DELIVERY**
John W. Shaw
Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

**VIA FEDERAL EXPRESS**
Douglas V. Rigler
Andrew J. Patch
Michael Piziali
Young & Thompson
745 South 23rd Street
Arlington, VA 22202

Dated:  June 6, 2006

FISH & RICHARDSON P.C.

By:  */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
halkowski@fr.com
919 N. Market Street, #1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel:  (302) 652-5070
Fax:  (302) 652-0607

*Attorneys for Defendant*
*Applied Materials, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2006, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Josy W. Ingersoll<br>John W. Shaw<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | *Attorneys for Plaintiffs*<br>*SEZ AG, Kurt Langen and Phillipp*<br>*Engesser* |

I hereby certify that on June 6, 2006, I have mailed via Federal Express, the document to the following non-registered participants:

| | |
|---|---|
| Douglas V. Rigler<br>Andrew J. Patch<br>Michael Piziali<br>Young & Thompson<br>745 South 23rd Street<br>Arlington, VA 22202 | *Attorneys for Plaintiffs*<br>*SEZ AG, Kurt Langen and Phillipp*<br>*Engesser* |

                                                      */s/ Thomas L. Halkowski*
                                                      Thomas L. Halkowski (#4099)

80033840.doc