IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ Holding AG, SEZ AG, Kurt Langden and Philipp Engesser,<br><br>        Plaintiffs,<br><br>   v.<br><br>Applied Materials, Inc.,<br><br>        Defendant. | C.A. No. 05-552-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 15, 2006, copies of **DEFENDANT APPLIED MATERIALS'S** *FIRST SUPPLEMENTAL* **RESPONSE TO PLAINTIFFS SEZ HOLDINGS AG ET AL.'S FIRST SET OF INTERROGATORIES** were caused to be served on the attorneys of record as follows:

**VIA HAND DELIVERY**
John W. Shaw
Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

**VIA E-MAIL & FIRST CLASS MAIL**
Douglas V. Rigler
Andrew J. Patch
Michael Piziali
Young & Thompson
745 South 23rd Street
Arlington, VA 22202

Dated:  June 15, 2006        FISH & RICHARDSON P.C.

        By:    */s/ Thomas L. Halkowski*
            Thomas L. Halkowski (#4099)
            *halkowski@fr.com*
            919 N. Market Street, #1100
            P.O. Box 1114
            Wilmington, DE 19899-1114
            Tel:  (302) 652-5070
            Fax:  (302) 652-0607

            *Attorneys for Defendant*
            *Applied Materials, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery:

Josy W. Ingersoll  *Attorneys for Plaintiffs*
John W. Shaw  *SEZ AG, Kurt Langen and Phillipp*
Young Conaway Stargatt & Taylor, LLP  *Engesser*
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

I hereby certify that on June 15, 2006, I have email and mailed via First Class Mail, the document to the following non-registered participants:

Douglas V. Rigler  *Attorneys for Plaintiffs*
Andrew J. Patch  *SEZ AG, Kurt Langen and Phillipp*
Michael Piziali  *Engesser*
Young & Thompson
745 South 23rd Street
Arlington, VA 22202

                                         /s/ Thomas L. Halkowski
                                        Thomas L. Halkowski (#4099)

80034142.doc