IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDINGS AG,<br>SEZ AG,<br>KURT LANGEN, and<br>PHILIPP ENGESSER<br><br>    Plaintiffs,<br><br>v.<br><br>APPLIED MATERIALS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-552 SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Jeff Goehring, Esquire of Young & Thompson, 745 South 23rd Street, Suite 200, Arlington, VA 22202 caused copies of Notice of Deposition Upon Oral Examination of Applied Materials, Inc. to be served on June 15, 2006, on the following counsel of record in the manner indicated:

### BY E-MAIL

Thomas Lee Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19801

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 19, 2006, upon the following counsel of record in the manner indicated:

### BY CM/ECF AND HAND DELIVERY

Thomas Lee Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19801

**BY E-MAIL**

Frank E. Scherkenbach, Esquire
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110-2804

Katherine Kelly Lutton, Esquire
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063


YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com

*Attorneys for Plaintiffs*

Douglas V. Rigler
Andrew J. Patch
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, VA 22202
(703) 521-2297

Dated: June 19, 2006