IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGDEN and PHILIPP ENGESSER,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLIED MATERIALS, INC.,<br><br>    Defendant. | C.A. No. 05-552-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 23, 2006, copies of **DEFENDANT'S OBJECTIONS TO PLAINTIFFS' FRCP 30(b)(6) DEPOSITION NOTICE** were caused to be served on the attorneys of record as follows:

| **E-MAIL AND FIRST CLASS MAIL** | **E-MAIL AND FIRST CLASS MAIL** |
|---|---|
| Josy W. Ingersoll | Douglas V. Rigler |
| John W. Shaw | Andrew J. Patch |
| Young Conaway Stargatt & Taylor, LLP | Michael Piziali |
| The Brandywine Building, 17th Floor | Young & Thompson |
| 1000 West Street | 745 South 23rd Street |
| P.O. Box 391 | Arlington, VA 22202 |
| Wilmington, DE 19899-0391 | |

Dated: June 26, 2006

FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*
    Thomas L. Halkowski (#4099)
    *halkowski@fr.com*
    919 N. Market Street, #1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Tel: (302) 652-5070
    Fax: (302) 652-0607

*Attorneys for Defendant*
*Applied Materials, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2006, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Josy W. Ingersoll  
John W. Shaw  
Young Conaway Stargatt & Taylor, LLP  
The Brandywine Building, 17th Floor  
1000 West Street  
P.O. Box 391  
Wilmington, DE  19899-0391

*Attorneys for Plaintiffs*  
*SEZ AG, Kurt Langen and Phillipp Engesser*

I hereby certify that on June 26, 2006, I have mailed the document via First Class Mail, to the following non-registered participants:

Douglas V. Rigler  
Andrew J. Patch  
Michael Piziali  
Young & Thompson  
745 South 23rd Street  
Arlington, VA 22202

*Attorneys for Plaintiffs*  
*SEZ AG, Kurt Langen and Phillipp Engesser*

    /s/ Thomas L. Halkowski  
Thomas L. Halkowski (#4099)

80034463.doc