102, an explanation of the features, functions and components of the devices in the photographs, as well as an explanation of SEZ's statement that the photographs concern devices that "correspond to the Alpha Process Module shipped to Applied on January 30 2001."

Dated: July 10, 2006                FISH & RICHARDSON P.C.


By: /s/ *Thomas L. Halkowski*
    Thomas L. Halkowski (#4099)
    919 N. Market Street, Suite 1100
    Wilmington, DE  19899-1114
    Tel:  (302) 652-5070
    Fax:  (302) 652-0607

Attorneys for Defendant
APPLIED MATERIALS, INC.

80034819.doc