IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGDEN and PHILIPP ENGESSER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLIED MATERIALS, INC.,<br><br>　　　　Defendant. | C.A. No. 05-552-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on August 16, 2006, true and correct copies of **APPLIED MATERIALS, INC.'S SECOND SET OF INTERROGATORIES TO PLAINTIFFS SEZ HOLDING AG, SEZ AG, KURT LANGEN, AND PHILIPP ENGESSER (NOS. 14-25), APPLIED MATERIALS, INC.'S SECOND SET OF DOCUMENT REQUESTS TO PLAINTIFFS SEZ HOLDING AG, SEZ AG, KURT LANGEN, AND PHILIPP ENGESSER (NO. 51)** and **APPLIED MATERIALS, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFFS SEZ HOLDING AG, SEZ AG, KURT LANGEN, AND PHILIPP ENGESSER (NOS. 1-13)** were caused to be served on the attorneys of record as follows:

**VIA HAND DELIVERY**
John W. Shaw
Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391

**VIA E-MAIL**
Douglas V. Rigler
Andrew J. Patch
Michael Piziali
Young & Thompson
745 South 23rd Street
Arlington, VA 22202

Dated: August 16, 2006         FISH & RICHARDSON P.C.

                               By: /s/ Thomas L. Halkowski
                                   Thomas L. Halkowski (#4099)
                                   halkowski@fr.com
                                   919 N. Market Street, #1100
                                   P.O. Box 1114
                                   Wilmington, DE 19899-1114
                                   Tel: (302) 652-5070
                                   Fax: (302) 652-0607

                               *Attorneys for Defendant
                               Applied Materials, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2006, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Josy W. Ingersoll
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

*Attorneys for Plaintiffs*
*SEZ AG, Kurt Langen and Phillipp Engesser*

I hereby certify that on August 16, 2006, I have emailed the document to the following non-registered participants:

Douglas V. Rigler
Andrew J. Patch
Michael Piziali
Young & Thompson
745 South 23rd Street
Arlington, VA 22202

*Attorneys for Plaintiffs*
*SEZ AG, Kurt Langen and Phillipp Engesser*

/s/ Thomas L. Halkowski
Thomas L. Halkowski (#4099)

80036030.doc