IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGDEN and PHILIPP ENGESSER,<br><br>          Plaintiffs,<br><br>     v.<br><br>APPLIED MATERIALS, INC.,<br><br>          Defendant. | C.A. No. 05-552-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on October 19, 2006, true and correct copies of

**APPLIED MATERIALS, INC.'S THIRD SET OF INTERROGATORIES TO PLAINTIFFS SEZ HOLDING AG, SEZ AG, KURT LANGEN, AND PHILIPP ENGESSER (NO. 26).** were caused to be served on the attorneys of record as follows:

| **VIA HAND DELIVERY** | **VIA E-MAIL** |
|---|---|
| John W. Shaw | Douglas V. Rigler |
| Josy W. Ingersoll | Andrew J. Patch |
| Young Conaway Stargatt & Taylor, LLP | Michael Piziali |
| The Brandywine Building, 17th Floor | Young & Thompson |
| 1000 West Street | 745 South 23rd Street |
| P.O. Box 391 | Arlington, VA 22202 |
| Wilmington, DE 19899-0391 | |

Dated: October 19, 2006              FISH & RICHARDSON P.C.

By:  */s/ Thomas L. Halkowski*
     Thomas L. Halkowski (#4099)
     *halkowski@fr.com*
     919 N. Market Street, #1100
     P.O. Box 1114
     Wilmington, DE 19899-1114
     Tel: (302) 652-5070
     Fax: (302) 652-0607

     *Attorneys for Defendant*
     *Applied Materials, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2006, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Josy W. Ingersoll<br>John W. Shaw<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | *Attorneys for Plaintiffs*<br>*SEZ AG, Kurt Langen and Phillipp*<br>*Engesser* |

I hereby certify that on October 19, 2006, I have emailed the document to the following non-registered participants:

| | |
|---|---|
| Douglas V. Rigler<br>Andrew J. Patch<br>Michael Piziali<br>Young & Thompson<br>745 South 23rd Street<br>Arlington, VA 22202 | *Attorneys for Plaintiffs*<br>*SEZ AG, Kurt Langen and Phillipp*<br>*Engesser* |

   /s/ Thomas L. Halkowski
Thomas L. Halkowski (#4099)

80038318.doc