IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGDEN and PHILIPP ENGESSER,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLIED MATERIALS, INC.,<br><br>    Defendant. | C.A. No. 05-552-SLR |

## STIPULATION

The parties to this matter hereby stipulate, as follows:

In light of Applied Material's discovery responses and the deposition testimony provided by its witnesses, SEZ has no damages, and will not seek an award of monetary damages at trial in this suit, regarding any of its asserted claims or counterclaims.

DATED: October 24, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Douglas V. Rigler
Andrew J. Patch
~~Michael Piziali~~
745 South 23rd Street
Arlington, VA 22202
Tel: (703) 521-2297

*Attorneys for Plaintiffs*
*SEZ Holding AG, SEZ AG,*
*Kurt Langden and Philipp Engesser*

Stip.Damages.doc

FISH & RICHARDSON P.C.

_____
Thomas L. Halkowski (#4099)
919 N. Market Street, #1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070

*Attorneys for Defendant*
*Applied Materials, Inc.*