IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGDEN and PHILIPP ENGESSER,<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLIED MATERIALS, INC.,<br><br>  Defendant. | C.A. No. 05-552-SLR |

## STIPULATION AND ORDER TO EXTEND TIME

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the respective parties that, subject to the Court's approval, the time for Defendant Applied Materials, Inc. to respond to Plaintiffs' motion for leave to amend pleadings (D.I. 138) in this action shall be extended from November 6, 2006 to November 17, 2006.

DATED:  November 2, 2006

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FISH & RICHARDSON P.C. |
| /s/ *Josy W. Ingersoll*<br>Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>Andrew A. Lundgren (#4429)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899-0391<br>Tel: (302) 571-6600<br><br>*Attorneys for Plaintiffs*<br>*SEZ Holding AG, SEZ AG,*<br>*Kurt Langden and Philipp Engesser* | /s/ *Thomas L. Halkowski*<br>Thomas L. Halkowski (#4099)<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Tel:  (302) 652-5070<br><br>*Attorneys for Defendant*<br>*Applied Materials, Inc.* |

   **SO ORDERED**, this _____ day of November, 2006.

   _____
   United States District Judge

80038714.doc