IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGEN, AND PHILIPP ESSENGER<br><br>                Plaintiffs,<br><br>        v.<br><br>APPLIED MATERIALS, INC.,<br><br>                Defendant. | Civil Action No. 05-552-SLR |

**ORDER PRECLUDING EXPERT TESTIMONY**

WHEREAS Plaintiffs SEZ AG and SEZ HOLDING AG ("SEZ"), Kurt Langen ("Langen"), and Philipp Engesser ("Engesser") have moved for an Order Precluding Expert Testimony by a witness untimely designated by Applied Materials, Inc. ("Applied"), and the Court finding that the a proposed expert report designated by Applied as a rebuttal report does not constitute rebuttal under Rule 26(a)(2)(C ) of the Federal Rules of Civil Procedure nor under the terms of the Scheduling Order of this action, and therefore is untimely;

IT IS HEREBY ORDERED that Applied is hereby precluded from introduction of expert testimony in this action.

SO ORDERED

this _____ day of _____, 2006

_____
UNITED STATES DISTRICT JUDGE