IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGDEN and PHILIPP ENGESSER,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLIED MATERIALS, INC.,<br><br>    Defendant. | C.A. No. 05-552-SLR |

## MOTION TO MODIFY DATE FOR BENCH TRIAL

Applied Materials, Inc. respectfully requests that the bench trial for this matter currently set to begin January 29, 2007 be moved to March 5th or as soon thereafter as the Court's schedule will allow. Lead counsel for Applied has a jury trial in another matter pending before Judge Shabaz in the Western District of Wisconsin that regretfully conflicts with the trial set in this matter.

Applied did not expect to have to trouble the Court with this scheduling issue, given that parties in this matter had been engaged in significant discussions regarding potential resolution of this matter, and given that this matter would, in any event, require only a short bench trial. Unfortunately, however, the parties reached an impasse in their discussions, including recent discussions with Magistrate Judge Thygne. When it appeared that the discussions with Magistrate Judge Thygne would not be fruitful, Applied reiterated to Plaintiffs concerns Applied had previously identified regarding the trial date for this matter. Applied was advised that Plaintiffs' counsel was inclined to oppose a change in the trial date, but that he would consult with his client and advise of Plaintiffs' position. Today Plaintiffs advised that they oppose moving the trial date for

this matter. Applied, however, is unaware of any prejudice that Plaintiffs would suffer if the trial date for this matter were to be moved to early March.

Applied, therefore, respectfully requests that the trial date for this matter be re-set to commence on March 5th or as soon thereafter as the Court's schedule would allow for a short bench trial.

Dated: November 27, 2006          FISH & RICHARDSON P.C.


By: */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
919 N. Market Street, #1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Tel: (617) 542-5070
Fax: (617) 542-8906

*Attorneys for Defendant*
*Applied Materials, Inc.*

## **RULE 7.1.1 CERTIFICATION**

Pursuant to Local Rule 7.1.1, counsel for Applied has discussed this motion with SEZ and has been advised that SEZ opposes the motion.

        /s/ *Thomas L. Halkowski*
        Thomas L. Halkowski

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2006, I electronically filed the attached **MOTION TO MODIFY DATE FOR BENCH TRIAL** with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Josy W. Ingersoll<br>John W. Shaw<br>Andrew A. Lundgren<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | *Attorneys for Plaintiffs*<br>*SEZ AG, Kurt Langen and*<br>*Phillipp Engesser* |

I hereby certify that on November 27, 2006, I have served the document(s) to the following non-registered participants via e-mail and first class mail:

| | |
|---|---|
| Douglas V. Rigler<br>Andrew J. Patch<br>Young & Thompson<br>745 South 23rd Street<br>Arlington, VA 22202 | *Attorneys for Plaintiffs*<br>*SEZ AG, Kurt Langen and*<br>*Phillipp Engesser* |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80039390.doc