IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGDEN and PHILIPP ENGESSER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLIED MATERIALS, INC.,<br><br>　　　　Defendant. | C.A. No. 05-552-SLR |

**(PROPOSED) ORDER GRANTING APPLIED MATERIALS, INC.'S
MOTION TO MODIFY DATE FOR BENCH TRIAL**

AND NOW, the Court, having considered the issues raised in Applied Materials, Inc.'s Motion to Modify Date for Bench Trial,

IT IS HEREBY ORDERED that the Motion is **GRANTED**.

The starting date for trial will be rescheduled from January 29, 2007 to _____ _____, 2007.

SO ORDERED this _____ day of _____, 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Court Judge