IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGEN, AND PHILIPP ENGESSER<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLIED MATERIALS, INC.,<br><br>  Defendant. | C.A. No. 05-552 SLR<br><br>PUBLIC VERSION |

**DECLARATION OF THOMAS L. HALKOWSKI IN SUPPORT OF APPLIED MATERIALS, INC.'S** *OPPOSITION* **TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT AND FIRST AMENDED REPLY AND [COUNTER-] COUNTERCLAIMS**

1. I, Thomas L. Halkowski declare as follows:

2. I am a principal of the law firm of Fish & Richardson P.C. I am admitted to practice law before all of the courts in the State of Delaware.

3. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would do so competently.

4. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Phillip Engesser, dated October 24, 2006.

5. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of Jergen Kruwinus, dated October 23, 2006.

6. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition of Kurt Langen, dated October 25, 2006.

7. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition of Harry Sax, dated October 23, 2006.

8. Attached hereto as Exhibit 5 is a true and correct copy of SEZ Holding AG et. al.'s Responses to Applied Material, Inc.'s Second Set of Interrogatories (Nos. 14-25), dated September 15, 2006.

9. Attached hereto as Exhibit 6 is a true and correct copy of SEZ Holding AG et. al.'s Supplemental Responses to Applied Material, Inc.'s Interrogatory Nos. 1, 2, and 14, dated October 18, 2006.

10. Attached hereto as Exhibit 7 is a true and correct copy of Rebuttal Expert Report of Dean P. Neikirk Ph.D., dated October 13, 2006.

11.   Attached hereto as Exhibit 8 is a true and correct copy of Applied Material, Inc.'s First Set of Interrogatories to Defendants SEZ Holding AG, SEZ AG, Kurt Langen, and Phillip Engesser (Nos. 1-13), dated January 13, 2006.

12.   Attached here to as Exhibit 9 is a true and correct copy of Plaintiffs' Responses and Objections to Defendant's First Set of Interrogatories to Plaintiffs, dated March 15, 2006.

\s\ *Thomas L. Halkowski*
Thomas L. Halkowski

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2006, I electronically filed the attached **PUBLIC VERSION – DECLARATION OF THOMAS L. HALKOWSKI IN SUPPORT OF APPLIED MATERIALS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT AND FIRST AMENDED REPLY AND COUNTERCLAIMS** with the Clerk of Court using CM/ECF which will send notification of such filing(s) and also served by hand delivery on the following:

| | |
|---|---|
| Josy W. Ingersoll<br>John W. Shaw<br>Andrew A. Lundgren<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | *Attorneys for Plaintiffs*<br>*SEZ AG, Kurt Langen and Philipp*<br>*Engesser* |

I also certify that on November 29, 2006, I have mailed the document via first class mail to the following:

| | |
|---|---|
| Douglas V. Rigler<br>Andrew J. Patch<br>Young & Thompson<br>745 South 23rd Street<br>Arlington, VA 22202 | *Attorneys for Plaintiffs*<br>*SEZ AG, Kurt Langen and Phillipp*<br>*Engesser* |

/s/ Thomas L. Halkowski
Thomas L. Halkowski