# Exhibit 1

# REDACTED DOCUMENT

# Exhibit 2

# REDACTED DOCUMENT

Exhibit 3

# REDACTED DOCUMENT

# Exhibit 4

REDACTED
DOCUMENT

# Exhibit 5

# REDACTED DOCUMENT

# Exhibit 6

# REDACTED DOCUMENT

# Exhibit 7

# REDACTED DOCUMENT

# Exhibit 8

# REDACTED DOCUMENT

# Exhibit 9

# REDACTED DOCUMENT