IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGEN, AND PHILIPP ENGESSER<br><br>Plaintiffs,<br><br>v.<br><br>APPLIED MATERIALS, INC.,<br><br>Defendant. | C.A. No. 05-00552-SLR |

## OPPOSITION TO
## APPLIED MATERIALS, INC.'S MOTION TO POSTPONE TRIAL DATE

Dated: December 4, 2006

Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Andrew A. Lundgren (No. 4429)
alundgren@ycst.com
YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801
(302) 571-6600

*Attorneys for Plaintiffs SEZ Holding AG,
SEZ AG, Kurt Langen, and Philipp Engesser*

Plaintiffs SEZ Holding AG, SEZ AG, Kurt Langen, and Philipp Engesser (collectively "SEZ") oppose the motion of Applied Materials, Inc. ("Applied") to postpone trial in this action.

It seems apparent that Applied has no legitimate basis for its request to postpone other than an apparent desire of its counsel to give priority to a later action in another district. The only reason advanced in support of the delay is that lead counsel for Applied claims to have a jury trial – at an unspecified date – in another district which, he says, conflicts with trial in this matter. The trial date in this action was set on February 8, 2006, at which time Applied's counsel reported no conflict. The first mention of a conflicting trial at an unspecified date was made in Applied's motion of November 27, 2006. It seems probable that the allegedly conflicting trial date was set <u>after</u>, and probably substantially after, the trial date set by this Court.

Applied further suggests that it did not expect to have to "trouble the Court in this action" because the parties have been engaged in significant settlement discussions, but had reached an impasse in recent mediation discussions before Magistrate Judge Thynge. The suggestion of the parties working together to achieve settlement before stumbling over a last minute glitch creates a misleading impression. In fact, defendant's lead counsel also sought a last minute postponement of the November 13, 2006 settlement discussion which Judge Thynge had scheduled eight months previously.

During the search for an alternate last minute mediation date, Applied's counsel said that Applied's settlement representatives had <u>unspecified</u> conflicts and would not be available on alternate dates proposed by Judge Thynge. Thereafter, following a number of telephone discussions with Judge Thynge, the parties, through counsel, did not agree

on acceptable terms for settlement. This failure was not the result of any last minute breakdown in discussions, because the parties' positions had been well known to each other before the November 13 date which Applied cancelled.

The SEZ plaintiffs have reserved the trial dates and potential witnesses have blocked these dates on their world-wide business schedules. Accordingly, they wish to proceed without the inconvenience or prejudice of rearrangement. Until the actual filing of its motion, Applied has never provided any reason for postponement. As noted, the present motion is nonspecific with respect to the details of the alleged conflict. Applied should not be permitted to alter the trial date merely because it prefers to give priority to a later action.

The motion should be denied.

Of Counsel:

Douglas V. Rigler, Esq. (DC Bar #61838)
drigler@young-thompson.com
Andrew J. Patch (VA Bar #29683)
ajpatch@young-thompson.com
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, Virginia 22202
(703) 521-2297

Dated: December 4, 2006

_____
Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Andrew A. Lundgren (No. 4429)
alundgren@ycst.com
YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Plaintiffs SEZ Holding AG,
SEZ AG, Kurt Langen, and Philipp Engesser*

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, hereby certify that on December 4, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Thomas Lee Halkowski, Esquire
> Fish & Richardson, P.C.
> 919 N. Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE 19801

I further certify that on December 4, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren
_____
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
alundgren@ycst.com

Attorneys for SEZ Holding AG, SEZ AG,
Kurt Langen, and Philipp Engesser