IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGDEN and PHILIPP ENGESSER,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLIED MATERIALS, INC.,<br><br>    Defendant. | C.A. No. 05-552-SLR |

**REPLY AND WITHDRAWAL OF MOTION TO**
**MODIFY DATE FOR BENCH TRIAL**

Applied desires to proceed to trial without delay. Applied's motion to modify the trial date was only submitted when it appeared that no other reasonable option existed for litigating this matter.[1] (D.I. 45). However, even after filing its motion Applied continued its efforts to explore other ways to address the scheduling conflict of its lead counsel. Recently, Applied succeeded in securing the services of a new lead counsel from within Fish & Richardson. New lead counsel is undertaking extensive efforts to ensure that this matter will be ready for trial on the date set forth in the scheduling order. Thus, Applied respectfully withdraws its motion to modify the trial date, and looks forward to

---

[1] Lead counsel for Applied had absolutely no practical ability to influence the setting of the date for the jury trial in the Western District of Wisconsin that conflicts with this matter.

presenting its defenses to SEZ's claims at the trial for this matter during the week of January 29, 2007.[2]

Dated: December 5, 2006

FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
919 N. Market Street, #1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607

*Attorneys for Defendant*
*Applied Materials, Inc.*

---

[2] SEZ's opposition presents a mistaken view of a number of events regarding this matter. It serves no purpose to address each of them in detail, given that Applied's request for relief is now moot. However, Applied is compelled to address the suggestion that Applied's counsel sought a "last minute" cancellation of the mediation for this matter due to "unspecified" conflicts. In truth, Applied has accorded all due respect for the mediation scheduled for this matter, and the facts, as SEZ's counsel is very well aware, are that:

(i) on Friday, October 6, 2006, the very *same* date that the order was issued scheduling a preliminary injunction hearing in conflict with the mediation for this matter, counsel for Applied immediately *emailed* SEZ's counsel specifically advising that a preliminary injunction in another matter had been scheduled in conflict with the mediation date;

(ii) thereafter Applied promptly contacted Magistrate Judge Thynge's chambers by phone to specifically advise of the conflict;

(iii) when it became clear that the conflict with the preliminary injunction hearing date could not be eliminated, counsel for Applied wrote to Magistrate Judge Thynge on October 25th and sought assistance in dealing with the existing conflict;

(iv) thereafter, the parties engaged in a series of informal phone calls (together and separately) with Magistrate Judge Thynge to discuss possible approaches for resolving this matter; and

(v) ultimately a final call was jointly scheduled with Magistrate Judge Thynge on November 13, 2006 and, despite the best efforts of the Court, the parties were unable to resolve this matter.

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2006, I electronically filed the attached **REPLY AND WITHDRAWAL OF MOTION TO MODIFY DATE FOR BENCH TRIAL** with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Josy W. Ingersoll<br>John W. Shaw<br>Andrew A. Lundgren<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | *Attorneys for Plaintiffs*<br>*SEZ AG, Kurt Langen and*<br>*Phillipp Engesser* |

I hereby certify that on December 5, 2006, I have served the document(s) to the following non-registered participants via e-mail and first class mail:

| | |
|---|---|
| Douglas V. Rigler<br>Andrew J. Patch<br>Young & Thompson<br>745 South 23rd Street<br>Arlington, VA 22202 | *Attorneys for Plaintiffs*<br>*SEZ AG, Kurt Langen and*<br>*Phillipp Engesser* |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80039689.doc