IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGDEN and PHILIPP ENGESSER,<br><br>Plaintiffs,<br><br>v.<br><br>APPLIED MATERIALS, INC.,<br><br>Defendant. | C.A. No. 05-552-SLR |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on December 18, 2006, true and correct copies of

**APPLIED MATERIALS, INC.'S PRELIMINARY LIST OF FACT WITNESSES.**

were caused to be served on the attorneys of record as follows:

**VIA E-MAIL AND HAND DELIVERY**
Josy W. Ingersoll
John W. Shaw
Andrew A. Lundgren
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

**VIA E-MAIL AND 1ST CLASS MAIL**
Douglas V. Rigler
Andrew J. Patch
Young & Thompson
745 South 23rd Street
Arlington, VA 22202

Dated:  December 18, 2006        FISH & RICHARDSON P.C.

By:  */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
halkowski@fr.com
919 N. Market Street, #1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel:  (302) 652-5070
Fax:  (302) 652-0607

*Attorneys for Defendant*
*Applied Materials, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2006, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing to the following Delaware counsel. In addition, the filing will also be sent in the manner indicated:

**VIA HAND DELIVERY**
Josy W. Ingersoll
John W. Shaw
Andrew A. Lundgren
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

*Attorneys for Plaintiffs*
*SEZ AG, Kurt Langen and Phillipp*
*Engesser*

**VIA FIRST CLASS MAIL**
Douglas V. Rigler
Andrew J. Patch
Young & Thompson
745 South 23rd Street
Arlington, VA 22202

*Attorneys for Plaintiffs*
*SEZ AG, Kurt Langen and Phillipp*
*Engesser*

 */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)

80040258.doc