IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGDEN and PHILIPP ENGESSER, <br><br> Plaintiffs, <br><br> v. <br><br> APPLIED MATERIALS, INC., <br><br> Defendant. | C.A. No. 05-552-SLR |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF JUANITA R. BROOKS

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Juanita R. Brooks of Fish & Richardson P.C. to represent Defendant Applied Materials, Inc. in this matter.

Dated:  December 27, 2006          FISH & RICHARDSON P.C.


By:  /s/ *Thomas L. Halkowski*
    Thomas L. Halkowski (#4099)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Telephone:  (302) 652-5070
    Facsimile:   (302) 652-0607


Attorneys for Defendant
APPLIED MATERIALS, INC.


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated:  _____          _____
                                        United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund, effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.


Dated: ___*12 - 20*___ , 2006          Signed: _____

Juanita R. Brooks
12390 El Camino Real
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile: 858-678-5099

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 27, 2006, I electronically filed the attached

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF JUANITA R.**

**BROOKS** with the Clerk of Court using CM/ECF which will send electronic notification

of such filing(s) to the following Delaware counsel.  In addition, the filing will also be

sent via hand delivery:

Josy W. Ingersoll                                    *Attorneys for Plaintiffs*
John W. Shaw                                         *SEZ AG, Kurt Langen and*
Andrew A. Lundgren                                   *Phillipp Engesser*
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

I hereby certify that on December 27, 2006, I have served the document(s) to the

following non-registered participants via e-mail and first class mail:

Douglas V. Rigler                                    *Attorneys for Plaintiffs*
Andrew J. Patch                                      *SEZ AG, Kurt Langen and*
Young & Thompson                                     *Phillipp Engesser*
745 South 23rd Street
Arlington, VA 22202

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

10692944.doc