IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGEN, AND PHILIPP ENGESSER<br><br>Plaintiffs,<br><br>v.<br><br>APPLIED MATERIALS, INC.,<br><br>Defendant. | C.A. No. 05-00552-SLR |

## MOTION AND ORDER FOR
## ADMISSION PRO HAC VICE OF JEFFREY M. GOEHRING

Pursuant to Local Rule 83.5 and the attached certification, undersigned counsel moves the Court for admission pro hac vice of Jeffrey M. Goehring of Young & Thompson, counsel for plaintiffs in this action.

Dated: January 4, 2007

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

By: _/s/ Andrew A. Lundgren/_
Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Andrew A. Lundgren (No. 4429)
alundgren@ycst.com
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600

Attorneys for Plaintiffs SEZ Holding AG,
SEZ AG, Kurt Langen, and Philipp Engesser

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, hereby certify that on January 4, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Thomas Lee Halkowski, Esquire
> Fish & Richardson, P.C.
> 919 N. Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE 19801

I further certify that on January 4, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren

Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
alundgren@ycst.com

Attorneys for SEZ Holding AG, SEZ AG, Kurt Langen, and Philipp Engesser