## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

I hereby certify pursuant to Local Rule 83.5 that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the State Bar of California and The District of Columbia Bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs related to this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund I further certify that a fee of $25.00 will be submitted to the Clerk's office upon filing of this motion.

Dated: 1/4/07

Singed: _____
Jeffrey M. Goehring
Young & Thompson
745 South 23rd St.
Arlington, VA 22202
(703) 521-2297
Fax: (703) 685-0573