IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEZ HOLDING AG, SEZ AG, KURT
LANGEN, AND PHILIPP ENGESSER

               Plaintiffs,

          v.

APPLIED MATERIALS, INC.,

               Defendant.

C.A. No. 05-00552-SLR

**(PROPOSED) ORDER GRANTING
<u>MOTION FOR ADMISSION PRO HAC VICE</u>**

IT IS HEREBY ORDERED counsel's motion for admission of Jeffrey M. Goehring pro hac vice is granted.

Dated: _____

_____
United States District Court Judge