# Tab 1

# PTO EXHIBIT 2

*SEZ HOLDING ET AL. V. APPLIED MATERIALS, INC.*
Civil Action No. 1:05-cv-00552-SLR

CLAIM CONSTRUCTION STATEMENT[1]

| U.S. PATENT NO. 6,708,701 | | |
|---|---|---|
| **CLAIMS** | **SEZ'S PROPOSED CONSTRUCTION** | **APPLIED'S PROPOSED CONSTRUCTION** |
| **1**. An apparatus for removing an edge bead from a substrate, comprising: a substrate support member; a plurality of mounting posts positioned along a perimeter of the substrate support member; and a **rigid** annular capillary ring mounted to the plurality of mounting posts, the **rigid** annular capillary ring having a substantially planar capillary surface formed thereon, the **rigid** annular capillary ring being configured to maintain the substantially planar capillary surface when attached to the mounting posts. | The term "rigid" means:<br><br>inflexible. | The term "rigid annular capillary ring" means:<br><br>an annular capillary ring whose material and/or structure allows the ring to be sufficiently inflexible such that it does not deform during and immediately after the mounting process and cause varied processing results. |
| **10.** The apparatus of claim 1, wherein the capillary ring includes a plurality of substrate support pin bores formed therein, each of the respective substrate support pin bores being configured to communicate **a longitudinally extendable substrate support pin** therethrough. | The term "a longitudinally extendable substrate support pin" means:<br><br>a pin that is positioned to contact a wafer and is axially extensible and retractable relative to the apparatus. | The term "a longitudinally extendable substrate support pin" needs no construction. However, if the Court were to construe the term, it means:<br><br>a longitudinally extendable pin to provide support for the substrate. |

---

[1]   Terms that SEZ requests construction are **bolded**; terms that Applied requests construction are underlined. Terms that both parties request construction are both **bolded and underlined**.

1

| U.S. PATENT NO. 6,708,701 | | |
|---|---|---|
| **CLAIMS** | **SEZ'S PROPOSED CONSTRUCTION** | **APPLIED'S PROPOSED CONSTRUCTION** |
| **11.** A capillary ring for a capillary-type edge bead removal system, comprising an annular body portion having a <u>substantially planar-capillary surface formed on an upper surface of the body portion, the body portion being manufactured from a **rigid material**</u>, and the upper surface receiving a wafer prior to initiation of edge bead removal. | The term "rigid material" means:<br><br>an inflexible material. | The capillary ring with a "substantially planar-capillary surface formed on an upper surface of the body portion, the body portion being manufactured from a rigid material" means:<br><br>a capillary ring whose material and/or structure allows the ring to be sufficiently inflexible such that it does not deform during and immediately after the mounting process and cause varied processing results. |

2

| U.S. PATENT NO. 6,708,701 | | |
|---|---|---|
| **CLAIMS** | **SEZ'S PROPOSED CONSTRUCTION** | **APPLIED'S PROPOSED CONSTRUCTION** |
| **21.** An apparatus for supporting a wafer during an edge bead removal process, the wafer having an edge therearound, the apparatus comprising: a substrate support member; a plurality of mounting posts disposed on the substrate support member; a **rigid ring** mounted on the plurality of mounting posts for receiving the wafer and supporting the wafer above the substrate support member; and a plurality of **support pins selectively extendable from the rigid ring in order to raise the wafer above the ring**. | The term "rigid ring" means:<br><br>an inflexible ring.<br><br>The term "support pins selectively extendable from the rigid ring in order to raise the wafer above the ring" means:<br><br>pins that that are positioned to contact a wafer and are axially extensible and retractable relative to the apparatus. | The term "rigid ring" means:<br><br>a ring whose material and/or structure allows the ring to be sufficiently inflexible such that it does not deform during and immediately after the mounting process and cause varied processing results.<br><br>The term "support pins selectively extendable from the rigid ring in order to raise the wafer above the ring" needs no construction. However, if the Court were to construe the term, it means:<br><br>pins to provide support for the substrate and which are selectively extendable from the rigid ring in order to raise the wafer above the ring. |

3

| U.S. PATENT NO. 6,786,996 |||
|---|---|---|
| **CLAIMS** | **SEZ'S PROPOSED CONSTRUCTION** | **APPLIED'S PROPOSED CONSTRUCTION** |
| 1. An apparatus for removing an edge bead from a substrate, comprising: a processing chamber having an edge bead removal fluid distribution system positioned therein; and a substrate support member positioned in the processing chamber **proximate** the fluid distribution system, the substrate support member comprising: an upper substrate support surface having a plurality of fluid dispensing apertures formed therein; at least three capillary ring support posts radially positioned about a perimeter of the upper substrate support surface; <u>an annular capillary ring rigidly mounted to the capillary ring support posts, the capillary ring having a planar upper surface</u>; at least three **selectively extendable substrate support pin assemblies** positioned **proximate** the annular capillary ring on the substrate support member; and at least three substrate gripper assemblies radially positioned about the perimeter of the upper substrate support surface. | The term "selectively extendable substrate support pin assemblies" means:<br><br>pins that that are positioned to contact a wafer and are axially extensible and retractable relative to the apparatus.<br><br>The term "proximate" means:<br><br>at or near. | The term "an annular capillary ring rigidly mounted to the capillary ring support posts, the capillary ring having a planar upper surface" means:<br><br>an annular capillary ring whose material and/or structure allows the ring to be sufficiently inflexible such that it does not deform during and immediately after the mounting process and cause varied processing results.<br><br>The term "selectively extendable substrate support pin assemblies" needs no construction. However, if the Court were to construe the term, it means:<br><br>selectively extendable substrate support pin assemblies that include pins to provide support for the substrate.<br><br>The term "proximate" needs no construction. However, if the Court were to construe the term, it means:<br><br>very close to or within. |

4

| U.S. PATENT NO. 6,786,996 |||
|---|---|---|
| **CLAIMS** | **SEZ'S PROPOSED CONSTRUCTION** | **APPLIED'S PROPOSED CONSTRUCTION** |
| **4.** The apparatus of claim 1, wherein the selectively extendable substrate support pin assemblies comprise: an actuator positioned in the substrate support member; and **a longitudinally extending substrate support pin** having a distal substrate support surface formed thereon. | The term "a longitudinally extending substrate support pin" means:<br><br>a pin that that is positioned to contact a wafer and is axially extensible and retractable relative to the apparatus. | The term "a longitudinally extending substrate support pin" needs no construction. However, if the Court were to construe the term, it means:<br><br>longitudinally extending pin to provide support for the substrate. |
| **12.** A substrate support member for a capillary-type edge bead removal system, comprising: at least one fluid dispensing aperture formed in an upper surface of the substrate support member; a plurality of gas dispensing apertures formed into the upper surface; a plurality support posts positioned along a perimeter of the substrate support member in an annular pattern; an annular capillary ring mounted to the support posts; **a plurality of selectively actuated pin assemblies** positioned along the perimeter of the substrate support member; and a plurality of gripper assemblies positioned along the perimeter of the substrate support member. | The term "a plurality of selectively actuated pin assemblies" means:<br><br>pins that that are positioned to contact a wafer and are axially extensible and retractable relative to the apparatus. | The term "a plurality of selectively actuated pin assemblies" needs no construction. However, if the Court were to construe the term, it means:<br><br>a plurality of selectively actuated pin assemblies that include pins to provide support for the substrate. |
| **18.** The substrate support member of claim 13, wherein the substrate support pin is configured to extend **proximate** the annular capillary ring to engage and support a substrate at a preferred capillary distance above the annular capillary ring. | The term "proximate" means:<br><br>at or near. | The term "proximate" needs no construction. However, if the Court were to construe the term, it means:<br><br>very close to or within. |

5