IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGEN, AND PHILIPP ENGESSER<br><br>　　　　Plaintiffs and<br>　　　　Counter-Defendants,<br><br>　v.<br><br>APPLIED MATERIALS, INC.,<br><br>　　　　Defendant and<br>　　　　Counterclaimant. | C.A. No. 05-552 SLR |

**DECLARATION OF THOMAS L. HALKOWSKI IN SUPPORT OF APPLIED MATERIALS, INC.'S  BRIEF  REGARDING
CONSTRUCTION OF DISPUTED CLAIM TERMS FOR THE  PATENTS-IN-SUIT**

　　　　I, Thomas L. Halkowski, declare as follows:

　　　　1.　　　I am an attorney at Fish & Richardson P.C., counsel of record in this action for Defendant Applied Materials, Inc. ("Applied").  I am a member of the Bar of the State of Delaware and of this Court.  I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

　　　　2.　　　Attached hereto as Exhibit A is a true and correct copy of United States Patent No. 6,708,701 B2.

　　　　3.　　　Attached hereto as Exhibit B is a true and correct copy of United States Patent No. 6,786,996 B2.

　　　　4.　　　Attached hereto as Exhibit C is a true and correct copy of United States Patent No. 4,903,717.

　　　　5.　　　Attached hereto as Exhibit D is a true and correct copy United States Patent No. 5,896,877.

6. Attached hereto as Exhibit E is a true and correct copy a translation of European Patent Application No. 99108319.7 produced by SEZ in this suit.

7. Attached hereto as Exhibit F is a true and correct copy of United States Patent Application Publication No. 2004/0020427 A1.

8. Attached hereto as Exhibit G is a true and correct copy of the November 9, 2006 email from Thomas Halkowski, counsel for Applied, to counsel for Plaintiff, SEZ.

9. Attached hereto as Exhibit H is a true and correct copy of the November 10, 2006 email and it's corresponding attachment, from Thomas Halkowski, counsel for Applied, to counsel for Plaintiff, SEZ.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of January, 2007, at Wilmington, Delaware.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Thomas L. Halkowski
　　　　　　　　　　　　　　　　　　　　　　　　Thomas L. Halkowski

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2007, I electronically filed the attached **DECLARATION OF THOMAS L. HALKOWSKI IN SUPPORT OF APPLIED MATERIALS, INC.'S BRIEF REGARDING CONSTRUCTION OF DISPUTED CLAIM TERMS FOR THE PATENTS-IN-SUIT** with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Josy W. Ingersoll<br>John W. Shaw<br>Andrew A. Lundgren<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | *Attorneys for Plaintiffs*<br>*SEZ AG, Kurt Langen and*<br>*Phillipp Engesser* |

I hereby certify that on January 4, 2007, I served the document(s) on the following via e-mail and first class mail:

| | |
|---|---|
| Douglas V. Rigler<br>Andrew J. Patch<br>Young & Thompson<br>745 South 23rd Street<br>Arlington, VA 22202 | *Attorneys for Plaintiffs*<br>*SEZ AG, Kurt Langen and*<br>*Phillipp Engesser* |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski