# Exhibit A

(12) **United States Patent** (10) Patent No.: **US 6,708,701 B2**
Emami (45) **Date of Patent:** **Mar. 23, 2004**

(54) **CAPILLARY RING**

(75) Inventor: **Ramin Emami**, San Jose, CA (US)

(73) Assignee: **Applied Materials Inc.**, Santa Clara, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 81 days.

(21) Appl. No.: **09/981,589**

(22) Filed: **Oct. 16, 2001**

(65) **Prior Publication Data**

US 2003/0070755 A1 Apr. 17, 2003

(51) Int. Cl.[7] ................................................ **B08B 3/04**

(52) U.S. Cl. ...................... **134/148**; 134/153; 134/182; 134/183; 134/902

(58) **Field of Search** ................................. 134/140, 148, 134/153, 182, 183, 902; 118/52, 318, 319, 320; 156/345

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,339,297 A | * | 7/1982 | Aigo | |
| 4,485,758 A | * | 12/1984 | Peugh et al. | |
| 4,510,176 A | * | 4/1985 | Cuthbert et al. | |
| 4,544,446 A | * | 10/1985 | Cady | |
| 4,732,785 A | * | 3/1988 | Brewer | |
| 4,788,994 A | | 12/1988 | Shinbara | 134/157 |
| 4,903,717 A | * | 2/1990 | Sumnitsch | |
| 5,071,485 A | * | 12/1991 | Matthews et al. | |
| 5,294,257 A | * | 3/1994 | Kelly et al. | |
| 5,342,738 A | | 8/1994 | Ikeda | 430/325 |
| 5,395,649 A | * | 3/1995 | Ikeda | |
| 5,444,921 A | * | 8/1995 | Milina | |
| 5,513,668 A | | 5/1996 | Sumnitsch | 34/157 |
| 5,664,254 A | | 9/1997 | Ohkura et al. | 396/612 |
| 5,689,749 A | | 11/1997 | Tanaka et al. | 396/611 |
| 5,706,843 A | | 1/1998 | Matsuo | 134/153 |
| 5,762,391 A | | 6/1998 | Sumnitsch | 294/119.1 |
| 5,773,132 A | | 6/1998 | Blumberg et al. | 428/209 |

| | | | | |
|---|---|---|---|---|
| 5,845,170 A | | 12/1998 | Ogata | 396/604 |
| 5,851,041 A | | 12/1998 | Anderson et al. | 294/106 |
| 5,868,843 A | | 2/1999 | Yang et al. | 118/504 |
| 5,879,577 A | * | 3/1999 | Weng et al. | |
| 5,882,433 A | | 3/1999 | Ueno | 134/31 |
| 5,896,877 A | | 4/1999 | Pirker | 134/153 |
| 5,897,379 A | | 4/1999 | Ulrich et al. | 438/754 |
| 5,908,661 A | | 6/1999 | Batcheldor et al. | 427/240 |
| 5,916,631 A | | 6/1999 | Mahneke | 427/240 |
| 5,925,410 A | * | 7/1999 | Akram et al. | |
| 5,927,303 A | * | 7/1999 | Miya et al. | |
| 5,931,518 A | | 8/1999 | Pirker | 294/119.1 |
| 5,952,050 A | * | 9/1999 | Doan | |
| 5,964,954 A | | 10/1999 | Matsukawa et al. | 134/6 |
| 5,972,078 A | | 10/1999 | Collins et al. | 95/224 |
| 5,974,682 A | | 11/1999 | Akimoto | 34/66 |
| 5,979,475 A | * | 11/1999 | Satoh et al. | |
| 5,985,039 A | | 11/1999 | Yonemizu et al. | 134/2 |
| 5,989,342 A | * | 11/1999 | Ikeda et al. | |
| 6,012,858 A | | 1/2000 | Konishi et al. | 396/611 |
| 6,020,639 A | * | 2/2000 | Ulrich et al. | |
| 6,032,512 A | * | 3/2000 | Li | |
| 6,033,584 A | | 3/2000 | Ngo et al. | 216/67 |
| 6,050,275 A | | 4/2000 | Kamikawa et al. | 134/105 |
| 6,053,977 A | | 4/2000 | Konishi | 118/320 |
| 6,056,825 A | * | 5/2000 | Summitsch | |
| 6,059,879 A | | 5/2000 | Gonzalez | 117/92 |
| 6,103,096 A | | 8/2000 | Datta et al. | 205/686 |

(List continued on next page.)

*Primary Examiner*—Frankie L. Stinson
(74) *Attorney, Agent, or Firm*—Moser, Patterson & Sheridan

(57) **ABSTRACT**

The present invention provides an apparatus for removing an edge bead from a substrate. The apparatus includes a substrate support member, a plurality of mounting posts positioned along a perimeter of the substrate support member, and a rigid annular capillary ring mounted to the plurality of mounting posts. The rigid annular capillary ring includes a substantially planar upper capillary surface and is configured to maintain the substantially planar capillary surface when attached to the mounting posts.

**32 Claims, 11 Drawing Sheets**



## US 6,708,701 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,126,338 A | | 10/2000 | Akimoto ...................... 396/611 |
| 6,133,158 A | | 10/2000 | Obeng et al. ............... 438/745 |
| 6,136,163 A | | 10/2000 | Cheung et al. ............. 204/198 |
| 6,140,254 A | * | 10/2000 | Endisch et al. |
| 6,143,155 A | | 11/2000 | Adams et al. ................ 205/87 |
| 6,150,269 A | | 11/2000 | Roy ............................ 438/687 |
| 6,152,507 A | | 11/2000 | Pirker ....................... 294/64.3 |
| 6,153,361 A | * | 11/2000 | Liu et al. |
| 6,167,893 B1 | | 1/2001 | Taatjes et al. ............. 134/147 |
| 6,168,660 B1 | | 1/2001 | Hayes et al. ................. 118/52 |
| 6,193,798 B1 | | 2/2001 | Sumnitsch ................... 118/52 |
| 6,221,157 B1 | | 4/2001 | Davis et al. ................. 118/52 |
| 6,221,774 B1 | | 4/2001 | Malik ........................ 438/690 |
| 6,267,853 B1 | * | 7/2001 | Dordi et al. |
| 6,273,104 B1 | * | 8/2001 | Shinbara et al. |
| 6,316,367 B1 | | 11/2001 | Sumnitsch .................. 438/716 |
| 6,317,642 B1 | | 11/2001 | You et al. .................. 700/121 |
| 6,399,552 B1 | | 6/2002 | Lee et al. ................... 510/175 |
| 6,431,190 B1 | * | 8/2002 | Oka et al. |
| 6,436,302 B1 | | 8/2002 | Li et al. ....................... 216/38 |
| 6,443,168 B1 | * | 9/2002 | Morita et al. |
| 6,453,916 B1 | * | 9/2002 | Tran et al. |
| 6,479,879 B1 | | 11/2002 | Pike et al. ................. 257/437 |
| 6,494,221 B1 | * | 12/2002 | Sellmer et al. |
| 6,497,784 B1 | * | 12/2002 | Jones et al. |
| 6,516,815 B1 | * | 2/2003 | Stevens et al. |
| 2003/0073309 A1 | | 4/2003 | Emami ....................... 438/689 |
| 2003/0073320 A1 | | 4/2003 | Emami ....................... 438/704 |

* cited by examiner



34  38  35  32  36  33

22

33

*FIG. 1A*



34  38  35  32  36  33

22  42  33

*FIG. 1B*



*FIG. 2A*



*FIG. 2B*



*FIG. 2C*



*FIG. 3A*



*FIG. 3B*



*FIG. 4*



*FIG. 5*



*FIG. 6*



FIG. 7



*FIG. 8*

US 6,708,701 B2

1

# CAPILLARY RING

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to an improved capillary ring for a capillary-type edge bead removal system.

### 2. Background of the Related Art

In semiconductor device manufacturing, multiple deposition processes, such as chemical vapor deposition (CVD), physical vapor deposition (PVD), electroless plating, electrochemical plating (ECP), and/or other deposition processes, are generally conducted in a process series in order to generate a multilayer pattern of conductive, semiconductive, and/or insulating materials on a substrate. When the series is used to manufacture a multilayer device, a planarization process is generally used to planarize or polish the substrate surface between the individual layer deposition steps in order to provide a relatively flat surface for the next deposition step. When an ECP process is used as a deposition step, an edge bead generally forms proximate the perimeter of the substrate, which inhibits effective planarization processes. Therefore, an edge bead removal (EBR) process is generally conducted after an ECP deposition process is complete. The EBR process generally operates to remove unwanted edge beads deposited on the bevel or edge of the substrate during the ECP deposition process, and therefore, allows for effective planarization of the substrate surface.

Metal ECP may be accomplished through a variety of methods using a variety of metals. Copper and copper alloys are generally a choice metal for ECP as a result of copper's high electrical conductivity, high resistance to electromagnetic migration, good thermal conductivity, and it's availability in a relatively pure form. Typically, electrochemically plating copper or other metals and alloys involves initially depositing a thin conductive seed layer over the substrate surface to be plated. The seed layer may be a copper alloy layer having a thickness of about 2000 Å, for example, and may be deposited through PVD or other deposition techniques. The seed layer generally blanket covers the surface of the substrate, as well as any features formed therein. Once the seed layer is formed, a metal layer may be plated onto/over the seed layer through an ECP process. The ECP layer deposition process generally includes application of an electrical bias to the seed layer, while an electrolyte solution is flowed over the surface of the substrate having the seed layer formed thereon. The electrical bias applied to the seed layer is configured to attract metal ions suspended or dissolved in the electrolytic solution to the seed layer. This attraction operates to pull the ions out of the electrolyte solution and cause the ions to plate on the seed layer, thus forming a metal layer over the seed layer.

During the ECP process, metal ions contained in the electrolyte solution generally deposit on substrate locations where the solution contacts the seed layer. Although the seed layer is primarily deposited on the front side of the substrate, the seed layer may be over deposited and partially extend onto the edge and backside of the substrate. As such, metal ions from the electrolyte solution may deposit on the edge and backside portions of the substrate during an ECP process if the electrolyte solution contacts these portions of the substrate having the over deposited seed layer formed thereon. For example, FIG. 1A illustrates a cross sectional view of a substrate 22 having a seed layer 32 deposited on the substrate surface 35. Seed layer 32 extends to a radial

2

distance proximate the bevel edge 33 of substrate 22 and may be deposited, for example, with a CVD or a PVD process. A conductive metal layer 38 is deposited on top of seed layer 32, through, for example, an ECP process. As a result of the seed layer 32 terminating proximate bevel 33, an excess metal layer buildup, known as an edge bead 36, generally forms proximate the bevel 33 above the terminating edge of the seed layer 32. Edge bead 36 may result from a locally higher current density at the edge of seed layer 32 and usually forms within 2–5 mm from the edge of the substrate. FIG. 1B illustrates a similar edge bead 36, and includes an illustration of a metal layer 38 extending around the bevel 33 of substrate 22 onto backside 42. This situation occurs when the seed layer 32 extends around bevel 33 onto backside 42 and comes into contact with the electrolyte during ECP process. Edge bead 36 must generally be removed from the substrate surface before further layers may be deposited thereon or before substrate processing is complete, as edge bead 36 creates a deformity in the planarity of the substrate surface that does not facilitate multilayer device formation.

EBR systems operate to remove the over deposited seed and metal layers from the edge and backside portions of the substrate. Generally, there are two primary types of EBR systems. A nozzle-type EBR system generally rotates a substrate below a nozzle that dispenses a metal removing solution onto the edge and possibly backside of the substrate in order to remove the edge bead and over deposited metal layer. A capillary-type EBR system generally floats a substrate immediately above a plastic capillary ring configured to direct a metal removing solution dispensed on the backside of the substrate around the bevel area proximate the edge bead for removal thereof.

Although both types of EBR systems are generally effective in removing the edge bead and over deposited metal layer from the substrate, both systems suffer from inherent disadvantages. For example, in a conventional capillary EBR system, such as the system illustrated in U.S. Pat. No. 6,056,825 to SEZ Corporation, a substrate is floated face down on a substrate support member via a gas flow, which may be nitrogen, for example. The gas flow exits a substrate support surface below the substrate positioned thereon, thus acting as a gas cushion for the substrate that keeps the substrate from contacting the substrate support member. However, substrates placed in EBR systems generally have a copper sulfate liquid residue on the production surface of the substrate from previous metal layer deposition steps. Therefore, when the substrate is supported by the gas flow/cushion, the gas flow often acts to dry the copper sulfate residue, which causes staining on the production surface of the substrate. Staining is undesirable, as the electrical properties of the metal layers below the stain are degraded, which may reduce the device yield. In order to avoid staining of the production surface, the production surface may be rinsed with deionized water, for example, prior to the substrate being supported by the gas cushion. However, rinsing also presents disadvantages, as the production surface may then corrode or pit as a result of the exposure to the rinsing fluid. Further, fumes from the edge bead removal solution may contact the production surface, which may also cause undesirable pitting of the surface. Another disadvantage of capillary-type EBR systems is that the geometry of the plastic capillary ring has a substantial effect upon the EBR effectiveness. For example, if the plastic capillary ring is not completely planar, then the EBR process will be uneven around the perimeter of the substrate.

US 6,708,701 B2

3

This poses a significant disadvantage, as the plastic capillary ring is a common component that is removed during various types of system maintenance, and when the ring is reinstalled, often the surface is not planar as a result of various torques exerted on the plastic ring from the mounting hardware.

Therefore, there exists a need for a capillary EBR system capable of being easily dismantled and reassembled for substrate production, where the capillary ring of the EBR system is configured to maintain a desired geometry upon reassembly.

SUMMARY OF THE INVENTION

Embodiments of the invention generally provide an apparatus for removing an edge bead from a substrate. The apparatus includes a substrate support member, a plurality of mounting posts positioned along a perimeter of the substrate support member, and a rigid annular capillary ring mounted to the plurality of mounting posts. The rigid annular capillary ring includes a substantially planar upper capillary surface and is configured to maintain the substantially planar capillary surface when attached to the mounting posts.

Embodiments of the invention further provide a capillary ring for an edge bead removal system, wherein the capillary ring includes an annular ring member having a substantially planar capillary surface formed thereon, the capillary ring being manufactured from a rigid material configured to maintain the substantially planar capillary surface when installed in the edge bead removal system.

BRIEF DESCRIPTION OF THE DRAWINGS

So that the manner in which the above recited features, advantages and objects of the present invention are attained and can be understood in detail, a more particular description of the invention, briefly summarized above, may be had by reference to the embodiments thereof which are illustrated in the appended drawings.

It is to be noted, however, that the appended drawings illustrate only typical embodiments of this invention and are therefore not to be considered limiting of its scope, for the invention may admit to other equally effective embodiments.

FIGS. 1A and 1B illustrate exemplary edge beads formed by electrochemical plating processes.

FIG. 2A illustrates a perspective view of an exemplary processing system incorporating the EBR chamber of the invention.

FIG. 2B illustrates a plan view of the exemplary processing system incorporating the EBR chamber of the invention.

FIG. 2C illustrates a sectional view of an exemplary EBR chamber of the invention.

FIG. 3A illustrates a detailed sectional view of an exemplary substrate support member of the invention.

FIG. 3B illustrates a perspective view of an exemplary substrate support member of the invention.

FIG. 4 illustrates a partial sectional view of an exemplary substrate support member proximate a gripper assembly.

FIG. 5 illustrates a partial sectional view of an exemplary substrate support member proximate a substrate support pin.

FIG. 6 illustrates a partial sectional view of an exemplary substrate support member proximate a capillary ring mounting post.

FIG. 7 illustrates a partial sectional view of an alternative exemplary substrate support member proximate a substrate support pin.

4

FIG. 8 illustrates a perspective view of an exemplary capillary ring of the invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 2A illustrates a perspective view of a processing system incorporating an EBR chamber of the invention. System platform 100 generally includes a loading station 110, a thermal anneal chamber 111 (shown in FIG. 2B), a spin-rinse-dry (SRD) station 112, a mainframe 114, and an electrolyte/edge bead removal solution replenishing system 120. Preferably, the system platform 100 is enclosed in a clean room-type environment using, for example, plexiglass panels to separate platform 100 from the unfiltered environment. Mainframe 114 generally includes a mainframe transfer station having at least one transfer robot 116 positioned therein, along with a plurality of processing stations 118 positioned around robot 116. Each processing station 118 may include one or more receptacles or positions for receiving a processing cell or chamber 140, such as the EBR chamber of the invention. A fluid replenishing system 120, such as an electrolyte or deplating solution replenishing system, may be positioned adjacent system platform 100 and be in fluid communication with process cell or chamber 140 in order to circulate processing fluid thereto. System platform 100 also includes a control system 122, which may be a programmable microprocessor configured to interface with the various components of the system platform 100 and provide controlling signals thereto. Control system 122 may generally operate to control the cooperative operation of each of the components that together form system platform 100.

Loading station 110 generally includes one or more substrate cassette receiving areas 124, one or more loading station transfer robots 128, and at least one substrate orientor 130. The number of substrate cassette receiving areas 124, loading station transfer robots 128, and substrate orientors 130 included in the loading station 110 may be configured according to the desired throughput of the system. As shown for one exemplary embodiment in FIGS. 2A and 2B, the loading station 110 includes two substrate cassette receiving areas 124, two loading station transfer robots 128, and one substrate orientor 130. Substrate cassettes 132 containing substrate 134 are loaded onto the substrate cassette receiving areas 124 in order to introduce substrates 134 into the system platform 100. The loading station transfer robots 128 then transfer substrates 134 between the substrate cassette 132 and the substrate orientor 130. The substrate orientor 130 positions each substrate 134 in a desired orientation to ensure that the substrate 134 is properly processed. The loading station transfer robot 128 also transfers substrates 134 between the loading station 110 and the SRD station 112 and between the loading station 110 and the thermal anneal chamber 111. Robot 116 may then be used to transfer substrates from leading station 110 to processing chambers 140. Once processing of substrates 134 is complete, substrates 134 may be returned to cassettes 132 for removal from system 100. Although FIGS. 2A and 2B illustrate an exemplary processing platform that may be used to implement the EBR chamber of the invention, the scope of the present invention is not limited to any specific processing platform. As such, other semiconductor processing systems, such as the Endura Platform, the Producer Platform, and the Centura Platform, all of which are available from Applied Materials Inc. of Santa Clara, Calif., for example, may also be used to implement the EBR chamber of the invention.

FIG. 2C illustrates a sectional view of an exemplary EBR chamber of the invention that may be used in system 100 at

5

location 140, for example. Chamber 200 includes sidewalls 204, a bottom portion 205, and a top portion 206 that cooperatively form an interior portion of chamber 200. Top portion 206 may be configured to seal the interior portion of chamber 200 from the surrounding atmosphere in a pumped/ vacuum chamber configuration, or alternatively, top portion may be configured to generally isolate the interior portion of chamber 200 from the atmospheric conditions surrounding the chamber without using a vacuum-type configuration. Bottom portion 205 generally includes an inclined region configured to direct fluids toward the outer perimeter of chamber 200 for collection by a fluid drain 207. Bottom portion 205 also includes a centrally located receiving member 230 configured to communicate a substrate support member 201 therethrough from the exterior of chamber 200 to the interior portion of chamber 200. Sidewall 204 includes a passageway 219 configured to allow a robot, such as robot 116, for example, to place substrates into chamber 200 for processing and remove substrates therefrom after the processing steps are complete. Passageway 219 may be selectively opened, and therefore, when passageway is in a closed position, the interior portion of chamber 200 is generally not in communication with the atmosphere surrounding chamber 200 through passageway 219.

Substrate support member 201 is centrally positioned within chamber 200. Substrate support member 201 generally includes an upper substrate support surface 229 (shown in FIG. 3A) and a lower support member shaft portion 231 that passes through receiving member 230 from the exterior of chamber 200 to the interior portion of chamber 200. Shaft member 231 includes a substantially hollow outer shaft 227 rotatably mounted in receiving member 230 and a substantially hollow inner shaft 228 rotatably mounted in the substantially hollow interior portion of outer shaft 227. Inner shaft 228 includes one or more fluid conduits 224, 225 formed in the substantially hollow interior portion of shaft 228. Fluid conduits 224, 225 operate to communicate fluids and/or gases from sources 222, 223 positioned outside chamber 200 to the upper surface 229 of substrate support member 201. Outer shaft 227 is independently in mechanical communication with a first drive motor 220 and inner shaft 228 is independently in mechanical communication with a second drive motor 221. Therefore, outer shaft 227 and inner shaft 228 may be selectively rotated independently of each other through selective activation of motors 220 and 221. An upper terminating end of outer shaft 227 is affixed to the main body of substrate support member 201, and therefore, when outer shaft 227 is caused to rotate by motor 220, substrate support member 201 rotates. An upper terminating end of inner shaft 228 includes an annular gear 226 axially affixed thereto. Annular gear 226 is configured to actuate a gripper assembly 232, which will be further discussed herein.

Upper surface 229 of support member 201 includes a centrally located fluid dispensing aperture 215 configured to dispense a fluid proximate the center of upper surface 229. Fluid dispensing aperture 215 is in communication with fluid supply source 222, which may be a deionized water source or other fluid source(s) used in semiconductor manufacturing process, via a fluid conduit 225. Fluid conduit 225 is configured to communicate fluids from the respective fluid source 222, through the bottom portion 205 of chamber 200, into interior portion of chamber 200 via the interior portion of inner shaft 228. Fluid dispensing aperture 215 may be a single aperture positioned proximate the center of upper surface 229, or alternatively, fluid dispensing aperture 215 may comprise a plurality of fluid dispensing apertures 215

6

positioned about upper surface 229. Upper surface 229 also includes one or more gas dispensing nozzles 214 formed therein. Nozzles 214 may be radially positioned about upper surface 229 in a configuration designed to support substrate 213 on a gas flow cushion when a flow of gas is provided to nozzles 214. A gas flow, which may be nitrogen, for example, is supplied to nozzles 214 from gas source 223 via conduit 224, which runs into chamber 200 through the interior portion of inner shaft 228. At least three rotatable substrate gripper assemblies 232 are radially positioned about the perimeter of upper surface 229. Gripper assemblies, which will be further discussed herein, are generally in mechanical communication with annular gear 226, and therefore, gripper assemblies 226 cooperatively rotate with inner shaft 228.

A fluid dispensing assembly 233 operates to dispense a fluid onto a substrate 213 positioned on substrate support member 201. The fluid dispensed may be, for example, a metal removing solution, an etchant, an edge bead removal solution, or other chemical solution used in a semiconductor manufacturing process. Fluid dispensing assembly 233 generally includes a base member 208, a longitudinally extending arm member 202, and a fluid dispensing nozzle 203. Base member 208 may be rotatably or rigidly mounted at a lower end to either bottom portion 205 or side walls 204 of chamber 200. The top portion of base member 208 has a longitudinally extending fluid communicating arm 202 extending therefrom. The arm 202, which has a hollow interior portion, is in fluid communication with a hollow interior fluid conduit formed into base member 208. Arm 202 is also in fluid communication with the fluid dispensing nozzle 203 which is generally positioned at a distal end of arm 202 and is configured to dispense a fluid transmitted through base member 208 and arm member 202 onto substrate 213. The lower end of base member 208 may be in communication with a plurality of fluid sources 217 through selectively actuated valves 218. The combination of valves 218 and fluid sources 217 allows for a mixture of fluids/ chemicals to be dispensed from nozzle 203. The fluid mixture process, i.e., the opening of the respective valves 218, may be controlled by a microprocessor based control system, such as controller 122, for example, or other known control systems.

FIG. 3A illustrates a detailed sectional view of an exemplary substrate support member 201 of the invention. Substrate support member 201 includes a main body portion 307 having an upper surface 229 that includes a plurality of radially positioned gas nozzles 214 and at least one fluid distribution nozzle 215 (shown in FIG. 2C) formed thereon. Gas nozzles 214 are in fluid communication with a gas supply source 223 via conduit 224 in the interior portion of inner shaft 228 and conduit 302 formed in main body portion 307. The conduit 224 formed into inner shaft 228 makes fluid connection with conduit 302 formed in splitter block 301, which receives at least two fluid conduits from the interior portion of inner shaft 228 and outputs a corresponding number of separate fluid outputs. The fluid dispensing nozzle 215 is also in fluid communication with splitter block 301 via a conduit 303, and therefore, fluid dispensing nozzle 215 may receive fluids from fluid supply 222 via conduit 225 passing through the interior portion of inner shaft 228 and connecting to splitter block 301. Splitter block may be configured to receive several conduits from the interior portion of inner shaft 228 and transmit the fluids carried by the respective conduits to corresponding conduits formed into main body portion 307.

Main body portion 307 is in mechanical communication with outer shaft 227 via support member 306. Therefore,

7                                      8

when outer shaft 227 is caused to rotate by first motor 220, main body portion 307 of substrate support member 201 is also caused to rotate. Inner shaft 228 is concentrically mounted within a substantially hollow interior portion of outer shaft 227 such that the outer surface 304 of the inner shaft 228 may slidably engage the inner surface 305 of outer shaft 227. Inner shaft 228 is in mechanical communication with second motor 221, and therefore, may be rotated independently of outer shaft 227. An annular gear 226 is axially affixed to the terminating end of inner shaft 228 and is configured to engage a drive gear 308 formed on a lower portion of cup-shaped gear member 209. Thus, when inner shaft is rotated, annular gear 226 rotates therewith while cooperatively engaging drive gear 308 and causing rotation thereof, which causes cup shaped gear 209 to proportionally rotate. The outer portion of cup-shaped gear 209 includes a geared surface 309 (shown in FIG. 4) configured to engage gripper assemblies 232. Each gripper assembly 232 used in the exemplary embodiment engages the geared surface 309, and therefore, each respective gripper assembly 232 rotates cooperatively with other gripper assemblies 232. In order to maintain equal spacing of the gripper assemblies 232, each of gripper assemblies 232 may be, for example, 1200 apart, thus forming an equilateral triangle configuration when viewed in plan. The triangle configuration may be used to receive and engage a substrate between the respective gripper assemblies 232.

Each gripper assembly 232 is positioned about the perimeter of upper surface 229 of substrate support member 201. Gripper assembly 232 generally includes a rotatably mounted gripper post 211 having a first and second terminating ends. The first end of gripper post 211 is attached to a gripper drive gear 310, as shown in FIG. 4. Gripper drive gear 310 engages the geared surface of cup shaped gear 209, and therefore, gripper drive gear 310 cooperatively rotates with cup shaped gear 209. The second end of rotatably mounted gripper post 211 includes an eccentrically mounted substrate gripping members 212 extending therefrom in a direction parallel to the longitudinal axis of gripper post 211. As a result of the eccentric mounting position of gripping member 212, rotation of gripper post 211 causes gripping member 212 to eccentrically rotate about the longitudinal axis of the gripper post 211. Therefore, when a plurality of gripper assemblies 232 are implemented, the gripper assemblies 232 may operate to cooperatively secure a substrate for processing. For example, a substrate may be positioned immediately above substrate support surface 229 by a robot, and inner shaft 228 may be rotated in order to cause each of eccentrically mounted gripper members 212 to rotate toward the center of substrate support member 201. This cooperative rotation of the plurality of gripper members 212 may be used to secure a substrate between the respective gripper members 212 as they rotate and close the substrate therebetween. Gripper posts 211 generally extend upward above upper support surface 229, and therefore, posts 211 generally pass through capillary ring 210. Therefore, capillary ring 210 generally includes a plurality of gripper post holes 803 formed therein, where the gripper post holes 803 are configured to communicate gripper post 211 therethrough to the upper side of capillary ring 210.

Substrate support surface 229 also includes at least three selectively extendable substrate support pin assemblies 500 positioned proximate the perimeter of upper surface 229, as illustrated in FIG. 5. Each of pin assemblies 500 generally includes an actuator device 503, an actuator rod 502, and an substrate support pin 501. Actuator device 503, which is generally positioned below upper surface 229 within the

body of support member 201, operates to actuate rod 502 longitudinally. Actuator device 503, therefore, may be an air actuated actuator, an electrically actuated actuator, or other type of actuator configured to impart longitudinal motion to actuator rod 502. Actuator rod 502 generally comprises a cylindrical rod configured to mechanically engage an output of actuator device 503 and communicate this output to substrate support pin 501 attached thereto. Therefore, pin assemblies 500 may cooperatively support a substrate immediately above upper surface 229 when each of the respective support pins 501 are extended so that the terminating surfaces 504 of pins 501 may cooperatively engage a substrate and provide support thereto. The body portion of capillary ring 210 may include a number of pin bores 801 formed therethrough, as illustrated in FIG. 8, where each pin bore 801 is configured to receive and communicate a pin 501 therethrough upon actuation of pin 501 by actuator 503. The terminating end 504 of pin 501 may therefore extend through pin bore 801 formed into ring 210 and engage a substrate positioned above ring 210. Each of assemblies 500 may be equally positioned about the perimeter of upper surface 229. For example, if three pin assemblies 500 are used, each pin assembly 500 may be spaced 1200 from each of the adjacent pin assemblies, thus forming an equilateral triangle between the respective pin assemblies 500 in plan view. Although various spacing configurations may be used, each spacing configuration should be configured to receive a substrate between the respective assemblies 500.

FIG. 7 illustrates an alternative embodiment of pin assemblies 500. In the embodiment illustrated in FIG. 7, pin assemblies 500 are angled with respect to the upper surface 229. As a result of the angle of pin assemblies 500, pin 501 does not travel through capillary ring 210 in the process of engaging a substrate. Rather, pin 501 engages the substrate with terminating end 504, which may be angled to present a surface that is parallel to the substrate being engaged, by longitudinally extending the actuator rod 502 from actuator 503 at an angle calculated to contact the substrate without contacting the capillary ring 210. Therefore, the present invention contemplates that pins 501 may be positioned to travel vertically from substrate surface 229 through ring 210 to contact a substrate (FIG. 5), or alternatively, upward from upper surface 229 at an angle calculated to contact the substrate, either through ring 210 or bypassing ring 210 (FIG. 7). Further, pins 501 may extend toward the substrate from a position radially inward from ring 210 (FIG. 5), or alternatively, from a position radially inward 7 from ring 210 (FIG. 7).

Substrate surface 229 also includes a plurality of mounting posts 601 configured to support the annular capillary ring 210 above upper surface 229, as shown in FIG. 6. Annular capillary ring 210, which is shown in FIG. 8, may be manufactured from a rigid material, such as aluminum, stainless steel, titanium, carbon steel, nickel, or hard plastic compound, such as nylon and Teflon compounds, for example. Further, if ring 210 is manufactured from a material that chemically reacts with known EBR solutions, then ring 210 may be coated with a non-reactive material in order to eliminate reactivity with the EBR solution used in the process. The material and structure of ring 210 is generally calculated to be sufficiently rigid as to not deform during and immediately after the mounting process. Therefore, the rigidity of ring 210 allows the support member of the invention to be disassembled and reassembled for processing without encountering varied processing results generated from deflection of ring 210 in the installation process. Mounting posts 601, which structurally support ring 210 in

9

10

several locations, may be cylindrical posts rigidly affixed to the upper surface **229** of substrate support member **201**. Posts **601** include a bore formed therein configured to receive a threaded mounting rod **602**. Mounting rod **602** may be used to rigidly secure ring **210** to post **601** via mounting bores **802** formed into capillary ring **210**. Upper surface **229** may include, for example, twelve mounting posts **601** equally spaced about the perimeter of upper surface **229**. As such, each of the twelve posts **601** may be **300** apart from each adjacent post and may be configured to individually engage and secure a portion of capillary ring **210** thereto via threaded mounting rod **602**. The cooperative engagement of capillary ring **210** by the plurality of posts **601** provides a nearly continuous mounting surface for capillary ring **210**, which facilitates capillary ring **210** maintaining a planar configuration. Ring **210** includes a plurality of bores **803**, **802** and **801** formed therein configured to receive the gripper assemblies **232**, mounting posts **601**, and pins **501** therethrough, respectively. More particularly, for example, ring **210** may include three gripper assembly holes **803** equally spaced/positioned about a radius of ring **210**. Ring **210** may further include three pin receiving holes **801** equally spaced/positioned about a radius of ring **210**. The radius of pin receiving holes will generally be proximate the radius of the inner diameter of ring **210**, as it is desirable to maintain pin receiving holes proximate the inner radius of ring **210** SO that pins **501** may engage a substrate positioned thereon in the edge or exclusion region of the substrate. Ring **210** may also include a plurality, twelve, for example, of ring mounting holes **802** equally spaced/positioned about a radius of ring **210**. Mounting holes **802** are generally configured to receive threaded rod **602** therethrough in order to secure ring **210** to substrate support **201**.

In operation, EBR chamber **300** is configured to receive a substrate **213** for removal of an edge bead **36** therefrom, after a metal deposition process, for example. Substrate **213** is transferred into EBR chamber **300** via robot **116**, for example, where robot **116** is configured to access the interior of chamber **300** via passageway **219**. Robot **216** operates to position substrate **213** in a face down configuration immediately above upper surface **229** of substrate support member **201**. Grippers **212** (shown in FIG. **2C**) are cooperatively rotated to an open position, i.e., a position where the distance from the center of upper surface **229** to each of grippers **212** is greater than the outer radius of substrate **213**. Actuator **503** (shown in FIGS. **5** and **7**) operates to extend pins **501** to a position where the substrate engaging ends **504** of pins **501** are extended above capillary ring **210**. Once pins **501** are extended, robot **116** lowers substrate **213** onto pins **501**, and robot **116** exits chamber **300**. Once substrate **213** is positioned on pins **501**, gripper assemblies **232** close to secure and center substrate **213** between the respective gripper assemblies **232**. Once substrate **213** is secured and centered, pins **501** may be retracted by actuators **503** and the substrate **213** may be supported by grippers **212**. Substrate support member **201** may then be rotated through actuation of first motor **220**, and a rinsing solution, such as deionized water, for example, may be dispensed onto the production surface of substrate **213** via aperture **215**. The substrate support member may be rotated at a relatively low rate, such as about 50 to about 500 RPM, for example, and a rinsing solution may be dispensed from dispensing aperture **215** positioned proximate the center of upper surface **229**. The position of substrate **213** proximate upper surface **229**, in conjunction with the rotation of substrate support **201**, causes the rinsing solution to flow outward from dispensing aperture **215** toward the perimeter of substrate **213**. This outward flow of

the rinsing solution causes the entire surface of substrate **213** to be rinsed of residue metal deposition chemicals, such as copper sulfate, for example.

In order to prevent corrosion of the production surface of the substrate that may result from either the rinsing step or the fumes generated during the EBR step, the rinsing step may include dispensing an inhibiting agent or other additive used to prevent corrosive affects in conjunction with the rinsing solution. Exemplary inhibiting agents may be benzotirazol (BTA), toluenetriazol (TTA), or other inhibitors used in semiconductor manufacturing processes. BTA and TTA, for example, are known to form a protective barrier-type layer over a substrate surface that prevents corrosion thereof. This barrier-type layer is generally sufficient to repel most corrosive agents, while also being easily removed with ordinary etch or deposition solutions. Therefore, the BTA or TTA layer may be mixed with the DI during the rinsing process to form the barrier layer, and thereafter, the barrier layer may be easily removed during the next etch or metal deposition process where an etch or metal deposition solution is applied to the substrate surface. Concentration of the BTA and/or TTA may be in the range of about 0.1% to about 5.0%. A concentration of about 0.5% of BTA and/or TTA generally produces a barrier layer sufficient to repel corrosion. Although relatively small concentrations, i.e., about 0.3% to about 1.0%, are generally sufficient to form the protective layer, greater/larger concentrations may be implemented with effectiveness. However, larger concentrations proportionally increase the manufacturing cost, generally without providing a proportional increase level of protection. Once substrate **213** has been rinsed and an inhibitor applied, the surface of substrate **213** is dried through application of nitrogen and isopropyl alcohol (IPA) through apertures **214**. The nitrogen gas flow in combination with the IPA operates to remove any moisture from the substrate surface. Substrate support **201** may also be rotated at a relatively high rate, up to about 3000 RPM, for example, during the drying process. This rotation generates substantial centrifugal force that operates to further physically remove moisture from the substrate surface.

Once the substrate surface has been cleaned and dried, the surface is prepared for the EBR process. However, since system **300** is a capillary-type EBR system, prior to initiating the EBR process, the capillary height (the distance from the (upper surface of capillary ring **210** to the EBR region of substrate **213**) must be set. Therefore, if the height of substrate **213** is not already at the appropriate height for optimal capillary action in the EBR region, then gripper assemblies **232** may be rotated to an open position and pins **501** may be extended to support substrate **213**. Pins **501** may then be extended to a height calculated to provide optimal capillary action between substrate **213** and capillary ring **210**. Once substrate **213** is at the appropriate height, gripper assemblies **232** may again close and pins **501** may be retracted so that gripper assemblies **232** support substrate **213**. Once substrate **213** is positioned the respective gripper assemblies **232** at the appropriate capillary height, substrate support member **201** is rotated and an edge bead removal solution is flowed onto the backside of substrate **213** from nozzle **203** (shown in FIG. **2C**). Substrate support **201** may be rotated at between about 100 RPM and about 1500 RPM during this process. The rotation of substrate support **201** causes the edge bead removal solution to flow radially outward across the backside of substrate **213**. When the edge bead removal solution flows over the outer edge of substrate **213**, a portion of the solution flows between the bevel portion **33** of substrate **213** and capillary ring **210** proximate

US 6,708,701 B2

**11**

the exclusion zone of substrate **213**. The flow of the solution between ring **210** and the exclusion zone of substrate **213**, which is generally termed a capillary flow, operates to remove the edge bead **36** and any over deposited metal layers from bevel portion **33** of substrate **213**. Once the edge bead **36** and over deposited metal layers are removed, substrate **213** may again be rinsed with DI and an inhibitor solution, for example. The rinsing fluid may be dispensed from aperture **215** and/or nozzle **203**, such that both the front side and back side of substrate **213** are rinsed of the EBR solution applied to remove the edge bead. Additionally, substrate **213** may be spin-rinse dried through high speed rotation of substrate support member **201** during the rinsing process.

Although the above discussion uses a single application of the EBR removal fluid, the EBR process may be continued through multiple removal steps. For example, substrate **213** may be rotated/shifted in gripper assemblies **232** and another EBR process initiated. The rotation/shift process may generally include rotating gripper assemblies **232** to an open position and supporting substrate **213** with pins **501**, which may be extended to engage substrate **213**. Substrate **213** may then be rotated, through application of a gas flow from apertures **214**, for example, and gripper assemblies **232** may then be rotated to re-engage substrate **213**. Thereafter, the EBR removal solution may be reapplied to the backside of substrate **213** by nozzle **203**. Once the final EBR step is complete, substrate **213** may be finally rinsed and spun dry. Robot **116** may then remove substrate **213** from chamber **300** via passageway **219**.

While foregoing is directed to the preferred embodiment of the present invention, other and further embodiments of the invention may be devised without departing from the basic scope thereof, and the scope thereof is determined by the claims that follow.

What is claimed is:

**1**. An apparatus for removing an edge bead from a substrate, comprising:

a substrate support member;

a plurality of mounting posts positioned along a perimeter of the substrate support member; and

a rigid annular capillary ring mounted to the plurality of mounting posts, the rigid annular capillary ring having a substantially planar capillary surface formed thereon, the rigid annular capillary ring being configured to maintain the substantially planar capillary surface when attached to the mounting posts.

**2**. The apparatus of claim **1**, wherein the rigid annular capillary ring is manufactured from a ceramic material.

**3**. The apparatus of claim **1**, wherein the rigid annular capillary ring is manufactured from a metal.

**4**. The apparatus of claim **3**, wherein the rigid annular capillary ring is manufactured from at least one of stainless steel, titanium, and aluminum.

**5**. The apparatus of claim **3**, wherein the metal is coated with a non-reactive coating.

**6**. The apparatus of claim **1**, wherein the rigid annular capillary ring is manufactured from a hard plastic material.

**7**. The apparatus of claim **6**, wherein the hard plastic material is a Teflon compound.

**8**. The apparatus of claim **1**, wherein the capillary ring includes a plurality of mounting bores formed therein, each of the respective mounting bores being configured to communicate a mounting member therethrough.

**9**. The apparatus of claim **1**, wherein the capillary ring includes a plurality of gripper bores formed therein, each of

**12**

the respective gripper bores being configured to communicate a substrate gripper assembly therethrough.

**10**. The apparatus of claim **1**, wherein the capillary ring includes a plurality of substrate support pin bores formed therein, each of the respective substrate support pin bores being configured to communicate a longitudinally extendable substrate support pin therethrough.

**11**. A capillary ring for a capillary-type edge bead removal system, comprising an annular body portion having a substantially planar-capillary surface formed on an upper surface of the body portion, the body portion being manufactured from a rigid material, and the upper surface receiving a wafer prior to initiation of edge bead removal.

**12**. The capillary ring of claim **11**, wherein the body portion is manufactured from a ceramic material.

**13**. The capillary ring of claim **11**, wherein the body portion is manufactured from a metal material.

**14**. The capillary ring of claim **13**, wherein the body portion is manufactured from at least one of stainless steel, titanium, and aluminum.

**15**. The capillary ring of claim **13**, wherein the metal material is coated with a non-reactive coating.

**16**. The capillary ring of claim **11**, wherein the body portion is manufactured from a hard plastic material.

**17**. The capillary ring of claim **16**, wherein the body portion is manufactured from a Teflon compound.

**18**. The capillary ring of claim **11**, wherein the capillary ring includes a plurality of radially positioned and equally spaced mounting bores formed therein, each of the respective mounting bores being configured to communicate a mounting screw therethrough to a mounting post.

**19**. The capillary ring of claim **11**, wherein the capillary ring includes at least three gripper bores formed therein, each of the at least three gripper bores being configured to communicate a substrate gripper assembly therethrough from below the capillary ring.

**20**. The capillary ring of claim **11**, wherein the capillary ring includes at least three substrate support pin bores formed therein, each of the at least three substrate support pin bores being configured to communicate a longitudinally extendable substrate support pin therethrough from below the capillary ring.

**21**. An apparatus for supporting a wafer during an edge bead removal process, the wafer having an edge therearound, the apparatus comprising:

a substrate support member;

a plurality of mounting posts disposed on the substrate support member;

a rigid ring mounted on the plurality of mounting posts for receiving the wafer and supporting the wafer above the substrate support member; and

a plurality of support pins selectively extendable from the rigid ring in order to raise the wafer above the ring.

**22**. The apparatus of claim **21**, further comprising at least three gripper assemblies disposed on the substrate support member, each of said gripper assemblies having a gripper pin extending through the rigid ring for selectively gripping the edge of the wafer.

**23**. The apparatus of claim **22**, wherein at least two of the gripper assemblies further comprises a rotatably mounted gripper post that eccentrically receives one of the gripper pins, and that causes the respective gripper pins to frictionally engage the edge of the wafer upon actuation.

**24**. The apparatus of claim **22**, wherein the rigid ring is fabricated from a ceramic material.

US 6,708,701 B2

**13**

**14**

**25**. The apparatus of claim **22**, wherein the rigid ring is fabricated from a metal.

**26**. The apparatus of claim **25**, wherein the rigid ring is fabricated from at least one of stainless steel, titanium, and aluminum.

**27**. The apparatus of claim **26**, wherein the metal is coated with a non-reactive coating.

**28**. The apparatus of claim **25**, wherein the rigid ring is fabricated from a composite that comprises at least a metal and a plastic material.

**29**. The apparatus of claim **28**, wherein the hard plastic material is a Teflon compound.

**30**. The apparatus of claim **29**, wherein the metal compromises titanium.

**31**. The apparatus of claim **22**, wherein the rigid ring is fabricated from a hard plastic material.

**32**. The apparatus of claim **31**, wherein the hard plastic material is a Teflon compound.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,708,701 B2                                          Page 1 of  1
DATED         : March 23, 2004
INVENTOR(S)   : Emami

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 8,
Line 23, please change "1200" to -- 120º --.

Signed and Sealed this

Seventeenth Day of August, 2004

JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*