# Exhibit G

| From: | Thomas Halkowski |
|---|---|
| Sent: | Thursday, November 09, 2006 10:40 PM |
| To: | 'drigler@young-thompson.com'; 'APatch@young-thompson.com'; 'JGoehring@young-thompson.com' |
| Cc: | Thomas Halkowski |
| Subject: | RE: SEZ / Applied: List of Claim terms to be construed by the Court |

Doug,

Applied had understood that the parties were going to exchange lists of the terms requiring construction and then discuss claim construction issues and how to effectively present a join claim construction statement to the Court. Given SEZ's submission to the Court today, our understanding was apparently mistaken.  We will therefore provide SEZ with a list of proposed claim constructions no later than tomorrow, November 10, 2006.

Regards,

Tom

-----Original Message-----
From: Thomas Halkowski
Sent: Friday, October 20, 2006 3:51 PM
To: 'drigler@young-thompson.com'; 'APatch@young-thompson.com'; 'JGoehring@young-thompson.com'
Cc: Thomas Halkowski
Subject: SEZ / Applied: List of Claim terms to be construed by the Court

Doug,

Per the Court's scheduling Order, Applied advises that the following claim terms should be construed by the Court:

'701 Patent: "rigid annular capillary ring"; "body portion having a substantially planar capillary surface"; "body portion being manufactured from a rigid material"; "substrate support pin"; "rigid ring".

'996 Patent: "annular capillary ring rigidly mounted to the capillary ring support posts, the capillary ring having a planar upper surface"; "substrate support pin assemblies"; "substrate support pin"; "pin assemblies".

Regards,

Tom
--------------------------
Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Tel:  302-652-5070 (x8407)
Fax:  302-652-0607
halkowski@fr.com