# Exhibit H

| | |
|---|---|
| **From:** | Thomas Halkowski |
| **Sent:** | Friday, November 10, 2006 7:01 PM |
| **To:** | 'drigler@young-thompson.com' |
| **Cc:** | 'APatch@young-thompson.com'; 'JGoehring@young-thompson.com' |
| **Subject:** | SEZ / Applied: Applied's List of Claim Terms To Be Construed & Proposed Claim Constructions |
| **Attachments:** | Document.pdf |



Document.pdf (2 MB)

**Doug,**

Attached please find Applied's list of terms to be construed and proposed claim constructions for those terms. With regard to SEZ's list of terms to be construed, Applied notes that the term "proximate" does not appear to require interpretation given that it has a readily apparent plain and ordinary meaning of adjacent to or very close. Similarly, upon a further review, Applied believes that the terms concerning the "support pin" structures are readily apparent and do not appear to need further interpretation by the Court.

Please contact me to discuss whether SEZ has a particular concern regarding these terms, perhaps we can reach a mutual understanding. We should also discuss, at your earliest convenience, preparation of a joint claim construction submission for filing with the Court. I look forward to your call, after you have reviewed the attached.

Regards,

Tom

-------------------------
**Thomas L. Halkowski**
**Fish & Richardson P.C.**
**919 N. Market Street**
**Suite 1100**
**P.O. Box 1114**
**Wilmington, DE  19899-1114**
**Tel:   302-652-5070 (x8407)**
**Fax:  302-652-0607**
**halkowski@fr.com**

# Applied Materials Inc.'s Proposed Constructions of Terms to be Construed

## U.S. Patent No. 6,708,701

| CLAIM LANGUAGE<br>(Terms to be Construed Bolded And Underlined) | APPLIED'S PROPOSED CONSTRUCTION |
|---|---|
| 1. An apparatus for removing an edge bead from a substrate, comprising: a substrate support member; a plurality of mounting posts positioned along a perimeter of the substrate support member; and a **rigid annular capillary ring** mounted to the plurality of mounting posts, the **rigid annular capillary ring** having a substantially planar capillary surface formed thereon, the **rigid annular capillary ring** being configured to maintain the substantially planar capillary surface when attached to the mounting posts. | The term "rigid annular capillary ring" means:<br><br>an annular capillary ring whose material and/or structure allows the ring to be sufficiently inflexible such that it does not deform during and immediately after the mounting process. |
| 2. The apparatus of claim 1, wherein the **rigid annular capillary ring** is manufactured from a ceramic material. | See claim 1. |
| 3. The apparatus of claim 1, wherein the **rigid annular capillary ring** is manufactured from a metal. | See claim 1. |
| 4. The apparatus of claim 3, wherein the **rigid annular capillary ring** is manufactured from at least one of stainless steel, titanium, and aluminum. | See claim 1. |
| 6. The apparatus of claim 1, wherein the **rigid annular capillary ring** is manufactured from a hard plastic material. | See claim 1. |

| CLAIM LANGUAGE (Terms to be Construed Bolded And Underlined) | APPLIED'S PROPOSED CONSTRUCTION |
|---|---|
| 11. A capillary ring for a capillary-type edge bead removal system, comprising an annular body portion having a **substantially planar-capillary surface formed on an upper surface of the body portion, the body portion being manufactured from a rigid material**, and the upper surface receiving a wafer prior to initiation of edge bead removal. | The capillary ring with a "substantially planar-capillary surface formed on an upper surface of the body portion, the body portion being manufactured from a rigid material" means:<br><br>a capillary ring whose material and/or structure allows the ring to be sufficiently inflexible such that it does not deform during and immediately after the mounting process. |
| 21. An apparatus for supporting a wafer during an edge bead removal process, the wafer having an edge therearound, the apparatus comprising: a substrate support member; a plurality of mounting posts disposed on the substrate support member; a **rigid ring** mounted on the plurality of mounting posts for receiving the wafer and supporting the wafer above the substrate support member; and a plurality of support pins selectively extendable from the **rigid ring** in order to raise the wafer above the ring. | The term "rigid ring" means:<br><br>a ring whose material and/or structure allows the ring to be sufficiently inflexible such that it does not deform during and immediately after the mounting process. |
| 22. The apparatus of claim 21, further comprising at least three gripper assemblies disposed on the substrate support member, each of said gripper assemblies having a gripper pin extending through the **rigid ring** for selectively gripping the edge of the wafer. | *See* claim 21. |

| CLAIM LANGUAGE<br>(Terms to be Construed Bolded And Underlined) | APPLIED'S PROPOSED CONSTRUCTION |
|---|---|
| **24.** The apparatus of claim 22, wherein the **rigid ring** is fabricated from a ceramic material. | *See* claim 21. |
| **25.** The apparatus of claim 22, wherein the **rigid ring** is fabricated from a metal. | *See* claim 21. |
| **26.** The apparatus of claim 25, wherein the **rigid ring** is fabricated from at least one of stainless steel, titanium, and aluminum. | *See* claim 21. |
| **27.** The apparatus of claim 25, wherein the **rigid ring** is fabricated from a composite that comprises at least a metal and a plastic material. | *See* claim 21. |
| **28.** The apparatus of claim 22, wherein the **rigid ring** is fabricated from a hard plastic material. | *See* claim 21. |

## U.S. Patent No. 6,786,996

| CLAIM LANGUAGE (Terms to be Construed Bolded And Underlined) | APPLIED'S CONSTRUCTION |
|---|---|
| 1. An apparatus for removing an edge bead from a substrate, comprising: a processing chamber having an edge bead removal fluid distribution system positioned therein; and a substrate support member positioned in the processing chamber proximate the fluid distribution system, the substrate support member comprising: an upper substrate support surface having a plurality of fluid dispensing apertures formed therein; at least three capillary ring support posts radially positioned about a perimeter of the upper substrate support surface; **an annular capillary ring rigidly mounted to the capillary ring support posts, the capillary ring having a planar upper surface**; at least three selectively extendable substrate support pin assemblies positioned proximate the annular capillary ring on the substrate support member; and at least three substrate gripper assemblies radially positioned about the perimeter of the upper substrate support surface. | The term "an annular capillary ring rigidly mounted to the capillary ring support posts, the capillary ring having a planar upper surface" means: an annular capillary ring whose material and/or structure allows the ring to be sufficiently inflexible such that it does not deform during and immediately after the mounting process. |