# EXHIBIT 1

# PTO EXHIBIT 1

### *SEZ HOLDING ET AL. V. APPLIED MATERIALS, INC.*
### Civil Action No. 1:05-cv-00552-SLR

## *SEZ HOLDING ET AL. CLAIM CONSTRUCTION STATEMENT*[1]

| U.S. PATENT NO. 6,708,701 | |
|---|---|
| **CLAIMS** | **SEZ'S PROPOSED CONSTRUCTION** |
| **1.** An apparatus for removing an edge bead from a substrate, comprising: a substrate support member; a plurality of mounting posts positioned along a perimeter of the substrate support member; and a **rigid** annular capillary ring mounted to the plurality of mounting posts, the **rigid** annular capillary ring having a substantially planar capillary surface formed thereon, the **rigid** annular capillary ring being configured to maintain the substantially planar capillary surface when attached to the mounting posts. | The term "**rigid**" means: <br><br> inflexible. |
| **10.** The apparatus of claim 1, wherein the capillary ring includes a plurality of substrate support pin bores formed therein, each of the respective substrate support pin bores being configured to communicate **a longitudinally extendable substrate support pin** therethrough. | The term "**a longitudinally extendable substrate support pin**" means: <br><br> a pin that is positioned to contact a wafer and is axially extensible and retractable relative to the apparatus. |
| **11.** A capillary ring for a capillary-type edge bead removal system, comprising an annular body portion having a substantially planar-capillary surface formed on an upper surface of the body portion, the body portion being manufactured from a **rigid material**, and the upper surface receiving a wafer prior to initiation of edge bead removal. | The term "**rigid material**" means: <br><br> an inflexible material. |

---

[1] Terms that SEZ requests construction are **bolded.**

| U.S. PATENT NO. 6,708,701 | |
| --- | --- |
| CLAIMS | SEZ's PROPOSED CONSTRUCTION |
| 21. An apparatus for supporting a wafer during an edge bead removal process, the wafer having an edge therearound, the apparatus comprising: a substrate support member; a plurality of mounting posts disposed on the substrate support member; a **rigid ring** mounted on the plurality of mounting posts for receiving the wafer and supporting the wafer above the substrate support member; and a plurality of **support pins selectively extendable from the rigid ring in order to raise the wafer above the ring.** | The term "rigid ring" means:<br><br>an inflexible ring.<br><br>The term "support pins selectively extendable from the rigid ring in order to raise the wafer above the ring" means:<br><br>pins that that are positioned to contact a wafer and are axially extensible and retractable relative to the apparatus. |

2

| U.S. PATENT NO. 6,786,996 | | SEZ'S PROPOSED CONSTRUCTION |
|---|---|---|
| **CLAIMS** | | |
| 1. An apparatus for removing an edge bead from a substrate, comprising: a processing chamber having an edge bead removal fluid distribution system positioned therein; and a substrate support member positioned in the processing chamber **proximate** the fluid distribution system, the substrate support member comprising: an upper substrate support surface having a plurality of fluid dispensing apertures formed therein; at least three capillary ring support posts radially positioned about a perimeter of the upper substrate support surface; an annular capillary ring rigidly mounted to the capillary ring support posts, the capillary ring having a planar upper surface; at least three **selectively extendable substrate support pin assemblies** positioned **proximate** the annular capillary ring on the substrate support member; and at least three substrate gripper assemblies radially positioned about the perimeter of the upper substrate support surface. | | The term "selectively extendable substrate support pin assemblies" means: pins that that are positioned to contact a wafer and are axially extensible and retractable relative to the apparatus. The term "proximate" means: at or near. |

3

| U.S. Patent No. 6,786,996 | |
| --- | --- |
| **Claims** | **SEZ's Proposed Construction** |
| 4.  The apparatus of claim 1, wherein the selectively extendable substrate support pin assemblies comprise: an actuator positioned in the substrate support member; and a **longitudinally extending substrate support pin** having a distal substrate support surface formed thereon. | The term "a longitudinally extending substrate support pin" means:<br><br>a pin that that is positioned to contact a wafer and is axially extensible and retractable relative to the apparatus. |
| 12.  A substrate support member for a capillary-type edge bead removal system, comprising: at least one fluid dispensing aperture formed in an upper surface of the substrate support member; a plurality of gas dispensing apertures formed into the upper surface; a plurality support posts positioned along a perimeter of the substrate support member in an annular pattern; an annular capillary ring mounted to the support posts; a **plurality of selectively actuated pin assemblies** positioned along the perimeter of the substrate support member; and a plurality of gripper assemblies positioned along the perimeter of the substrate support member. | The term "a plurality of selectively actuated pin assemblies" means:<br><br>pins that that are positioned to contact a wafer and are axially extensible and retractable relative to the apparatus. |
| 18.  The substrate support member of claim 13, wherein the substrate support pin is configured to extend **proximate** the annular capillary ring to engage and support a substrate at a preferred capillary distance above the annular capillary ring. | The term "proximate" means:<br><br>at or near. |

4

# EXHIBIT 2

# PTO  EXHIBIT  2

*SEZ HOLDING ET AL. V. APPLIED MATERIALS, INC.*
Civil Action No. 1:05-cv-00552-SLR

CLAIM CONSTRUCTION STATEMENT[1]

| CLAIMS | SEZ'S PROPOSED CONSTRUCTION | APPLIED'S PROPOSED CONSTRUCTION |
|---|---|---|
| **U.S. PATENT NO. 6,708,701** | | |
| 1. An apparatus for removing an edge bead from a substrate, comprising: a substrate support member; a plurality of mounting posts positioned along a perimeter of the substrate support member; and a **rigid** annular capillary ring member, mounted to the plurality of mounting posts, the **rigid** annular capillary ring having a substantially planar capillary surface formed thereon, the **rigid** annular capillary ring being configured to maintain the substantially planar capillary surface when attached to the mounting posts. | The term "rigid" means: inflexible. | The term "rigid annular capillary ring" means: an annular capillary ring whose material and/or structure allows the ring to be sufficiently inflexible such that it does not deform during and immediately after the mounting process and cause varied processing results. |
| 10. The apparatus of claim 1, wherein the capillary ring includes a plurality of substrate support pin bores formed therein, each of the respective substrate support pin bores being configured to communicate a **longitudinally extendable substrate support pin** therethrough. | The term "a longitudinally extendable substrate support pin" means: a pin that is positioned to contact a wafer and is axially extensible and retractable relative to the apparatus. | The term "a longitudinally extendable substrate support pin" needs no construction. However, if the Court were to construe the term, it means: a longitudinally extendable pin to provide support for the substrate. |

---

[1]    Terms that SEZ requests construction are **bolded**; terms that Applied requests construction are underlined.  Terms that both parties request construction are both **bolded and underlined**.

1

| CLAIMS | U.S. PATENT NO. 6,708,701 SEZ'S PROPOSED CONSTRUCTION | APPLIED'S PROPOSED CONSTRUCTION |
|---|---|---|
| **11.** A capillary ring for a capillary-type edge bead removal system, comprising an annular body portion having a <u>substantially planar-capillary surface formed on an upper surface of the body portion, the body portion being manufactured from a **rigid material**,</u> and the upper surface receiving a wafer prior to initiation of edge bead removal. | The term "rigid material" means: <br><br> an inflexible material. | The capillary ring with a "substantially planar-capillary surface formed on an upper surface of the body portion, the body portion being manufactured from a rigid material" means: <br><br> a capillary ring whose material and/or structure allows the ring to be sufficiently inflexible such that it does not deform during and immediately after the mounting process and cause varied processing results. |

2

| U.S. PATENT NO. 6,708,701 | | |
|---|---|---|
| CLAIMS | SEZ'S PROPOSED CONSTRUCTION | APPLIED'S PROPOSED CONSTRUCTION |
| **21.** An apparatus for supporting a wafer during an edge bead removal process, the wafer having an edge thereabout, the apparatus comprising: a substrate support member; a plurality of mounting posts disposed on the substrate support member; a **rigid ring** mounted on the plurality of mounting posts for receiving the wafer and supporting the wafer above the substrate support member; and a plurality of **support pins selectively extendable from the rigid ring in order to raise the wafer above the ring.** | The term "rigid ring" means:<br><br>an inflexible ring.<br><br>The term "support pins selectively extendable from the rigid ring in order to raise the wafer above the ring" means:<br><br>pins that that are positioned to contact a wafer and are axially extensible and retractable relative to the apparatus. | The term "rigid ring" means:<br><br>a ring whose material and/or structure allows the ring to be sufficiently inflexible such that it does not deform during and immediately after the mounting process and cause varied processing results.<br><br>The term "support pins selectively extendable from the rigid ring in order to raise the wafer above the ring" needs no construction. However, if the Court were to construe the term, it means:<br><br>pins to provide support for the substrate and which are selectively extendable from the rigid ring in order to raise the wafer above the ring. |

3

| CLAIMS | U.S. PATENT NO. 6,786,996 | |
|---|---|---|
| | SEZ'S PROPOSED CONSTRUCTION | APPLIED'S PROPOSED CONSTRUCTION |
| 1. An apparatus for removing an edge bead from a substrate, comprising: a processing chamber having an edge bead removal fluid distribution system positioned therein; and a substrate support member positioned in the processing chamber **proximate** the fluid distribution system, the substrate support member comprising: an upper substrate support surface having a plurality of fluid dispensing apertures formed therein; at least three capillary ring support posts radially positioned about a perimeter of the upper substrate support surface; an annular capillary ring rigidly mounted to the capillary ring support posts, the capillary ring having a planar upper surface; at least three **selectively extendable substrate support pin assemblies** positioned **proximate** the annular capillary ring on the substrate support member; and at least three substrate gripper assemblies radially positioned about the perimeter of the upper substrate support surface. | The term "selectively extendable substrate support pin assemblies" means: <br><br> pins that that are positioned to contact a wafer and are axially extensible and retractable relative to the apparatus. <br><br> The term "proximate" means: <br><br> at or near. | The term "an annular capillary ring rigidly mounted to the capillary ring support posts, the capillary ring having a planar upper surface" means: <br><br> an annular capillary ring whose material and/or structure allows the ring to be sufficiently inflexible such that it does not deform during and immediately after the mounting process and cause varied processing results. <br><br> The term "selectively extendable substrate support pin assemblies" needs no construction. However, if the Court were to construe the term, it means: <br><br> selectively extendable substrate support pin assemblies that include pins to provide support for the substrate. <br><br> The term "proximate" needs no construction. However, if the Court were to construe the term, it means: <br><br> very close to or within. |

| CLAIMS | U.S. PATENT NO. 6,786,996 | |
|---|---|---|
| | SEZ'S PROPOSED CONSTRUCTION | APPLIED'S PROPOSED CONSTRUCTION |
| **4.** The apparatus of claim 1, wherein the selectively extendable substrate support pin assemblies comprise; an actuator positioned in the substrate support member; and **a longitudinally extending substrate support pin** having a distal substrate support surface formed thereon. | The term "a longitudinally extending substrate support pin" means: <br><br> a pin that that is positioned to contact a wafer and is axially extensible and retractable relative to the apparatus. | The term "a longitudinally extending substrate support pin" needs no construction. However, if the Court were to construe the term, it means: <br><br> longitudinally extending pin to provide support for the substrate. |
| **12.** A substrate support member for a capillary-type edge bead removal system, comprising: at least one fluid dispensing aperture formed in an upper surface of the substrate support member; a plurality of gas dispensing apertures formed into the upper surface; a plurality support posts positioned along a perimeter of the substrate support member in an annular pattern; an annular capillary ring positioned to the support posts; **a plurality of selectively actuated pin assemblies** positioned along the perimeter of the substrate support member; and a plurality of gripper assemblies positioned along the perimeter of the substrate support member. | The term "a plurality of selectively actuated pin assemblies" means: <br><br> pins that that are positioned to contact a wafer and are axially extensible and retractable relative to the apparatus. | The term "a plurality of selectively actuated pin assemblies" needs no construction. However, if the Court were to construe the term, it means: <br><br> a plurality of selectively actuated pin assemblies that include pins to provide support for the substrate. |
| **18.** The substrate support member of claim 13, wherein the substrate support pin is configured to extend **proximate** the annular capillary ring to engage and support a substrate at a preferred capillary distance above the annular capillary ring. | The term "proximate" means: <br><br> at or near. | The term "proximate" needs no construction. However, if the Court were to construe the term, it means: <br><br> very close to or within. |

# EXHIBIT 3

# PTO EXHIBIT 3

## SEZ's List of Trial Exhibits[1]

| Plaintiff Exh. No. | Bates Nos. | Deposition Exhibit No., Docket No., or other | Title or Description | Applied's Objections[2] | SEZ's Response | Identified | Admitted |
|---|---|---|---|---|---|---|---|
| PX 1 | | Obweger Ex. 25 | Capillary chuck including capillary ring | 402/403 | 401; 402 | | |
| PX 2 | | Obweger Ex. 1 | Shaft for capillary chuck | | | | |
| PX 3 | D.I. 1 | | SEZ's Complaint (w/o attachments) | 802 | inconsistent position taken by Applied; public records | | |
| PX 4 | D.I. 9 | | Applied's Answer and declaratory judgment Counterclaims (w/o | | | | |

[1] SEZ reserves the right to use any exhibit identified on the list of exhibits served upon SEZ by Applied. SEZ anticipates that its trial exhibits will be drawn from its own list as well as from those identified on Applied's list. SEZ also reserves the right to amend this exhibit list as necessary, to rebut material presented at trial by Applied. SEZ also reserves the right to use any additional materials as appropriate for purposes of impeachment.

[2] Applied also generally objects to SEZ's descriptions of its exhibits: (i) to the extent they deviate from the actual content and/or unfairly characterize the evidence; and (ii) to the extent they provide English descriptions of documents for which no certified translation has been provided.

| | | | | | |
|---|---|---|---|---|---|
| | | | attachments) | | |
| PX 5 | D.I. 12 | | SEZ's Answer to Counterclaims and Counter-Counterclaims (w/o attachments) | 802 | inconsistent position taken by Applied; public records |
| PX 6 | D.I. 13 | | Applied's Answer to Counter-Counterclaims (w/o attachments) | | |
| PX 7 | D.I. 25 | | Discovery Conference transcript, 4/13/2006 | 402/403; 802 | 801(d)(2); 302; 401; 402 |
| PX 8 | D.I. 39 | | Joint Stipulation as to Damages | | |
| PX 9 | D.I. 39, Ex. D | | SEZ's Proposed Amended Complaint | 402/403; 802 | inconsistent position taken by Applied; public records |
| PX 10 | D.I. 39, Ex. B | | SEZ's Proposed Amended Counterclaims | 402/403; 802 | inconsistent position taken by Applied; all are public records |
| PX 11 | SEZ 48–56 | Kruwinus Ex 23 (partial) | Joint Development Agreement | | |
| PX 12 | N/A | Sax Ex. 3 | U.S. Pat. No. 6,708,701 Emami | | |
| PX 13 | AMAT 112–255 | | Prosecution history of U.S. Pat. No. 6,708,701 | | |
| PX 14 | N/A | Sax Ex. 4 | U.S. Pat. No. 6,786,996 Emami | | |
| PX 15 | AMAT 256–440 | | Prosecution history of U.S. Pat. No. 6,786,996 | | |

| | | | | |
|---|---|---|---|---|
| PX 16 | N/A | U.S. Pat. App. Pub. 2003/0073320 Emami | 402/403 | 401; 402 |
| PX 17 | AMAT 573-659 | Prosecution history of U.S. Pat. App. Pub. 2003/0073320 | 402/403 | 401; 402 |
| PX 18 | SEZ B21-26 | European Application No. 99108319.7 | | |
| PX 19 | SEZ 446-459 | Verified Translation of European Appln. No. 99 108 319.7 Langen | | |
| PX 20 | N/A | European Application No. 00 123 714.8 | | |
| PX 21 | SEZ 460-480 | Verified Translation of European Appln. No. 00 123 714.8 Engesser | | |
| PX 22 | N/A | U.S. Pat. 6,056,825 | 402/403 | 401; 402 |
| PX 23 | SEZ 03 | Technical drawing CUK-200-03-05A dated June 1, 1999 depicting eccentric gripper pins, reference # 6 in chuck drawings | 402/403; 802; No English translation provided | 401; 402; 803(5); 803(6); 807; English translation will be provided |
| PX 24 | SEZ 04 | Technical drawing CUK-200-03-07A dated June 1, 1999 depicting spacer sleeve (distance member or mounting post), reference # 9 in chuck drawings | 402/403; 802; No English translation provided | 401; 402; 803(5); 803(6); 807; English translation will be provided |
| PX 25 | SEZ 05 | Technical drawing CUK-200-03-08A dated June 2, 1999 depicting shim, reference # 7 in chuck drawings | 402/403; 802; No English translation provided | 401; 402; 803(5); 803(6); 807; English |

| | | | | |
|---|---|---|---|---|
| PX 26 | SEZ 02 | Technical drawing CUK-150-01-03B dated June 11, 1999 depicting gear ring for SEZ chucks, reference # 1 in chuck drawings | 402/403; 802; No English translation provided | translation will be provided<br>401; 402; 803(5); 803(6); 807; English translation will be provided |
| PX 27 | SEZ 033 | Technical drawing CUK-150-03-06 dated July 6, 2000 depicting a capillary ring, reference #8 in chuck drawings | 402/403; 802; No English translation provided | 401; 402; 803(5); 803(6); 807; English translation will be provided |
| PX 28 | SEZ 034 | Technical drawing CUK-150-03-EXB dated July 10, 2000 depicting exploded view of capillary chuck | 402/403; 802; No English translation provided | 401; 402; 803(5); 803(6); 807; English translation will be provided |
| PX 29 | SEZ 035 | Technical drawing CUK-150-03-00B dated July 10, 2000 depicting assembled view of capillary chuck | 402/403; 802; No English translation provided | 401; 402; 803(5); 803(6); 807; English translation will be provided |
| PX 30 | SEZ 045 | Technical drawing (without specific number) dated Sept. 29, | 402/403; 802; 1002 (legend | 401; 402; 803(5); |

| | | | | |
|---|---|---|---|---|
| | | 2000 depicting improved part reference number 12 of capillary chuck with two concentrically arranged annular pluralities of gas nozzles instead of annular gas nozzle | and other portions of document are illegible in copy produced); No English translation provided | 803(6); 807; 1003; English translation will be provided |
| PX 31 | SEZ 046 | Technical drawing SGT-200-03-02 dated Nov. 16, 2000 depicting improved part reference number 12 of capillary chuck with two concentrically arranged annular pluralities of gas nozzles instead of annular gas nozzle | 402/403; 802; 1002 (legend and other portions of document are illegible in copy produced); No English translation provided | 401; 402; 803(5); 803(6); 807; 1003; English translation will be provided |
| PX 32 | SEZ 059 | Technical drawing 200-03-00 dated Feb. 15, 2001 depicting exploded view of capillary chuck with improved part reference number 12 | 402/403; 802; No English translation provided | 401; 402; 803(5); 803(6); 807; English translation will be provided |
| PX 33 | SEZ 67 | Technical Drawing CUK-300-03-06 dated March 16, 2001 depicting capillary ring | 402/403; 802; No English translation provided | 401; 402; 803(5); 803(6); 807; English translation will be provided |
| PX 34 | SEZ 99  Sax Ex. 21 | Photograph of process module | 402/403; 901; | 401; 402; |

| | | | | 1002 (poor quality photo) | 901; 1003 | | |
|---|---|---|---|---|---|---|---|
| PX 35 | SEZ 100 | (partial) | Photograph of process module with capillary chuck | 402/403; 901; 1002 (poor quality photo) | 401; 402; 901; 1003 | | |
| PX 36 | SEZ 101 | Sax Ex. 21 (partial) | Photograph of process module with capillary chuck | 402/403; 901; 1002 (poor quality photo) | 401; 402; 901; 1003 | | |
| PX 37 | SEZ 102 | Sax Ex. 21 (partial) | Photograph of process module with capillary chuck | 402/403; 901; 1002 (poor quality photo) | 401; 402; 901; 1003 | | |
| PX 38 | SEZ 481B-556 | Sax Ex. 12 | Lab notebook of Harry Sax from July 26, 1999 to May 9, 2001 | 802; no English translations provided for portion of text written in German | 803(5); 803(6); 807; English translation will be provided | | |
| PX 39 | AMAT 852-871 | | Notes from Jennifer Tseng beginning October 2000 | 402/403; 901 | 401; 402; 901; AMAT doc | | |
| PX 40 | AMAT 1097-1146 | | Ramin Emami's lab notes from December 2000 work at SEZ facility in Austria | | | | |
| PX 41 | SEZ 623-695 | Sax Ex. 14 | Ramin Emami's lab notes from March 2001 work at SEZ facility in Austria | | | | |
| PX 42 | AMAT 1960 | | Ramin Emami's award payment status showing two $1,000 awards | | | | |
| PX 43 | SEZ 93 | Sax Ex. 5 | Email by Harry Sax dated May 9, 2003 regarding Emami patents | | | | |
| PX 44 | SEZ 01 | Langen 49 | Invention disclosure of Kurt | 802; 901; | | | |

| | | | Langen | 402/403 | |
|---|---|---|---|---|---|
| PX 45 | SEZ 06-032 | Langen Ex. 51 | Powerpoint document by Kurt Langen, August 1999, detailing capillary chuck principles | 402/403; 802 | 401; 402; 803(5); 803(6); 807 |
| PX 46 | SEZ 36-39 | | Notes of Michael West and Hans Knuwinus of SEZ dated July 21, 2000 regarding meeting with AMAT in California and details of contemplated joint venture | 802; 901 | 803(5); 803(6); 807; 901 |
| PX 47 | SEZ 754-755 | | "Term Sheet / OEM Agreement" dated Aug. 10, 2000 | 802; 901 | 803(5); 803(6); 901 |
| PX 48 | SEZ 599-600 | | SEZ internal email dated Aug. 15, 2000 | 802 | 803(5); 803(6) |
| PX 49 | SEZ 928 | | Rainer Obweger notes dated Aug. 17, 2000 | 106; 802; 901; no English translation provided | 803(5); 803(6); 807; 901; English translation will be provided |
| PX 50 | SEZ 592-594 | | SEZ internal email dated Aug. 18, 2000 | 402/403; 802; 901 | 401; 402; 803(5); 803(6); 901 |
| PX 51 | AMAT 6111 | | Email dated Aug. 22, 2000 regarding late Aug. / early Sept. 2000 meeting of parties in CA | 802; 901 | 803(5); 803(6); 807; 901 |
| PX 52 | SEZ 922-928 | Sax Ex. 16 | Notes prepared by Harry Sax covering meeting between the parties in Santa Clara in early September 2000 | 802; 901 | 803(5); 803(6); 807; 901 |
| PX 53 | SEZ 948-950 | | Email dated Sept. 13, 2000 summarizing early Sept. 2000 | 802; 901 | 803(5); 803(6); 807; |

|  |  |  | meeting of parties |  | 901 |
|---|---|---|---|---|---|
| PX 54 | SEZ 959-961 | Sax Ex. 17 | Email from Harry Sax dated Sept. 13, 2000 and attached notes covering early Sept. 2000 meeting of parties | 802; 901 | 803(5); 803(6); 807; 901 |
| PX 55 | AMAT 6142 |  | Email dated Sept. 14 regarding early Sept. 2000 meeting of parties | 106; 802; 901 | 106; 803(5); 803(6); 901; AMAT Doc; |
| PX 56 | SEZ 42-46 | Engesser 44 | Invention disclosure of Philipp Engesser | 801; 901; No English Translation Provided | 802 |
| PX 57 | SEZ 914 (CD-ROM) | Obweger Ex. 28 | Outlook task created by Rainer Obweger Sept. 25, 2000 relating to ceramics parts supplier | 402/403; 802; 901; No English translation provided | 401; 402; 803(5); 803(6); 901; English translation will be provided |
| PX 58 | SEZ 1106-1110; | Obweger Ex. 29, 30 | Fax between Rainer Obweger and ceramic parts supplier dated Sept. 28 – Oct. 5, 2000 regarding ceramic shaft capillary chuck | 402/403; 802; 901; No English translation provided | 401; 403 803(5); 803(6); 901; English translation will be provided |
| PX 59 | SEZ 573-574 | Sax Ex. 7 | Email string dated Nov. 7, 2000 | 802; 901 | 803(5); 803(6); 901 |
| PX 60 | SEZ 934-937 |  | Email string dated Nov. 16, 2000 regarding project status | Compilation of exhibits — SEZ937 is not part of the "email string"; | 803(5); 803(6); 901 |

| | | | | 802; 901 | 901; AMAT Docs |
|---|---|---|---|---|---|
| PX 61 | AMAT 5825-5826 | | Email dated Dec. 11, 2000 regarding project status | 901 | 901; AMAT Docs |
| PX 62 | AMAT 5946 | | Email from Ramin Emami dated Dec. 20, 2000 regarding work he completed during 9 days at SEZ lab in Austria | | |
| PX 63 | AMAT 936-955 | | Powerpoint slides by Ramin Emami covering work he completed in Dec. 2000 at SEZ lab in Austria | | |
| PX 64 | AMAT 967-997 | | Powerpoint slides by Ramin Emami covering work he completed in Dec. 2000 at SEZ lab in Austria | | |
| PX 65 | AMAT 5939-5940 | | "SEZ Alpha System Delivery & Integration Contract Discussion Points" dated Dec. 19, 2000 | 402/403; 802; 901 | 401; 402; 803(5); 803(6); 901; AMAT Docs |
| PX 66 | AMAT 6009 | | Email dated Dec. 22, 2000 regarding project status | | |
| PX 67 | AMAT 4498-4515 | | Preventive Maintenance Manual | 402/403; 802; 901 | 401; 402; 803(5); 803(6); 901; AMAT Docs |
| PX 68 | AMAT 5753-5754 | | Email dated Jan. 2, 2001 regarding project status and shipment to Applied | 802; 901 | 803(5); 803(6); 807; 901; AMAT Docs |
| PX 69 | SEZ 568-569 | Sax Ex. 6 | Email from Ramin Emami to Harry Sax, Jan. 12, 2001 titled "Top Five Issues with the SEZ | | |

| | | | | | |
|---|---|---|---|---|---|
| PX 70 | AMAT 5828-5829 | | spin processor" Email from Ramin Emami dated Jan. 15, 2001 regarding issues to be addressed | | |
| PX 71 | AMAT 5833 | | Internal Applied email from Ramin Emami dated Jan 17, 2001 regarding project confidentiality | | |
| PX 72 | SEZ 47 | Sax Ex. 23 | Agreement # DY0102SE020 | 402/403; 901 | 401; 402; 901 |
| PX 73 | SEZ 567 | Sax Ex. 13 | Email from Ramin Emami to SEZ, Jan. 20, 2001, with questions about the capillary ring function | | |
| PX 74 | AMAT 1790-1791 | | Email from Ramin Emami dated Jan. 22 regarding project status, integration of SEZ tools, and Joint Development Agreement | | |
| PX 75 | AMAT 883 | | Email from Ramin Emami dated Jan. 24, 2001 regarding function of capillary ring | 402/403; 802; 901 | 401; 402; 803(5); 803(6); 807; 901; AMAT Docs |
| PX 76 | SEZ 914 (CD-ROM) (two pages) | Nguyen Ex. 14; Obweger Ex. 26 | Email from Rainer Obweger to Son Nguyen, Feb. 1, 2001, including diagram of capillary chuck | 106 (missing attachments); 802; 901 | 102; 803(5); 803(6); 807; 901; 1006 |
| PX 77 | SEZ 914 (CD-ROM) | Nguyen Ex. 11 | Email from Son Nguyen dated Feb. 1, 2001 regarding status of integration of SEZ module in Santa Clara | 901 (no sponsoring witness) | 901; Author is AMAT employee |
| PX 78 | SEZ 914 (CD- | Nguyen Ex. 12 | Email from Son. Nguyen to Rainer Obweger dated Feb. 5, | 901 (no sponsoring | 901; Author is AMAT |

| | ROM) | | | witness) | employee | | |
|---|---|---|---|---|---|---|---|
| PX 79 | SEZ 1078-1079 | | 2001 requesting additional drawings of chuck design. SEZ internal email in German dated Feb. 8 regarding Obweger's trip to Applied's Santa Clara facilities | 402/403; 802; 901; No English translation provided | 401; 402; 803(5); 803(6); 807; 901; English translation will be provided | | |
| PX 80 | AMAT 884-885 | | Email string dated Feb 8, 2001 regarding process optimization | 802; 901 | 803(5); 803(6); 901; AMAT Docs | | |
| PX 81 | SEZ 914 (CD-ROM) | Nguyen Ex. 15 | Email dated Feb. 16, 2001 from Rainer Obweger to Son Nguyen regarding shipment of SEZ module and including several CAD drawings of SEZ module | 802; 901; 106 (missing attachments) | 102; 803(5); 803(6); 901; 1006 | | |
| PX 82 | SEZ 914 (CD-ROM) | | Email from Ramin Emami dated Feb. 28, 2001 regarding process optimization and modification of the chuck | Applied objects to this exhibit due to insufficient identification and as an improper compilation of exhibits; please provide a hard-copy of what SEZ actually intends to use as Plaintiffs' Exhibit 82. | Hard copy will be supplied | | |
| PX 83 | SEZ 61- | Obweger Ex. 24 | Email from Ramin Emami to | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 62 | | SEZ personnel, Feb. 28, 2001, suggesting adding grooves into lipped version of capillary ring | | |
| PX 84 | AMAT 1056 1061 | | Powerpoint slides by Ramin Emami dated Jan. 8, 2001 | 106 | 106; No other parts identified |
| PX 85 | AMAT 1062 - 1068 | | Powerpoint slides by Ramin Emami dated Jan. 15, 2001 | 106 | 106; No other parts identified; |
| PX 86 | AMAT 886-895 | | Applied internal bi-weekly project update for Jan. 15 – Jan. 26, 2001 | | |
| PX 87 | AMAT 1717-1724 | | Applied internal email and bi-weekly project update for Jan. 29 – Feb. 9, 2001 | | |
| PX 88 | AMAT 6099-6101 | | Applied internal bi-weekly project update for Feb. 12 – Feb. 23, 2001 | | |
| PX 89 | AMAT 1543-1562 | | Applied internal email and Powerpoint slides regarding meeting for integration of SEZ module into Applied's system | | |
| PX 90 | SEZ 1155-1158 | Obweger Ex. 31, 32, 33 | Email from Thomas Gartner of SEZ to Rainer Obweger on March 13, 2001 regarding parts supplier for ceramic ring | 802; No English translation provided; Improper Compilation Exhibit | 803(5); 803(6); 807; English translation will be provided |
| PX 91 | SEZ 914 (CD-ROM) | Obweger Ex. 34 | Outlook task entry created by Rainer Obweger March 16, 2000 relating to suppliers of ceramic capillary ring | 802; No English translation provided | 803(5); 803(6); 807; English translation will be |

| | | | | |
|---|---|---|---|---|
| PX 92 | SEZ 1197-99 | Obweger Ex. 35 | Fax dated March 16, 2001 from SEZ employee Franz Kumnig to George Pichler of Viamex, a ceramics parts supplier, including a technical diagram of a capillary ring | 802; No English translation provided | provided 803(5); 803(6); 807; English translation will be provided |
| PX 93 | SEZ 914 (CD-ROM) | Obweger 36 (two pages) | March 19, 2001 email from Rainer Obweger to ceramic parts supplier requesting a ceramic capillary ring, including attached CAD diagram of capillary ring | 802; No English translation provided | 803(5); 803(6); 807; English translation will be provided |
| PX 94 | SEZ 1200, | Obweger Ex. 37 | March 29, 2001 fax from Viamex to Rainer Obweger with quote for ceramic capillary ring | 802; No English translation provided | 803(5); 803(6); 807; English translation will be provided |
| PX 95 | SEZ 1186-1188 | | March 30 2001 fax from Rainer Obweger to Mr. Wirtwein at 4Control. | 802; 901; No English translation provided | 803(5); 803(6); 807; 901; English translation will be provided |
| PX 96 | SEZ 66-67, | Obweger Ex. 38 | April 18, 2001 email from Rainer Obweger relating to obtaining a 300 mm ceramic capillary ring | 802; No English translation provided | 803(5); 803(6); English translation will be provided |
| PX 97 | SEZ 68 | Obweger Ex. 39 | April 24, 2001 email to Rainer Obweger with quote for ceramic | 802; No English translation | 803(5); 803(6); 807; |

| | | 300 mm capillary ring | | |
|---|---|---|---|---|
| | | | | English translation will be provided |
| PX 98 | SEZ 69 | Obweger Ex. 40 | SEZ internal email to Rainer Obweger dated May 3, 2001 suggesting particular type of ceramic for capillary ring | 802; No English translation provided | 803(5); 803(6); 807; English translation will be provided |
| PX 99 | SEZ 1179-1182 | Obweger Ex. 41 | Email to Rainer Obweger dated May 3, 2001 with technical information from ceramic parts suppliers regarding material properties | 802; No English translation provided | 803(5); 803(6); 807; English translation will be provided |
| PX 100 | AMAT 1580-1590 | | Applied internal email by Ramin Emami dated March 19, 2001 and attached Powerpoint slides regarding update of project after Mr. Emami's March trip to Austria | | |
| PX 101 | AMAT 1073-1078 | | Applied Powerpoint slides dated March 19, 2001 regarding Mr. Emami's March trip to Austria | 106 | 106; AMAT docs as produced; no parts identified |
| PX 102 | AMAT 1665-1669 | | Applied Powerpoint slides dated March 19, 2001 regarding Mr. Emami's March trip to Austria | 106 | 106; AMAT docs as produced; no parts identified |
| PX 103 | AMAT | | Applied internal email sting | Improper | AMAT docs |

| | | | Compilation of Exhibits | as produced; no specifics to objection | | |
|---|---|---|---|---|---|---|
| | 1592-1613 | dated March 21, 2001 including attached Powerpoint presentation regarding SEZ module integration status update | | | | |
| PX 104 | SEZ 70-85 | Powerpoint presentation titled "Stargate OEM Process Status by 27-3-2001" | 802 | 803(5); 803(6); 807 | | |
| PX 105 | AMAT 1629-1669 & ~~1683~~ ~~16284~~ 6283-84 | Internal Applied email from Ramin Emami dated March 29, 2001 and attached bi-weekly report for February 26 – March 29, 2001 and Powerpoint slides dated March 28, 2001 regarding project review | | | | |
| PX 106 | SEZ 64-65 | SEZ "Weekly Report" the last week of March 2001 | 802 | 803(5); 803(6); 807 | | |
| PX 107 | AMAT 1672 | Applied internal email from Ramin Emami dated April 2, 2001 regarding SEZ spin etch process and Applied strategy moving forward | 402/403 | 401; 402; AMAT produced doc | | |
| PX 108 | SEZ 1159 | Document showing shipment of various parts and tools by SEZ | 402/403; 802; 901; No English translation provided | 401; 402; 803(5); 803(6); 901; English translation will be provided | | |
| PX 109 | AMAT 6012 & 2058-2062 | Email dated April 20, 2001 and related paper joint authored by Applied and SEZ regarding project | | | | |
| PX 110 | AMAT | Applied internal email from | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 6103 | | Ramin Emami dated May 16, 2001 regarding business strategy relating to joint project | | |
| PX 111 | SEZ 914 (CD-ROM) | | Email from Rainer Obweger dated May 17, 2001 in German relating to materials testing | 402/403; 802; 901; No English translation provided | 401; 402; 803(5); 803(6); 901; English translation will be provided |
| PX 112 | AMAT 5764 | | Applied internal email from Jennifer Tseng dated July 13, 2001 contemplating the cancellation of the joint project | | |
| PX 113 | AMAT 5841-5847 | | Document dated Aug. 14, 2001 cataloging items and documents to be returned to SEZ | 802; 901 | 803(5); 803(6); 807; 901; AMAT docs |
| PX 114 | SEZ 88-89 | Kruwinus Ex. 22 | Email string between SEZ and Applied from August 10, 2001 canceling the project | Portions objectionable under 802 | 803(5); 803(6) |
| PX 115 | SEZ 908-911 | Sax Ex. 18 | Lab notes from Harry Sax dated Aug. 29, 2001 including testing of various materials for capillary ring | 106; 402/403; 802 | 106; 401; 402; 803(5); 803(6); 807; no specific identified |
| PX 116 | SEZ 92 | Sax Ex. 10 | Email from Michael West on May 21, 2002 regarding renewed interest by Applied in SEZ's capillary ring system | 402/403; 802 | 401; 402; 803(5); 803(6) |
| PX 117 | SEZ 1160-1176 | Langen Exs. 52-55 | Kurt Langen employment contract | 802; No English translation provided | 803(5); 803(6); English |

| | | | | 802; No English translation provided | translation will be provided 803(5); 803(6); English translation will be provided |
|---|---|---|---|---|---|
| PX 118 | SEZ 103-108; | Engesser Ex. 43 | Philipp Engesser consulting contract | | |
| PX 119 | | | Plaintiff's Responses and Objections to Defendant's First Set of Interrogatories to Plaintiffs | 802 | 803(5); 803(6); 807 |
| PX 120 | | | SEZ Holding AG et al.'s Responses to Applied Materials, Inc.'s First set of Requests for Admission | 802 | 803(6); 807 |
| PX 121 | | | SEZ Holding AG et al.'s Responses to Applied Materials, Inc.'s Second Set of Interrogatories (Nos. 14-25) | 802 | 803(5); 803(6); 807 |
| PX 122 | | | SEZ's Supplemental Responses to Interrogatory Nos. 1, 2, and 14 – email dated Oct. 18, 2006 | 802 | 803(5); 803(6); 807 |
| PX 123 | | | Plaintiffs' Responses to Defendant Applied Materials, Inc.'s Third Set of Interrogatories (No. 26) | 802 | 803(5); 803(6); 807 |
| PX 124 | | | Defendant Applied Materials' Response to Plaintiffs SEZ Holdings AG et al.'s First Set of Interrogatories | | |
| PX 125 | | | Defendant Applied Materials' | | |

| | Description | | 802 | 801(c) | | |
|---|---|---|---|---|---|---|
| | First Supplemental Response to Plaintiffs SEZ Holdings AG et al.'s First Set of Interrogatories | | | | | |
| PX 126 | Defendant Applied Materials' Responses to Plaintiffs SEZ's First Set of Document Requests | | | | | |
| PX 127 | Deposition of Ramin Emami, June 21, 2006 | | | | | |
| PX 128 | Deposition of Jennifer Tseng, June 22, 2006 | | | | | |
| PX 129 | Deposition of Donald Olgado, June 22, 2006 | | | | | |
| PX 130 | Deposition of Son T. Nguyen, June 23, 2006 | | | | | |
| PX 131 | Deposition of Girish Dixit, June 26, 2006 | | | | | |
| PX 132 | Deposition of Michael Yang, June 27, 2006 | | | | | |
| PX 133 | Deposition of Harry Sax, October 23, 2006 | | 802 | 801(c) | | |
| PX 134 | Deposition of Hans-Juergen Kruwinus, October 23, 2006 | | 802 | 801(c) | | |
| PX 135 | Deposition of Rainer Obweger, October 24, 2006 | | 802 | 801(c) | | |
| PX 136 | Deposition of Philipp Engesser, October 24, 2006 | | 802 | 801(c) | | |
| PX 137 | Deposition of Kurt Langen, October 25, 2006 | | 802 | 801(c) | | |

# EXHIBIT 4

# PTO EXHIBIT 4

*SEZ Holdings et al. v. Applied Materials, Inc.*
Civil Action No. 1:05-cv-00552-SLR
PRELIMINARY LIST OF APPLIED MATERIALS' TRIAL EXHIBITS[1]
January 4, 2007

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exh. No. or Other Reference | Objection[2] | Identified | Admitted |
|---|---|---|---|---|---|---|---|
| DX 1 | 07/10/2006 | Applied Materials First Amended Notice of Deposition of SEZ Holding AG and SEZ AG Pursuant to FRCP 30(b)(6) | AMAT 6659 – AMAT 6679 | SAX Depo Exh. 1 | | | |
| DX 2 | 10/19/2006 | Applied Materials Second Amended Notice of Deposition of SEZ Holding AG and SEZ AG Pursuant to FRCP 30(b)(6) | | SAX Depo Exh. 2 | | | |
| DX 3 | 03/23/2004 | U.S. Patent 6,708,701 B2 | AMAT 6659 – AMAT 6679 | SAX Depo Exh. 3 | | | |
| DX 4 | 09/07/2004 | U.S. Patent 6,786,996 B2 | AMAT 6680 – AMAT 6699 | SAX Depo Exh. 4 | | | |
| DX 5 | 05/09/2003 | Email Posting from Harry Sax re | SEZ 93 | SAX Depo Exh. | | | |

---

[1] Applied reserves the right to use any exhibit identified on the list of exhibits served upon Applied by SEZ on December 20, 2006. Applied, thus, anticipates that its trial exhibits will be drawn from its own list as well as from those identified on SEZ's list. Applied also reserves the right to amend this exhibit list: (i) upon further review of the documents listed on SEZ's list of proposed trial exhibits; and/or (ii) as necessary, to rebut material presented at trial by SEZ. Applied also reserves the right to use any additional materials as appropriate for purposes of impeachment.

[2] Applied was unable to provide a response to SEZ's objections due to receipt of the objections late today. The parties have agreed that Applied will address SEZ's objections to the extent the objected-to exhibits are proffered at trial. The parties also are discussing a meet and confer process for identifying exhibits to be used on direct examination before a witness takes the stand. This process would thereby minimize evidentiary disputes prior to presenting such exhibits at trial.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exh. No. or Other Reference | Objection² | Identified | Admitted |
|---|---|---|---|---|---|---|---|
| | | AMAT Stargate Patents!?! | 5 | SAX Depo Exh. 5 | | | |
| DX 6 | 01/16/2001 | Email from Ramin Emami to Harry Sax re Top five issues with the SEZ spin processor | SEZ 568 – SEZ 569 | SAX Depo Exh. 6 | | | |
| DX 7 | 11/07/2000 | Email from Hans-Juergen Kruwinus to Harry Sax, Rainer Obweger, Franz Kunnig and Philipp Engesser re questions on DI flow | SEZ 573 – SEZ 574 | SAX Depo Exh. 7 | | | |
| DX 8 | 09/13/2000 | Stargate Process Meeting Santa Clara, CA re SEZ OEM for Elektra CU ECP and Cu Annealing Tool | SEZ 40 – SEZ 41 | SAX Depo Exh. 8 | | | |
| DX 9 | 03/27/2001 | Stargate OEM Process Status | SEZ 70 – SEZ 85 | SAX Depo Exh. 9 | | | |
| DX 10 | 01/20/2001 | Email from Ramin Emami to Pengesser and Harry Sax | SEZ 0567 | SAX Depo Exh. 13 | | | |
| DX 11 | | Lab Notebook | SEZ 0623 – SEZ 0695 | SAX Depo Exh. 14 | | | |
| DX 12 | | Handwritten Lab Notes | SEZ 922 – SEZ 928 | SAX Depo Exh. 16 | | | |
| DX 13 | 09/13/2000 | Email from Harry Sax to Hans-Juergen Kruwinus, Rainer Obweger and Franz Kunnig re Protokoll Process Specification Meeting Stargate Santa Clara | SEZ 959 – SEZ 961 | SAX Depo Exh. 17 | | | |
| DX 14 | 08/10/2001 | E-mail to Michael West from Michael Wood (cc Jennifer Tseng, gongda, Yao@amat.com, Robin Cheung Paul Smith) re SEZ-AMAT program | SEZ 88 – SEZ 89 | KRUWINUS Depo Exh. 22 | | | |
| DX 15 | 11/15/2000 | JDA with SEZ re: Wet Clan Units for Electroplating Tools | SEZ 47 – SEZ 56 | KRUWINUS Depo Exh. 23 | | | |

DocNo 11609448(l)

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exh. No. or Other Reference | Objection[2] | Identified | Admitted |
|---|---|---|---|---|---|---|---|
| DX 16 | 02/28/2001 | E-mail to Rainer Obweger from Ramin Emami (cc Harry Sax, Hans-Juergen) re The ring for cleaning the bevel | SEZ 61 – SEZ 62 | KRUWINUS Depo Exh. 24 | | | |
| DX 17 | 10/18/2006 | SEZ Supplemental Responses to Applied's Interrogatory Nos. 1, 2 and 14 | | OBWEGER Depo Exh. 42 | | | |
| DX 18 | 10/31/2000 | European Patent Application No. 00 123714.8 | SEZ B 1 – SEZ B 10 | ENGESSER Depo Exh. 45 | | | |
| DX 19 | 09/29/2004 | Verification of translation and translation of European Patent Application No. 00 123714.8, "Device for liquid treatment of wafer-shaped articles" | SEZ 460 – SEZ 480 | ENGESSER Depo Exh. 46 | | | |
| DX 20 | 04/28/1999 | European Patent Application No. 99108319.7 | SEZ B 21 – SEZ B 26 | LANGEN Depo Exh. 47 | | | |
| DX 21 | 04/10/2000 | Verification of translation and translation of European Patent Application No. 99108319.7, "Device and process for liquid treatment of wafer-shaped articles" | SEZ 446 – SEZ 459 | LANGEN Depo Exh. 48 | | | |
| DX 22 | 12/2000 | "SEZ evaluation: C&F data collected during visit to SEZ AG in Villach, Austria | AMAT 967 – AMAT 997 | EMAMI Depo Exh. 5 | | | |
| DX 23 | 12/18/2000 | "SEZ spin processor for post Electroplating application; trip report" | AMAT 936 – AMAT 955 | EMAMI Depo Exh. 6 | | | |
| DX 24 | 05/02/2000 | US Patent No. 6,056,825 | | EMAMI Depo Exh. 8 | | | |
| DX 25 | 05/03/2002 | "SEZ 200mm C&F Project Update" | AMAT 2377 – AMAT 2407 | YANG Depo Exh. 16 | | | |

DocNo 1069/4480

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exh. No. or Other Reference | Objection[2] | Identified | Admitted |
|---|---|---|---|---|---|---|---|
| DX 26 | 05/03/2002 | "FY02 SEZ 200mm C&F Project Summary" | AMAT 2508 – AMAT 2539 | YANG Depo Exh. 17 | | | |
| DX 27 | 11/01/2000 | IBC/SRD – SEZ Chamber selection project. | AMAT 2492 – AMAT 2501 | | | | |
| DX 28 | 12/2000 | SEZ evaluation: C&F data collected during visit to SEZ AG in Villach, Austria. | AMAT 5070 – AMAT 5102 | | | | |
| DX 29 | 12/2000 | SEZ evaluation: C&F data collected during visit to SEZ AG in Villach, Austria. | AMAT 5782 – AMAT 5812 | | | | |
| DX 30 | 12/18/2000 | SEZ spin processor for post Electroplating application; trip report. | AMAT 936 – AMAT 955 | | | | |
| DX 31 | 12/18/2000 | Email from Michael West re Applied supplier questions. | AMAT 1730 | | | | |
| DX 32 | 12/18/2000 | Email from Jennifer M. Tseng re SEZ & AMAT discussion points fro Tuesday at 7am pst. | AMAT 1731 – AMAT 1732 | | | | |
| DX 33 | 12/19/2000 | SEZ Alpha System Delivery & Integration contract Discussion Points. | AMAT 1733 – AMAT 1734 | | | | |
| DX 34 | 12/20/2000 | Email from Ramin Emami re SEZ Evaluation Notes. | AMAT 5946 | | | | |
| DX 35 | 12/22/2000 | Email from Ramin Emami re Marathon Test, SEZ prototype test issues and Christmas Greetings! | AMAT 6009 – AMAT 6010 | | | | |
| DX 36 | 01/02/2001 | Email from Jennifer M. Tseng re SEZ plan | AMAT 1735 – AMAT 1736 | | | | |
| DX 37 | 01/04/2001 | Email from Ramin Emami re Etch rate test for SEZ chemistry vs. AMAT chemistry. | AMAT 1737 – AMAT 1738 | | | | |
| DX 38 | 010/8/2001 | SEZ Evalation: High Lights of Collected Data as of 1/8/2001 | AMAT 1056 – AMAT 1081 | | | | |

-4.-

DocNo 10694480

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exh. No. or Other Reference | Objection [2] | Identified | Admitted |
|---|---|---|---|---|---|---|---|
| DX 39 | 01/08/2001 | Email from Ramin Emami re SEM measurements. | AMAT 1739 | | | | |
| DX 40 | 010/9/2001 | Email from Ramin Emami re SEZ short marathon defect paratos | AMAT 1740 | | | | |
| DX 41 | 01/11/2001 | Email from Ramin Emami re summary of the data collected for initial evaluation of SEZ spin processor. | AMAT 1747 | | | | |
| DX 42 | 01/12/2001 | Email from Ramin Emami re picture of stains during the 75 wafer SEZ marathon | AMAT 1779 | | | | |
| DX 43 | 01/16/2001 | Email from Ramin Emami re top five issues with the SEZ spin processor | AMAT 5828 – AMAT 5829 | | | | |
| DX 44 | 01/16/2001 | Email from Ley Borjanka re communication between bottle unit and mixing unit | AMAT 1783 | | | | |
| DX 45 | 01/16/2001 | Email from Ley Borjanka re SEZ-AMAT communication | AMAT 1784 – AMAT 1785 | | | | |
| DX 46 | 01/16/2001 | Email from Ramin Emami re top issues for SEZ spin processor to be resolved (on the process side) | AMAT 1786 – AMAT 1787 | | | | |
| DX 47 | 01/19/2001 | Email from Ramin Emami re pre data for the infilm defect monitors for SEZ | AMAT 1788 – AMAT 1989 | | | | |
| DX 48 | 01/22/2001 | Email from Ramin Emami re top issues for SEZ spin processor to be resolved (on the process side) | AMAT 5886 – AMAT 5887 | | | | |
| DX 49 | 01/22/2001 | Email from Ramin Emami re SEZ project | AMAT 1790 – AMAT 1791 | | | | |

DocNo 106944380

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exh. No. or Other Reference | Objection ² | Identified | Admitted |
|---|---|---|---|---|---|---|---|
| DX 50 | 01/22/2001 | Email from Bang Nguyen re top issues for SEZ spin processor to be resolved (on the process side) | AMAT 1792 – AMAT 1794 | | | | |
| DX 51 | 01/23/2001 | Email from Michael West re top issues fro SEZ spin processor to be resolved (on the process side) | AMAT 1805 – AMAT 1808 | | | | |
| DX 52 | 01/23/2001 | Email from Ramin Emami re wafer height test results | AMAT 5893 – AMAT 5894 | | | | |
| DX 53 | 01/23/2001 | Email from Ramin Emami re wafer test results | AMAT 1795 – AMAT 1804 | | | | |
| DX 54 | 01/24/2001 | Email from Sax Harry re wafers shipped | AMAT 1810 | | | | |
| DX 55 | 01/24/2001 | Email from Ramin Emami re possible approaches to achieve target through put | AMAT 1811 – AMAT 1820 | | | | |
| DX 56 | 01/25/2001 | Email from Ramin Emami re correction to marathon data | AMAT 1821 – AMAT 1825 | | | | |
| DX 57 | 01/26/2001 | Email from Sax Harry re possible approaches to achieve target through put | AMAT 1826 – AMAT 1827 | | | | |
| DX 58 | 01/26/2001 | Email from Sax Harry re trying surfactants and working with Chem ratios | AMAT 1828 – AMAT 1829 | | | | |
| DX 59 | 01/15/2001 – 01/26/2001 | Bi-Weekly Report re IBC process development project update | AMAT 5919 – AMAT 5928 | | | | |
| DX 60 | 01/26/2001 | Email from Ramin Emami re 1/15-1/26/2001 IBC process development project update. | AMAT 1706 – AMAT 1716 | | | | |

DocNo.10694480

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exh. No. or Other Reference | Objection ² | Identified | Admitted |
|---|---|---|---|---|---|---|---|
| DX 61 | 02/01/2001 | Email from Son T. Nguyen re AMAT-SEZ conference call. | AMAT 1830 – AMAT 1831 | | | | |
| DX 62 | 02/05/2001 | Email from Dora Wuethrich re SEZ invoice | AMAT 1832 | | | | |
| DX 63 | 02/07/2001 | Email from Bang Nguyen re top issues for SEZ spin processor to be resolved (on the process side) | AMAT 1833 – AMAT 1837 | | | | |
| DX 64 | 02/08/2001 | Email from Ramin Emami re weekly update | AMAT 1838 – AMAT 1839 | | | | |
| DX 65 | 02/09/2001 | Email from Ley Borjanka re SEZ-AMAT communication | AMAT 1840 – AMAT 1841 | | | | |
| DX 66 | 02/09/2001 | Email from Ramin Emami re 1/29-2/9/2001 IBC process development project update | AMAT 1717 – AMAT 1724 | | | | |
| DX 67 | 02/12/2001 - 02/23/2001 | Bi-Weekly Report re IBC process development project update | AMAT 6099 – AMAT 6102 | | | | |
| DX 68 | 2/12/2001-2/23/2001 | Email from Ramin Emami re Bi-weekly report | AMAT 1725 – AMAT 1729 | | | | |
| DX 69 | 03/08/2001 | Email from Son T. Nguyen re SEZ chamber integration meeting minute | AMAT 6122 – AMAT 6123 | | | | |
| DX 70 | 03/08/2001 | SEZ Chamber Intergration Kick-Off Meeting 3/8/2001 at Titron Cr, Bldg 108 | AMAT 6124 – AMAT 6141 | | | | |
| DX 71 | 03/22/2001 | Email from Obweger Rainer re Labyrinth and add. Information | AMAT 1614 – AMAT 1628 | | | | |
| DX 72 | 03/28/2001 | SEZ spin processor for post ECP EBR application: Evaluation for concept and feasibility | AMAT 6149 – AMAT 6188 | | | | |

7.

8.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exh. No. or Other Reference | Objection ² | Identified | Admitted |
|---|---|---|---|---|---|---|---|
| DX 73 | 04/02/2001 | Email from Ramin Emami re spin etch process demo with SEZ | AMAT 1672 – AMAT 1673 | | | | |
| DX 74 | 04/04/2001 | Email from Gerald Lee re Electroless & SEZ in E01 cleanroom | AMAT 1674 | | | | |
| DX 75 | 04/09/2001 | Email from Atif Malik re Electroless & SEZ in E01 cleanroom | AMAT 1675 – AMAT 1676 | | | | |
| DX 76 | 04/12/2001 | Email from Sax Harry re 11/4/2001 SEZ process status update. | AMAT 1677 – AMAT 1678 | | | | |
| DX 77 | 04/14/2001 | Email from Ramin Emami re 11/4/2001 SEZ process status update | AMAT 1679 – AMAT 1680 | | | | |
| DX 78 | 04/17/2001 | Email from Michael West re contract extension | AMAT 1681 | | | | |
| DX 79 | 04/17/2001 | Email from Michael West re AMAT-SEZ contract extension | AMAT 1682 – AMAT 1683 | | | | |
| DX 80 | 04/18/2001 | Email from Michael West re 55 gallon drum for bulk delivery | AMAT 1684 – AMAT 1685 | | | | |
| DX 81 | 04/18/2001 | Email from Ramin Emami re 55 gallon drum for bulk delivery | AMAT 1686 – AMAT 1689 | | | | |
| DX 82 | 05/16/2001 | Email from Ramin Emami re update | AMAT 1701 – AMAT 1702 | | | | |
| DX 83 | 05/16/2001 | Email from Jennifer M. Tseng re update | AMAT 1703 | | | | |
| DX 84 | 05/22/2001 | Email from Bang Nguyen re SEZ update request | AMAT 1704 – AMAT 1705 | | | | |
| DX 85 | 07/13/2001 | Email from Jennifer M. Tseng re meeting minutes – internal meeting SEZ meeting | AMAT 5764 | | | | |
| DX 86 | 08/01/2001 | SEZ CHUCK c&f for integration to | AMAT 1994 – | | | | |

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exh. No. or Other Reference | Objection [2] | Identified | Admitted |
|---|---|---|---|---|---|---|---|
| DX 87 | 08/06/2001 | the ECP platform as an EBR/back side clean chamber; New Chambers designs | AMAT 2013 | | | | |
| DX 88 | 04/19/2002 | Cu ECP Division | AMAT 5830 | | | | |
| DX 89 | 05/17/2002 | Email from Donald Olgado re what the SEZ supposed to do | AMAT 5747 – AMAT 5748 | | | | |
| DX 90 | 04/17/2003 | Bilateral confidential agreement | AMAT 1 – AMAT 21 | | 402/403 | | |
| DX 91 | 04/17/2003 | U.S. Patent Application 2003/0070755 A1 Publication for Capillary Ring | AMAT 6394 – AMAT 6412 | | | | |
| DX 92 | 11/10/2005 | U.S. Patent Application 2003/0073309 A1 Publication for Apparatus and Method for Edge Bead Removal | AMAT 6413 – AMAT 6432 | | | | |
| DX 93 | 11/10/2005 | Merck web printout | AMAT 1690 – AMAT 1691 | | 402/403 | | |
| DX 94 | 11/10/2005 | CleanRoom Electronic Chemical – Hydrofluoric Acid 49% web printout | AMAT 1692 – AMAT 1694 | | 402/403 | | |
| DX 95 | 11/10/2005 | CleanRoom Electronic Chemicals – Nitric Acid 70% web printout | AMAT 1695 – AMAT 1697 | | 402/403 | | |
| DX 96 | Undated | CleanRoom Electronic Chemicals – Sulfuric Acid 96% web printout | AMAT 1698 – AMAT 1700 | | 402/403 | | |
| | | Stablish the Repeatability of a Height setup | AMAT 2452 | | 402/403; 901 | | |

DocNo. 1169744X0

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exh. No. or Other Reference | Objection [2] | Identified | Admitted |
|---|---|---|---|---|---|---|---|
| DX 97 | Undated | Ramin Emami, et. Al., "SEZ Chuck C&F for Integration to the ECP Platform as an EBR / Back Side Clean Chamber" | AMAT 2058 – AMAT 2062 | | 402/403; 901 | | |
| DX 98 | Undated | M. Fury, J. Levert, et. Al., "A Novel Spin-Etch Planarization Process for Dual-Damascene Copper Interconnects" | AMAT 923 – AMAT 936 | | 402/403; 901 | | |
| DX 99 | Undated | J. Lever, et. Al., "Spin-Etch Planarization Process for Copper Damascene Interconnects" | AMAT 912 – AMAT 922 | | 402/403; 901 | | |
| DX 100 | Undated | Diagrams | AMAT 1095 – AMAT 1096 | | 402/403; 901 | | |
| DX 101 | Undated | IECP Annealing Chamber Cooling Curve –as a Function of the Distance from Wafer to Cooling Plate | AMAT 959 – AMAT 966 | | 402/403; 901 | | |
| DX 102 | Undated | Wafer #11 No dip + SEZ: map to map adders = 91 defects. | AMAT 1741 – AMAT 1746 | | 402/403; 901 | | |
| DX 103 | Undated | AMAT – SEZ Collaboration Proposal: Target Application and Market Size | AMAT 22 – AMAT 29 | | 402/403; 901 | | |
| DX 104 | Undated | SEZ Integration on Electra ECP – C&F | AMAT 1014 – AMAT 1023 | | 402/403; 901 | | |
| DX 105 | Undated | Silicon Defect Deposition Test | AMAT 2580 – AMAT 2642 | | 402/403; 901 | | |
| DX 106 | Undated | Silicon Defect Deposition Test | AMAT 5257 – AMAT 5320 | | 402/403; 901 | | |
| DX 107 | Undated | Silicon Defect Deposition Test | AMAT 5574 – AMAT 5628 | | 402/403; 901 | | |
| DX 108 | Undated | Silicon Defect Deposition Test | AMAT 5947 – AMAT 5996 | | 402/403; 901 | | |

10.

DocNo.10699480

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exh. No. or Other Reference | Objection [2] | Identified | Admitted |
|---|---|---|---|---|---|---|---|
| DX 109 | Undated | Silicon Defect Deposition Test | AMAT 6037 – AMAT 6056 | | 402/403; 901 | | |
| DX 110 | Undated | Excel Spreadsheet with SEZ & AMAT IBC data | AMAT 998 – AMAT 1013 | | 402/403; 901 | | |
| DX 111 | 11/1999 | Electra Cu ECP (Functional Description, Alpha Release Update A3 | SEZ 873 – SEZ 900 | | | | |
| DX 112 | 08/10/2000 | Term Sheet OEM Agreement between Applied Materials, Inc. and SEZ America, Inc. | SEZ 951 – SEZ 952 | | | | |
| DX 113 | 08/15/2000 | Email from Michael West to Hans-Juergen Kruwinus (cc: Herwig Petschnig re AMAT Meeting scheduled for Austrian Team August 28 | SEZ 599 – SEZ 600 | | | | |
| DX 114 | 08/23/2000 | Email from Hans-Juergen Kruwinus to Rainer Obweger and Franz Kunnig re SEC Process Specification | SEZ 970 – SEZ 972 | | | | |
| DX 115 | 09/14/2000 | Email from Michael West to Hans-Juergen Kruwinus, Harry Sax, Rainer Obweger and Franz Kunnig re AMAT Integration Team Meeting | SEZ 955 – SEZ 958 | | | | |
| DX 116 | 03/15/2006 | Excerpts from Plaintiff's Responses and Objections to Defendant's First Set of Interrogatories to Plaintiffs (Nos. 1-13) | | 106 | 106 | | |
| DX 117 | 09/15/2006 | Excerpts from SEZ Holding AG et al's Responses to Applied Material, Inc.'s Second Set of Interrogatories (Nos. 14-25) | | 106 | 106 | | |

DocNo. 1069-4480

DocNo 10694400

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exh. No. or Other Reference | Objection ² | Identified | Admitted |
|---|---|---|---|---|---|---|---|
| DX 118 | 10/18/2006 | SEZ Holding AG et al's Supplemental Responses to Applied Material, Inc.'s Interrogatory Nos. 1, 2 and 14 | | 106 | | | |
| DX 119 | 11/20/2006 | Plaintiff's Responses to Defendant Applied Materials, Inc.'s Third Set of Interrogatories (No. 26) | | 106 | 106 | | |
| DX 120 | 09/15/2006 | Excerpts from SEZ Holding AG et al's Response to Applied Material, Inc.'s First Set of Requests for Admissions | | 106 | 106 | | |
| DX 121 | 10/13/2006 | Rebuttal Expert Witness Report of Dean P. Neikirk PhD | | 102; 104; 402/403; untimely and unauthorized | | | |
| DX 122 | | Cited References from U.S. Patent No. 6,708,701 | | | | | |
| DX 123 | | Cited References from U.S. Patent No. 6,786,996 | | | | | |
| DX 124 | 08/01/2006 | Curriculum Vitae of Professor Dean P. Neikirk | | 102; 104; 402/403; untimely and unauthorized | | | |
| DX 125 | 08/2000 | Itoh et al., *The Cleaning at a Back Surface and Edge of a Wafer for Introducing Cu Metallization Process*, IEEE TRANSACTIONS ON SEMICONDUCTOR MFG., 13(3):300-304 (Aug. 2000) | | 102; 104; 402/403; untimely and unauthorized | | | |
| DX 126 | 07/1968 | Hayunga, *Wafer Pickup with Air* | | 102; 104; | | | |

12.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Depsition Exh. No. or Other Reference | Objection [2] | Identified | Admitted |
|---|---|---|---|---|---|---|---|
| DX 127 | 11/1975 | *Barrier*, IBM TECHNICAL DISCLOSURE BULLETIN, 11(2):112 (July 1968) | | 102; 104; 402/403; untimely and unauthorized | | | |
| DX 128 | 11/1975 | *Cunningham & LaPine, Bernoulli Semiconductor Handling Tool*, IBM TECHNICAL DISCLOSURE BULLETIN, 18(6):1770 (November 1975) | | 102; 104; 402/403; untimely and unauthorized | | | |
| DX 129 | 08/11/1970 | *Burg et al., Orienting Bernoulli Effect Wafer Transfer Mechanism*, IBM TECHNICAL DISCLOSURE BULLETIN, 18(6):1836-37 (November 1975) | | 102; 104; 402/403; untimely and unauthorized | | | |
| DX 130 | 02/27/1990 | U.S. Patent 3,523,706 | | 102; 104; 402/403; untimely and unauthorized | | | |
| DX 131 | 02/20/1996 | U.S. Patent 4,903,717 | | 102; 104; 402/403; untimely and unauthorized | | | |
| DX 132 | 05/07/1996 | U.S. Patent 5,492,566 | | 102; 104; 402/403; untimely and unauthorized | | | |
| DX 133 | 11/28/2000 | U.S. Patent 5,513,668 | | 102; 104; 402/403; untimely and unauthorized | | | |
| | | U.S. Patent 6,152,507 | | 102; 104; 402/403; | | | |

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exh. No. or Other Reference | Objection² | Identified | Admitted |
|---|---|---|---|---|---|---|---|
| DX 134 | 04/27/1999 | U.S. Patent 5,896,877 | | 102; 104; 402/403; untimely and unauthorized | | | |
| DX 135 | 02/05/2004 | U.S. Patent Publication 2004/0020427 A1 (referred to by SEZ as part of "S54") | | 102; 104; 402/403; untimely and unauthorized | | | |
| DX 136 | 00/00/1983 | Excerpts of Walton, THREE PHASES OF MATTER (2d Ed. 1983) | | 102; 104; 402/403; untimely and unauthorized | | | |
| DX 137 | 05/21/1985 | U.S. Patent 4,518,678 | | 102; 104; 402/403; untimely and unauthorized | | | |
| DX 138 | 02/22/2000 | U.S. Patent 6,027,602 | | 102; 104; 402/403; untimely and unauthorized | | | |
| DX 139 | 08/20/2002 | U.S. Patent 6,435,200 B1 – Device and Process for Liquid Treatment of Wafer Shaped Articles [referred to by SEZ as corresponding to "S54"] | | 102; 104; 402/403; untimely and unauthorized | | | |
| DX 140 | 05/02/2002 | U.S. Patent Publication 2002/0050244 A1 – Device for Liquid Treatment of Wafer-Shaped Articles [referred to by SEZ as corresponding to "S65"] | | 102; 104; 402/403; untimely and unauthorized | | | |
| DX 141 | 06/09/1998 | U.S. Patent 5,762,991 | | 102; 104; | | | |

DocNo 10694480

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exh. No. or Other Reference | Objection[2] | Identified | Admitted |
|---|---|---|---|---|---|---|---|
| DX 142 | 08/03/1999 | U.S. Patent 5,931,518 | | 402/403; untimely and unauthorized 102; 104; 402/403; untimely and unauthorized | | | |
| DX 143 | 06/15/2006 | Defendant Applied Materials' First Supplemental Response to Plaintiffs SEZ Holdings AG et al.'s First Set of Interrogatories | | 106; 402/403 | | | |

DocNo 1069/4480