IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGEN, AND PHILIPP ENGESSER<br><br>Plaintiffs,<br><br>v.<br><br>APPLIED MATERIALS, INC.,<br><br>Defendant. | C.A. No. 05-00552-SLR |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to Article 6 of the Court's February 8, 2006, Scheduling Order (D.I. 20), Plaintiffs SEZ HOLDING AG, SEZ AG, KURT LANGEN, and PHILIPP ENGESSER hereby submit for separate docketing the claim construction charts that were attached as Exhibit 1 and Exhibit 2 to the Pretrial Order (D.I. 57).

SEZ maintains that Applied Materials' failure to abide by Article 5 of the Scheduling Order, compounded by its untimely submission of three different and conflicting proposed claim constructions, prevents it from belatedly presenting alternate constructions to the Court and from participating in the submission of a joint claim construction chart. SEZ intends to present this matter to the Court at the Pretrial Conference on January 9, 2007 and to seek an appropriate briefing schedule.

Dated: January 5, 2007

Douglas V. Rigler (DC Bar #61838)
drigler@young-thompson.com
Andrew J. Patch (VA Bar #29683)
ajpatch@young-thompson.com
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, Virginia 22202
Telephone: 703.521.2297
Facsimile: 703.521.8231

*Attorneys for Plaintiffs SEZ Holding AG,
SEZ AG, Kurt Langen, and Philipp Engesser*

/s/ Andrew A. Lundgren

Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Andrew A. Lundgren (No. 4429)
alundgren@ycst.com
YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19801
Telephone: 302-571-6600
Facsimile: 302-571-1253

**CERTIFICATE OF SERVICE**

I, Andrew A. Lundgren, hereby certify that on January 5, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Thomas Lee Halkowski, Esquire
> Fish & Richardson, P.C.
> 919 N. Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE  19801

I further certify that on January 5, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ *Andrew A. Lundgren*
> Andrew A. Lundgren (No. 4429)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801
> (302) 571-6600
> alundgren@ycst.com
>
> Attorneys for SEZ Holding AG, SEZ AG,
> Kurt Langen, and Philipp Engesser