IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGDEN, PHILIPP ENGESSER, and HANS-JURGEN KRUWINUS,<br><br>        Plaintiffs,<br><br>        v.<br><br>APPLIED MATERIALS, INC.,<br><br>        Defendant. | C.A. No. 05-552-SLR |

### STIPULATION RE: FILING OF MATERIALS UNDER SEAL

      The parties to this matter hereby stipulate, subject to approval by the Court, that the following materials are confidential documents to be filed under seal: (1) Exhibit 1 of Tab D to SEZ's Motion for Leave to File a First Amended Complaint and First Amended Reply and Counterclaims (D.I. 38); and (2) Exhibit 1 of SEZ's First Amended Complaint for Correction of Named Inventor and for Enforcement of Contractual Rights (D.I. 59).

DATED:  January 11, 2007

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FISH & RICHARDSON P.C. |
| /s/ *Andrew A. Lundgren*<br>Andrew A. Lundgren (#4429)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899-0391<br>Tel: (302) 571-6600<br><br>*Attorneys for Plaintiffs*<br>*SEZ Holding AG, SEZ AG,*<br>*Kurt Langden, Philipp Engesser and*<br>*Hans-Jurgen Kruwinus* | /s/ *Thomas L. Halkowski*<br>Thomas L. Halkowski (#4099)<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE  19899-1114<br>Tel:  (302) 652-5070<br><br>*Attorneys for Defendant*<br>*Applied Materials, Inc.* |

      **SO ORDERED**, this _____ day of January 2007.

_____
United States District Judge

80040809.doc