<u>REDACTED – PUBLIC DOCUMENT</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGEN, AND PHILIPP ENGESSER<br><br>Plaintiffs,<br><br>v.<br><br>APPLIED MATERIALS, INC.,<br><br>Defendant. | C.A. No. 05-00552-SLR<br><br>**CONFIDENTIAL - FILED UNDER SEAL** |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT AND FIRST AMENDED REPLY AND COUNTERCLAIMS**

Plaintiffs SEZ HOLDING AG, SEZ AG (collectively "SEZ"), KURT LANGEN, AND PHILIPP ENGESSER, by its attorneys and pursuant to Rules 15(a) and 20(a) of the Federal Rules of Civil Procedure ("Federal Rules"), hereby move this Court for leave to amend the Complaint (D.I. 1) and the Reply and Counterclaim (D.I. 12) to add Hans-Jurgen Kruwinus as a co-plaintiff and to assert co-inventorship of the patents in suit in the alternative to the primary assertion of sole inventorship.

Pursuant to Local Rule 15.1 two copies of each proposed amended pleading, along with a third copy of each pleading showing all changes, are attached to this motion. Counsel certifies pursuant to Local Rule 7.1.1 that reasonable efforts have been made to secure Defendant's consent to the relief sought herein, and that no agreement has been reached.

The proposed amended pleadings add Hans-Jurgen Kruwinus as a co-plaintiff and add the assertion that he made inventive contributions to one of the patents in suit. The proposed pleadings are also amended to assert in the alternative that co-plaintiffs Kurt Langen, Philipp

Engesser, and Han-Jurgen Kruwinus are each co-inventors of one or both of the patents in suit along with the named inventor Ramin Emami. The additional assertion of co-inventorship is made in the alternative to the primary assertion from the original pleadings – that SEZ personnel are the sole inventors of the patents in suit, without inventive contribution from Mr. Emami.

There will be no prejudice to Defendant from allowing this amendment of these pleadings, because (1) Defendant has been on notice for several months that SEZ considers Mr. Kruwinus to have made inventive contributions to U.S. Patent No. 6,708,701 and that Messrs. Langen, Engesser, and Kruwinus are each considered to be co-inventors of one or both of the patents in suit in the alternative to being sole inventors; (2) the facts supporting the alternative claim of joint inventorship are subsumed within those supporting the primary claim of sole inventorship by the SEZ personnel, which facts are already in Defendant's possession; (3) notwithstanding its withholding of consent to the present motion, Defendant has already served on Plaintiffs an additional interrogatory requesting any additional facts supporting the proposed alternative claim, and if the present motion is granted Plaintiffs will not object to that additional interrogatory on the basis of its untimeliness or that it exceeds the permitted number; and (4) Defendant is taking the depositions this week of all of Messrs. Langen, Engesser and Kruwinus, together with two other SEZ personnel, and will have the opportunity to question those witnesses as to the proposed alternative claim.

For the foregoing reasons, SEZ, Mr. Langen, and Mr. Engesser respectfully request that this Court grant leave to amend the Complaint (D.I. 1) and the Reply and Counterclaim (D.I. 12) to add Mr. Kruwinus as co-plaintiff for each of the counts contained in these pleadings, to add the alternative assertion that Messrs. Langen, Engesser, and Kruwinus are each co-inventors of one or both the patents in suit along with named inventor Ramin Emami, and to accept the

amended pleadings attached hereto.

Dated: October 23, 2006

OF COUNSEL:

Douglas V. Rigler
Andrew J. Patch
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, Virginia 22202
Telephone: 703-521-2297
Facsimile: 703-521-8231

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren
_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Andrew A. Lundgren (No. 4429)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19801
302-571-6600
alundgren@ycst.com

*Attorneys for Plaintiffs SEZ Holding AG,
SEZ AG, Kurt Langen, and Philipp Engesser*

**CERTIFICATE OF SERVICE**

I, Andrew A. Lundgren, hereby certify that on January 15, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Thomas Lee Halkowski, Esquire
>Fish & Richardson, P.C.
>919 N. Market Street, Suite 1100
>P.O. Box 1114
>Wilmington, DE  19801

I further certify that on January 15, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ *Andrew A. Lundgren*
>Andrew A. Lundgren (No. 4429)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>alundgren@ycst.com
>
>Attorneys for SEZ Holding AG, SEZ AG,
>Kurt Langen, and Philipp Engesser