IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, <br> SEZ AG, <br> KURT LANGEN, and <br> PHILIPP ENGESSER, <br>   Plaintiffs, <br> v. <br> APPLIED MATERIALS, INC., <br>   Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 05-552-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## LOCAL RULE 7.1.1 STATEMENT

I, Andrew A. Lundgren, Esquire, hereby certify pursuant to Local Rule 7.1.1 that counsel for Plaintiffs have made reasonable efforts to reach agreement with counsel for the Defendant on the matters set forth in the present motion, and that counsel for Defendant have informed us that they oppose the motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3662)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
302-571-6600
alundgren@ycst.com

*Attorneys for Plaintiffs*

Dated: October 23, 2006

DB02:5564231.1                                       064476.1001