IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG,<br>SEZ AG,<br>KURT LANGEN, and<br>PHILIPP ENGESSER,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>APPLIED MATERIALS, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-552-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

　　AND NOW, this _____ day of October, 2006, the Plaintiff having presented a Motion for Leave to File a First Amended Complaint and First Amended Reply and Counterclaims;

　　IT IS ORDERED that Plaintiffs' Motion for Leave to File a First Amended Complaint and First Amended Reply and Counterclaims is GRANTED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Sue L. Robinson
　　　　　　　　　　　　　　　　　　　　　United States District Judge