REDACTED – PUBLIC DOCUMENT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ Holding AG,<br>SEZ AG,<br>Kurt Langen,<br>Philipp Engesser, and<br>Hans-Jurgen Kruwinus<br><br>    Plaintiffs,<br><br>v.<br><br>Applied Materials, Inc.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-552 (SLR)<br><br>CONFIDENTIAL –<br>FILED UNDER SEAL |

*FIRST AMENDED* COMPLAINT FOR CORRECTION OF NAMED
INVENTOR AND FOR ENFORCEMENT OF CONTRACTUAL RIGHTS

Plaintiffs, SEZ Holding AG and SEZ AG (collectively "SEZ"), Kurt Langen, Philipp Engesser, and Hans-Jurgen Kruwinus for their Complaint against Defendant, Applied Materials, Inc. ("Applied"), allege as follows:

THE PARTIES

1. Plaintiff, SEZ Holding AG is a corporation organized under the laws of Switzerland with its principal place of business at World Trade Center, Leutschenbachstrasse 95, Zurich, Switzerland. SEZ Holding AG is the parent of SEZ AG.

2. Plaintiff, SEZ AG, is a corporation organized under the laws of Austria with its principal place of business at Draubodenweg 29, A-9500 Villach, Austria.

3. Plaintiff, Kurt Langen, is a citizen of Germany, residing at Franz Pehrstrasse 13a, A-9500 Villach, Austria. Mr. Langen's rights in the patents in suit belong to SEZ AG. Plaintiff, Philipp Engesser, is a citizen of Germany, residing in

Holdereggenstrasse 6, D-88131 Lindau, Germany. Mr. Engesser's rights in the patents-in-suit belong to SEZ AG. Plaintiff Hans-Jurgen Kruwinus is a citizen of Germany residing in Lobisserweg 15, A-9551 Bodensdorf, Austria. Mr. Kruwinus's rights in the patents-in-suit belong to SEZ AG.

4. Upon information and belief, Defendant, Applied Materials, Inc., is a Delaware corporation with its place of business at 3303 Scott Blvd., Santa Clara, CA 95070.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a) and 1367.

6. Venue is proper in the District of Delaware pursuant to 28 U.S.C. § 1391.

## BACKGROUND FACTS

7. On November 15, 2000, SEZ Holding AG and Applied entered into a Joint Development Agreement ("JDA") for a version of the SEZ System comprising process and chemical delivery units for double-sided deionized water rinse post electroplating of copper and for copper removal from back, bevel, edge and wraparound areas of the front side of semiconductor wafers ("the SEZ System"). A copy of this JDA is attached hereto as Exhibit 1.

8. Article 2.1 of the JDA defines Independent IP as intellectual property, including patents and patent applications, which are owned by or proprietary to a party prior to the execution date of November 15, 2000. Pursuant to the JDA, SEZ revealed Independent IP of which its employees are the actual inventors. In Article 2.6 of the

JDA Applied acknowledges that SEZ is the exclusive owner of all right, title, and interest in and to all Independent IP of SEZ.

9. Article 2.1 of the JDA defines Development IP as intellectual property resulting from or arising out of activities under the joint development project. In Article 2.2 of the JDA Applied acknowledges that SEZ is the exclusive owner of all right, title, and interest for all Development IP made, conceived, created, invented, discovered or reduced to practice solely by SEZ personnel or its consultants. SEZ is the exclusive owner of Development IP made, conceived, created, invented, discovered or reduced to practice solely by SEZ personnel or its consultants pursuant to work completed under the JDA.

10. Article 2.4 of the JDA provides that all Developed IP made, conceived, created, invented, discovered or reduced to practice jointly by SEZ and Applied, or conceived by one party and reduced to practice by the other party, is Jointly Owned Developed IP and is joint property of SEZ and Applied. In the alternative to paragraphs 8 and 9 above, SEZ personnel or consultants jointly developed Jointly Owned Developed IP with Applied personnel and SEZ retains joint ownership of all such IP.

11. On October 16, 2001, Applied filed a U.S. Patent Application 09/981,589 claiming inventions purportedly made by Ramin Emami and caused the application to be prosecuted before the U.S. Patent and Trademark Office without the consent or assistance of SEZ, Mr. Langen, Mr. Engesser, or Mr. Kruwinus.

12. On March 23, 2004, U.S. Patent No. 6,708,701 (the "701 Patent") issued to Applied. Ramin Emami is the sole listed inventor in the '701 Patent. A copy of the '701 Patent is attached as Exhibit 2 hereto.

13. In fact, Messrs. Langen, Engesser, and Kruwinus are the true inventors of the claims granted in the '701 Patent.

## COUNT I

### CORRECTION OF NAMED INVENTOR

14. Messrs. Langen, Engesser, and Kruwinus are the actual inventors or coinventors, and the error of issuing the '701 Patent without naming either of them as an inventor arose without any deceptive intention on the part of Mr. Langen, Mr. Engesser, or Mr. Kruiwinus.

15. This Complaint serves as notice to Applied of the claims asserted herein.

16. Accordingly, pursuant to the provisions of 35 U.S.C. § 256, this Court should order correction of the '701 Patent and should issue an order requiring the Commissioner of Patents (the Director of the U.S. Patents and Trademark Office) to issue a Certificate of Correction, naming Mr. Langen, Mr. Engesser, and Mr. Kruwinus as the inventors of the '701 Patent, and deleting Mr. Emami therefrom. In the alternative, the Court should issue an order requiring the Commissioner of Patents to issue a Certificate of Correction naming Messrs. Langen, Engesser, and Kruwinus as co-inventors of the '701 patent.

## COUNT II

### CONVERSION

17. As set forth in the JDA, SEZ is the owner of patentable inventions made prior to November 15, 2000, and/or is the owner of Development IP constituting patentable inventions developed solely by SEZ during the effective period

of the JDA, and/or is the owner or joint owner of patentable inventions made during the effective period of the JDA.

18. The right to file an application for the inventions claimed in the '701 Patent belonged to Mr. Langen, Mr. Engesser, and Mr. Kruwinus or their assignees solely or jointly with Applied and Applied's intentional filing of U.S. Patent Application 09/981/589 and prosecution of the '701 Patent, interfered to exclude the rightful owner of the invention from its profit.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request this Court to:

A. Order correction of the '701 Patent and require the Commissioner of the U.S. Patent and Trademark Office to issue a Certificate of Correction, naming Mr. Langen, Mr. Engesser, and Mr. Kruwinus as inventors under the '701 Patent and deleting Mr. Emami therefrom or, alternatively naming Messrs. Langen, Engesser, and Kruwinus as co-inventors of the '701 patent;

B. Issue an order determining that SEZ AG is the sole and exclusive owner of the inventions claimed in the '701 Patent;

C. Declare this Action exceptional pursuant to 35 U.S.C. § 285;

D. Award Plaintiffs' the attorney fees and costs accrued by them in this action; and

E. Order such additional relief as may appear just and proper to this Court.

F.  Enjoin Applied from any further use or disclosure of SEZ's Independent IP, solely owned Development IP, and confidential trade secret and other proprietary information;

G.  Award such damages, including punitive and exemplary, as are attributable to the conversion.

Arlington, Virginia

Douglas V. Rigler, Esq. (DC Bar #61838)
drigler@young-thompson.com
Andrew J. Patch (VA Bar #29683)
ajpatch@young-thompson.com
Michael Piziali, Esq. (DC Bar #455149)
mpiziali@young-thompson.com
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, Virginia 22202
Telephone: 703.521.2297
Facsimile: 703.521.8231

Attorneys for Plaintiffs,
SEZ Holding AG, SEZ AG,
Kurt Langen, Philipp Engesser, and Hans-Jurgen Kruwinus

Dated: Wilmington, Delaware
January 9, 2007

By: *Josy W. Ingersoll by Andrew A. Lundgren (No. 4429)*
John W. Shaw (No. 3362)
jshaw@ycst.com
Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253

Local Counsel

TO:
Applied Materials, Inc.
c/o Registered Agent for Service of Process
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

---

*First Amended* Complaint For Correction Of Named Inventor And For Enforcement Of Contractual Rights
DB01:1773945.1                                                                       063753.1001

**CERTIFICATE OF SERVICE**

I, Andrew A. Lundgren, hereby certify that on January 15, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Thomas Lee Halkowski, Esquire
> Fish & Richardson, P.C.
> 919 N. Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE  19801

I further certify that on January 15, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Andrew A. Lundgren*
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
alundgren@ycst.com

Attorneys for SEZ Holding AG, SEZ AG, Kurt Langen, and Philipp Engesser