IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEZ HOLDING AG, SEZ AG, KURT LANGDEN, PHILIPP ENGESSER, and HANS-JURGEN KRUWINUS,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLIED MATERIALS, INC.,<br><br>        Defendant. | C.A. No. 05-552-SLR |

**STIPULATED ORDER FOR ENTRY OF VOLUNTARY DISMISSAL**

    Plaintiffs SEZ Holding AG, SEZ AG, Kurt Langen, Philipp Engesser and Hans-Jurgen Kruwinus (collectively "Plaintiffs") and Defendant Applied Materials, Inc. jointly request that the Court dismiss with prejudice all claims, counterclaims, counter-counter claims and defenses arising from Civil Action No. 05-cv-552 (SLR).

    The intent of the parties is to bring the litigation in the District Court to a final and complete close. Each party will bear its own costs and attorneys fees incurred in this litigation.

                                      SO STIPULATED:

Dated: February 26, 2007        **Counsel for Plaintiffs:**
*SEZ Holding AG, SEZ AG, Kurt Langen,*
*Philip Engesser and Hans-Jurgen Kruwinus*

                                      /s/ *Josy W. Ingersoll*
                                      Josy W. Ingersoll (ID#1088)
                                      Young, Conaway, Stargatt & Taylor, LLP
                                      The Brandywine Building
                                      1000 West St.
                                      Wilmington, DE 19801
                                      Tel: (302) 571-6600

        Douglas V. Rigler
        Young & Thompson
        745 South 23rd Street
        Arlington, VA  22202
        (703) 521-2297

Dated: February 26, 2007    **Counsel for Defendant:**
*Applied Materials, Inc.*

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski (ID #4099)
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel:  (302) 652-5070

Juanita R. Brooks
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070

**SO ORDERED,** this ___ day of _____, 2007.

_____
Chief Judge Sue L. Robinson
United States District Judge

80041212.doc