REVIEWED
By Larisha Davis at 11:55 am, Jun 26, 2007

CLOSED, PATENT, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00552-SLR
### Internal Use Only

| | |
|---|---|
| SEZ Holding AG et al v. Applied Materials Inc.<br>Assigned to: Honorable Sue L. Robinson<br>Cause: 28:1338 Patent Infringement | Date Filed: 08/01/2005<br>Date Terminated: 02/28/2007<br>Jury Demand: None<br>Nature of Suit: 830 Patent<br>Jurisdiction: Federal Question |

**Plaintiff**

**SEZ Holding AG**    represented by   **John W. Shaw**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: jshaw@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Auchincloss Lundgren**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6743
Fax: (302) 576-3511
Email: alundgren@ycst.com
*ATTORNEY TO BE NOTICED*

**Andrew J. Patch**
Pro Hac Vice
Email: ajpatch@young-thompson.com
*ATTORNEY TO BE NOTICED*

**Douglas V. Rigler**
Pro Hac Vice
Email: drigler@young-thompson.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SEZ AG**    represented by   **John W. Shaw**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Auchincloss Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Piziali**

                                      Pro Hac Vice
                                      Email: mpiziali@young-thompson.com
                                      *TERMINATED: 05/15/2006*
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kurt Langen**                             represented by  **John W. Shaw**
                                                                  (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Andrew Auchincloss Lundgren**
                                                                      (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philipp Engesser**                     represented by  **John W. Shaw**
                                                                     (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                     **Andrew Auchincloss Lundgren**
                                                                      (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hans-Jurgen Kruwinus**              represented by  **John W. Shaw**
                                                                     (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                     **Andrew Auchincloss Lundgren**
                                                                      (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Applied Materials Inc.**                 represented by  **Thomas Lee Halkowski**
                                                                     Fish & Richardson, P.C.
                                                                     919 N. Market Street, Suite 1100
                                                                     P.O. Box 1114
                                                                     Wilmington, DE 19899-1114
                                                                     (302) 652-5070
                                                                     Email: halkowski@fr.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Hans-Jurgen Kruwinus**

**Counter Claimant**

**Applied Materials Inc.**

V.

**Counter Defendant**

**SEZ Holding AG**     represented by **Andrew Auchincloss Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**SEZ AG**     represented by **Andrew Auchincloss Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Kurt Langen**     represented by **Andrew Auchincloss Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Philipp Engesser**     represented by **Andrew Auchincloss Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**SEZ Holding AG**     represented by **Andrew Auchincloss Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**SEZ AG**     represented by **Andrew Auchincloss Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Kurt Langen**     represented by **Andrew Auchincloss Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Philipp Engesser**     represented by **Andrew Auchincloss Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Applied Materials Inc.**

**Counter Claimant**

**SEZ Holding AG**

**Counter Claimant**

**SEZ AG**

**Counter Claimant**

**Kurt Langen**

**Counter Claimant**

**Philipp Engesser**

V.

**Counter Defendant**

**Applied Materials Inc.**     represented by  **Thomas Lee Halkowski**
*(See above for address)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Applied Materials Inc.**     represented by  **Thomas Lee Halkowski**
*(See above for address)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Hans-Jurgen Kruwinus**

**Counter Defendant**

**SEZ Holding AG**

**Counter Defendant**

**SEZ AG**

**Counter Defendant**

**Kurt Langen**

**Counter Defendant**

**Philipp Engesser**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/01/2005 | 1 | COMPLAINT for Correction of Named Inventor and for Enforcement of Contractual Rights filed against Applied Materials Inc. - Magistrate Consent Notice to Pltf. ( Filing fee $ 250, receipt number 140158.) - filed by SEZ Holding AG, SEZ AG, Kurt Langen, Philipp Engesser. (Attachments: # (1) Exhibit 1 SEALED )# 2 Civil Cover Sheet # 3 Acknowledgement of Consent Form)(mwm, ) Additional attachment(s) (Exhibit 2) added on 8/5/2005 (dab, ). Modified on 8/5/2005 (dab, ). (Entered: 08/03/2005) |
| 08/01/2005 | | Summons Issued as to Applied Materials Inc. on 8/1/2005. (mwm, ) (Entered: 08/03/2005) |
| 08/01/2005 | 2 | Disclosure Statement pursuant to Rule 7.1 filed by SEZ Holding AG, SEZ AG, Kurt Langen, Philipp Engesser. (mwm, ) (Entered: 08/03/2005) |
| 08/03/2005 | 3 | Report to the Commissioner of Patents for Patent Number(s) 6,708,701. (mwm, ) (Entered: 08/03/2005) |
| 08/03/2005 | 4 | Return of Service Executed by SEZ Holding AG, SEZ AG, Kurt Langen, Philipp Engesser. Applied Materials Inc. served on 8/1/2005, answer due 8/22/2005. (Morse, Richard) (Entered: 08/03/2005) |
| 08/05/2005 | | CORRECTING ENTRY: Exhibit 1 and 2 to the complaint placed under SEAL (dab, ) (Entered: 08/05/2005) |

| | | |
|---|---|---|
| | | Thomas) Additional attachment(s) added on 7/10/2006 (fmt, ). (Entered: 07/10/2006) |
| 07/10/2006 | | CORRECTING ENTRY: A signed page 9 has been added to D.I. 34 (fmt, ) (Entered: 07/10/2006) |
| 08/16/2006 | 35 | NOTICE OF SERVICE of Applied Materials, Inc.'s Second Set of Interrogatories to Plaintiffs SEZ Holding, et al (Nos. 14-25), Applied Materials, Inc.'s Second Set of Document Requests to Plaintiffs SEZ Holding, et al (No. 51) and Applied Materials, Inc.'s First Set of Requests for Admissions to Plaintiffs SEZ Holding, et al (Nos. 1-13) by Applied Materials Inc..(Halkowski, Thomas) (Entered: 08/16/2006) |
| 10/19/2006 | 36 | NOTICE to Take Deposition of SEZ Holding AG and SEZ AG Pursuant to FRCP 30(b)(6) (Second) on beginning October 23, 2006 by Applied Materials Inc..(Halkowski, Thomas) (Entered: 10/19/2006) |
| 10/19/2006 | 37 | NOTICE OF SERVICE of Third Set of Interrogatories to SEZ Holding AG, SEZ AG, Kurt Langen and Philipp Engesser (No. 26) by Applied Materials Inc..(Halkowski, Thomas) (Entered: 10/19/2006) |
| 10/23/2006 | 38 | SEALED MOTION for Leave to File *A First Amended Complaint and First Amended Reply to Counterclaims* - filed by SEZ Holding AG, SEZ AG, Kurt Langen, Philipp Engesser. (Attachments: # (1) Text of Proposed Order # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D)(Lundgren, Andrew) Additional attachment(s) added on 1/11/2007 (rld, ). Modified on 1/11/2007 (rld, ). Modified on 1/12/2007 (rld, ). (sealed per court's granting of D.I. 61 on 1/12/07) (Entered: 10/23/2006) |
| 10/30/2006 | 39 | Joint STIPULATION SEZ has no damages and will not seek an award of monetary damages at trial in this suit by Applied Materials Inc.. (Halkowski, Thomas) (Entered: 10/30/2006) |
| 11/02/2006 | 40 | STIPULATION TO EXTEND TIME to respond to Plaintiffs' motion for leave to amend pleadings to November 17, 2006 - filed by Applied Materials Inc., SEZ Holding AG, SEZ AG, Kurt Langen, Philipp Engesser. (Halkowski, Thomas) (Entered: 11/02/2006) |
| 11/03/2006 | 41 | MOTION to Preclude *Expert Testimony of Dean P. Neikirk Ph.D.* - filed by SEZ Holding AG, SEZ AG, Kurt Langen, Philipp Engesser. (Attachments: # 1 Text of Proposed Order)(Shaw, John) (Entered: 11/03/2006) |
| 11/06/2006 | | SO ORDERED, re 40 STIPULATION TO EXTEND TIME to respond to Plaintiffs' motion for leave to amend pleadings to November 17, 2006 filed by Philipp Engesser, Kurt Langen, SEZ Holding AG, SEZ AG, Applied Materials Inc., Set Briefing Schedule: Answering Brief due 11/17/2006. Signed by Judge Sue L. Robinson on 11/6/06. (rld, ) (Entered: 11/06/2006) |
| 11/17/2006 | 42 | SEALED ANSWERING BRIEF in Opposition re 38 MOTION for Leave to File *A First Amended Complaint and First Amended Reply to Counterclaims* filed by Applied Materials Inc..Reply Brief due date per Local Rules is 11/30/2006. (Halkowski, Thomas) (Entered: 11/17/2006) |
| 11/17/2006 | 43 | SEALED DECLARATION re 42 Answering Brief in Opposition *of Thomas L. Halkowski* by Applied Materials Inc.. (Halkowski, Thomas) (Entered: 11/17/2006) |
| 11/17/2006 | 44 | ANSWERING BRIEF in Opposition re 41 MOTION to Preclude *Expert Testimony of Dean P. Neikirk Ph.D.* filed by Applied Materials Inc..Reply Brief due date per Local Rules is 11/30/2006. (Halkowski, Thomas) (Entered: 11/17/2006) |
| 11/27/2006 | 45 | MOTION to Modify Date for Bench Trial - filed by Applied Materials Inc.. (Attachments: # 1 Text of Proposed Order)(Halkowski, Thomas) (Entered: 11/27/2006) |
| 11/29/2006 | 46 | REDACTED VERSION of 42 Answering Brief in Opposition *to Plaintiffs' Motion for Leave to File First Amended Complaint* by Applied Materials Inc.. (Halkowski, Thomas) (Entered: 11/29/2006) |
| | | |

| | | |
|---|---|---|
| | | by Judge Sue L. Robinson on 1/9/07. (rld) (Entered: 01/09/2007) |
| 01/10/2007 | | Minute Order. Proceedings held before Judge Sue L. Robinson : granting 38 Motion for Leave to File; denying 41 Motion to Preclude; trial postponed; Pretrial Conference held on 1/10/2007. (Court Reporter V. Gunning.) (rld) (Entered: 01/10/2007) |
| 01/10/2007 | | (Court only) ***Deadlines terminated. (rld) (Entered: 01/10/2007) |
| 01/10/2007 | 59 | SEALED First AMENDED COMPLAINT *for Correction of Named Inventor and for Enforcement of Contractual Rights* against Applied Materials Inc.- filed by SEZ Holding AG, SEZ AG, Kurt Langen, Philipp Engesser. (Attachments: # (1) Exhibit 1 and 2)(Lundgren, Andrew) Additional attachment(s) added on 1/11/2007 (rld, ). Modified on 1/11/2007 (rld, ). Modified on 1/12/2007 (rld, ). (sealed per court's granting D.I. 61 on 1/12/07). (Entered: 01/10/2007) |
| 01/10/2007 | 60 | AMENDED ANSWER to COUNTERCLAIM *of Defendant Applied Materials, Inc. and COUNTERCLAIMS* against Applied Materials Inc. by SEZ Holding AG, SEZ AG, Kurt Langen, Philipp Engesser, Hans-Jurgen Kruwinus. (Attachments: # 1 Exhibit 1)(Lundgren, Andrew) Modified on 1/11/2007 (fmt, ). (Entered: 01/10/2007) |
| 01/10/2007 | | (Court only) ***Party Hans-Jurgen Kruwinus added per D.I. 59. (fmt) (Entered: 01/11/2007) |
| 01/10/2007 | | (Court only) ***Attorney John W. Shaw for Hans-Jurgen Kruwinus, Andrew Auchincloss Lundgren for Hans-Jurgen Kruwinus added. (fmt) (Entered: 01/11/2007) |
| 01/11/2007 | 61 | STIPULATION Filing Materials Under Seal re 59 Amended Complaint, *and 38 Mot for Leave to File Amended Complaint* by Applied Materials Inc., Hans-Jurgen Kruwinus, SEZ Holding AG, SEZ AG, Kurt Langen, Philipp Engesser. (Halkowski, Thomas) (Entered: 01/11/2007) |
| 01/12/2007 | | SO ORDERED, re 61 Stipulation filed by Philipp Engesser, Hans-Jurgen Kruwinus, Kurt Langen, SEZ Holding AG, SEZ AG, Applied Materials Inc.; D.I. 38 and D.I. 59 are placed under seal. (redacted versions to be filed by pltfs.' cnsl. and the appropriate hard copies to be timely delivered to the Clerk's Office). Signed by Judge Sue L. Robinson on 1/12/07. (rld) (Entered: 01/12/2007) |
| 01/15/2007 | 62 | REDACTED VERSION of 38 MOTION for Leave to File *A First Amended Complaint and First Amended Reply to Counterclaims* by SEZ Holding AG, SEZ AG, Kurt Langen, Philipp Engesser. (Attachments: # 1 Local Rule 7.1.1 Statement# 2 Text of Proposed Order # 3 Tabs A - D)(Lundgren, Andrew) (Entered: 01/15/2007) |
| 01/15/2007 | 63 | REDACTED VERSION of 59 Amended Complaint, *First Amended Complaint for Correction of Named Inventor and for Enforcement of Contractual Rights* by Hans-Jurgen Kruwinus, SEZ Holding AG, SEZ AG, Kurt Langen, Philipp Engesser. (Attachments: # 1 Exhibit 1 and 2)(Lundgren, Andrew) (Entered: 01/15/2007) |
| 01/25/2007 | 64 | ANSWER to Amended Complaint, COUNTERCLAIM against all plaintiffs by Applied Materials Inc..(Halkowski, Thomas) (Entered: 01/25/2007) |
| 01/25/2007 | 65 | ANSWER to Counterclaim *(SEZ's 1st Amended Counter-Counterclaims)* by Applied Materials Inc..(Halkowski, Thomas) (Entered: 01/25/2007) |
| 02/26/2007 | 66 | STIPULATION of Dismissal by Applied Materials Inc., Hans-Jurgen Kruwinus, SEZ Holding AG, SEZ AG, Kurt Langen, Philipp Engesser. (Halkowski, Thomas) (Entered: 02/26/2007) |
| 02/28/2007 | | SO ORDERED, re 66 Stipulation of Dismissal filed by Philipp Engesser, Hans-Jurgen Kruwinus, Kurt Langen, SEZ Holding AG, SEZ AG, Applied Materials Inc. ***Civil Case Terminated. Signed by Judge Sue L. Robinson on 2/27/07. (rld) (Entered: 02/28/2007) |
| 02/28/2007 | | (Court only) ***Set/Clear Flags (rld) (Entered: 02/28/2007) |