OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 20, 2007

Thomas L. Halkowski, ESQ.
Fish & Richardson, P.C.
Email:halkowski@fr.com

RE: **SEZ Holding AG et al v. Applied Materials Inc..**
Civ. No. 05-cv-552-SLR

Dear Counsel:

Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:
42,43.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on ___AUG 20 2007___.

_____
Signature